IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - x
                     :

In re:                   :    Chapter 11
                     :

HAYES LEMMERZ INTERNATIONAL, :    Case No. 09-11655 (MFW)
INC.,                :
                     :

         Debtors.    :    Tax I.D. No. 32-0072578
                     :
                     :
- - - - - - - - - - - - - - - x
                     :

In re:                   :    Chapter 11
                     :

HAYES LEMMERZ FINANCE LLC,   :    Case No. 09-11656 (MFW)
                     :

                     :

         Debtors.    :    Tax I.D. No. 98-0537731
                     :
                     :
- - - - - - - - - - - - - - - x
                     :

In re:                   :    Chapter 11
                     :

HAYES LEMMERZ FINANCE LLC -  :    Case No. 09-11657 (MFW)
LUXEMBOURG S.C.A.,       :
                     :    Tax I.D. No. 2007 2300 646
         Debtors.    :    (Luxembourg)
                     :    Tax I.D. No. 98-0537731
                     :    (USA)
- - - - - - - - - - - - - - - x
                     :

In re:                   :    Chapter 11
                     :

HAYES LEMMERZ INTERNATIONAL :    Case No. 09-11659 (MFW)
IMPORT, INC.,          :
                     :

         Debtors.    :    Tax I.D. No. 38-3311655
                     :
                     :
- - - - - - - - - - - - - - - x

```
- - - - - - - - - - - - - - x
                            :   Chapter 11
In re:                      :
                            :   Case No. 09-11660 (MFW)
HAYES LEMMERZ INTERNATIONAL :
- CALIFORNIA, INC.,         :
                            :   Tax I.D. No. 33-0042337
            Debtors.        :
                            :
                            :
- - - - - - - - - - - - - - x
                            :
In re:                      :   Chapter 11
                            :
HAYES LEMMERZ INTERNATIONAL :   Case No. 09-11661 (MFW)
- COMMERCIAL HIGHWAY, INC., :
                            :
            Debtors.        :   Tax I.D. No. 77-0597674
                            :
                            :
- - - - - - - - - - - - - - x
                            :
In re:                      :   Chapter 11
                            :
HAYES LEMMERZ INTERNATIONAL :   Case No. 09-11662 (MFW)
- GEORGIA, INC.,            :
                            :
            Debtors.        :   Tax I.D. No. 58-2046122
                            :
                            :
- - - - - - - - - - - - - - x
                            :
In re:                      :   Chapter 11
                            :
HAYES LEMMERZ INTERNATIONAL :   Case No. 09-11664 (MFW)
- HOWELL, INC.,             :
                            :
            Debtors.        :   Tax I.D. No. 38-1799246
                            :
                            :
- - - - - - - - - - - - - - x
```

2

```
- - - - - - - - - - - - - - x
                            :    Chapter 11
In re:                      :
                            :    Case No. 09-11665 (MFW)
HAYES LEMMERZ INTERNATIONAL :
- HUNTINGTON, INC.,         :
                            :    Tax I.D. No. 62-1240825
            Debtors.        :
                            :
                            :
- - - - - - - - - - - - - - x
                            :
In re:                      :    Chapter 11
                            :
HAYES LEMMERZ INTERNATIONAL :    Case No. 09-11666 (MFW)
- KENTUCKY, INC.,           :
                            :
            Debtors.        :    Tax I.D. No. 61-1148246
                            :
                            :
- - - - - - - - - - - - - - x
                            :
In re:                      :    Chapter 11
                            :
HAYES LEMMERZ INTERNATIONAL :    Case No. 09-11667 (MFW)
- LAREDO, INC.,             :
                            :
            Debtors.        :    Tax I.D. No. 74-2418656
                            :
                            :
- - - - - - - - - - - - - - x
                            :
In re:                      :    Chapter 11
                            :
HAYES LEMMERZ INTERNATIONAL :    Case No. 09-11668 (MFW)
- NEW YORK, INC.,           :
                            :
            Debtors.        :    Tax I.D. No. 80-0369278
                            :
                            :
- - - - - - - - - - - - - - x
```

3

```
- - - - - - - - - - - - - - - - x
                                :    Chapter 11
In re:                          :
                                :    Case No. 09-11669 (MFW)
HAYES LEMMERZ INTERNATIONAL     :
- SEDALIA, INC.,                :
                                :    Tax I.D. No. 77-0597670
            Debtors.            :
                                :
                                :
- - - - - - - - - - - - - - - - x
                                :
In re:                          :    Chapter 11
                                :
HAYES LEMMERZ INTERNATIONAL     :    Case No. 09-11670 (MFW)
- TECHNICAL CENTER, INC.,       :
                                :
            Debtors.            :    Tax I.D. No. 38-2257519
                                :
                                :
- - - - - - - - - - - - - - - - x
                                :
In re:                          :    Chapter 11
                                :
HAYES LEMMERZ INTERNATIONAL     :    Case No. 09-11671 (MFW)
- WABASH, INC.,                 :
                                :
            Debtors.            :    Tax I.D. No. 38-2170301
                                :
                                :
- - - - - - - - - - - - - - - - x
                                :
In re:                          :    Chapter 11
                                :
HLI BRAKES HOLDING COMPANY,     :    Case No. 09-11672 (MFW)
INC.,                           :
                                :
            Debtors.            :    Tax I.D. No. 32-0072575
                                :
                                :
- - - - - - - - - - - - - - - - x
```

4

```
- - - - - - - - - - - - - - -  x
                               :   Chapter 11
In re:                         :
                               :   Case No. 09-11673 (MFW)
HLI COMMERCIAL HIGHWAY         :
HOLDING COMPANY, INC.,         :
                               :   Tax I.D. No. 35-2202828
          Debtors.            :
                               :
                               :
- - - - - - - - - - - - - - -  x
                               :
In re:                         :   Chapter 11
                               :
HLI NETHERLANDS HOLDINGS,      :   Case No. 09-11674 (MFW)
INC.,                          :
                               :
          Debtors.            :   Tax I.D. No. 38-3640015
                               :
                               :
- - - - - - - - - - - - - - -  x
                               :
In re:                         :   Chapter 11
                               :
HLI OPERATING COMPANY, INC.,   :   Case No. 09-11675 (MFW)
                               :
                               :
          Debtors.            :   Tax I.D. No. 30-0167742
                               :
                               :
- - - - - - - - - - - - - - -  x
                               :
In re:                         :   Chapter 11
                               :
HLI PARENT COMPANY, INC.,      :   Case No. 09-11676 (MFW)
                               :
                               :
          Debtors.            :   Tax I.D. No. 61-1447832
                               :
                               :
- - - - - - - - - - - - - - -  x
```

```
- - - - - - - - - - - - - - - -  x
                                 :   Chapter 11
In re:                           :
                                 :   Case No. 09-11677 (MFW)
HLI POWERTRAIN HOLDING           :
COMPANY, INC.,                   :
                                 :   Tax I.D. No. 30-0168269
               Debtors.          :
                                 :
                                 :
- - - - - - - - - - - - - - - -  x
                                 :
In re:                           :   Chapter 11
                                 :
HLI REALTY, INC.,                :   Case No. 09-11678 (MFW)
                                 :
                                 :
               Debtors.          :   Tax I.D. No. 38-2781885
                                 :
                                 :
- - - - - - - - - - - - - - - -  x
                                 :
In re:                           :   Chapter 11
                                 :
HLI SERVICES HOLDING             :   Case No. 09-11679 (MFW)
COMPANY, INC.,                   :
                                 :
               Debtors.          :   Tax I.D. No. 61-1447840
                                 :
                                 :
- - - - - - - - - - - - - - - -  x
                                 :
In re:                           :   Chapter 11
                                 :
HLI SUSPENSION HOLDING           :   Case No. 09-11680 (MFW)
COMPANY, INC.,                   :
                                 :
               Debtors.          :   Tax I.D. No. 38-1650061
                                 :
                                 :
- - - - - - - - - - - - - - - -  x
```

6

```
- - - - - - - - - - - - - - x
                           :   Chapter 11
In re:                     :
                           :   Case No. 09-11681 (MFW)
HLI WHEELS HOLDING COMPANY, :
INC.,                      :
                           :   Tax I.D. No. 38-367882
            Debtors.       :
                           :   Related Docket No. 3
                           :
- - - - - - - - - - - - - - x
```

## ORDER DIRECTING JOINT ADMINISTRATION
## OF CASES PURSUANT TO FED. R. BANKR. P. 1015(b)

("Joint Administration Order")

Upon the motion (the "Motion")[1] of Hayes Lemmerz

International, Inc. ("Hayes") and certain of its subsidiaries

and affiliates,[2] debtors and debtors-in-possession (collectively

---

[1]   Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

[2]   The following of Hayes' U.S. subsidiaries and affiliates (including the last four digits of their respective taxpayer identification numbers) have filed petitions for relief under chapter 11 concurrently with Hayes (2578) and have requested joint administration therewith: Hayes Lemmerz Finance LLC (7731), Hayes Lemmerz International Import, Inc. (1655), Hayes Lemmerz International - California, Inc. (2337), Hayes Lemmerz International - Commercial Highway, Inc. (7674), Hayes Lemmerz International - Georgia, Inc. (6122), Hayes Lemmerz International - Howell, Inc. (9246), Hayes Lemmerz International - Huntington, Inc. (0825), Hayes Lemmerz International - Kentucky, Inc. (8246), Hayes Lemmerz International - Laredo, Inc. (8656), Hayes Lemmerz International - New York, Inc. (9278), Hayes Lemmerz International - Sedalia, Inc. (7670), Hayes Lemmerz International - Technical Center, Inc. (7519), Hayes Lemmerz International - Wabash, Inc. (0301), HLI Brakes Holding Company, Inc. (2575), HLI Commercial Highway Holding Company, Inc. (2828), HLI Netherlands Holdings, Inc. (0015), HLI Operating Company, Inc. (7742), HLI Parent Company, Inc. (7832), HLI Powertrain Holding Company, Inc. (8269), HLI Realty, Inc. (1885), HLI Services Holding Company, Inc. (7840), HLI Suspension Holding Company, Inc. (0061), and HLI Wheels Holding Company, Inc. (7882) (collectively with Hayes, the "U.S. Debtors").  With the exception of Hayes Lemmerz Finance LLC - Luxembourg S.C.A. (Luxembourg: 0646; USA: 7731)

*(cont'd)*

with Hayes, the "Debtors") for entry of an order under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") consolidating for procedural purposes only, and providing for joint administration of, the Debtors' separate chapter 11 cases; and the Court having reviewed the Motion and the First Day Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that notice of the Motion was sufficient and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.   The Motion is GRANTED.

2.   The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 09-11655 (MFW) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1..

---

(cont'd from previous page)
   (the "Non-U.S. Debtor"), none of the foreign affiliates or subsidiaries of Hayes are Debtors in these chapter 11 cases.

3.    The caption of pleadings and other documents filed in the jointly administered cases after the "first day" hearing with respect to these chapter 11 cases shall read as follows:

```
- - - - - - - - - - - - - - x
                            :  Chapter 11
  In re:                     :
                            :  Case No. 09-11655 (MFW)
HAYES LEMMERZ INTERNATIONAL, :
INC., et al.,[3]             :  Jointly Administered
                            :
          Debtors.          :  Hrg. Date:_____ at ___:__ __.m.
- - - - - - - - - - - - - - x  Obj. Due:_____ at ___:__ __.m.
```

4.    Use of this caption shall be deemed to comply with the requirements of section 342(c) of the Bankruptcy Code and Bankruptcy Rules 1015 and 2002 for all purposes including notice.

---

[3]   The following of Hayes' U.S. subsidiaries and affiliates (including the last four digits of their respective taxpayer identification numbers) have filed petitions for relief under chapter 11 concurrently with Hayes (2578) and have requested joint administration therewith: Hayes Lemmerz Finance LLC (7731), Hayes Lemmerz International Import, Inc. (1655), Hayes Lemmerz International - California, Inc. (2337), Hayes Lemmerz International - Commercial Highway, Inc. (7674), Hayes Lemmerz International - Georgia, Inc. (6122), Hayes Lemmerz International - Howell, Inc. (9246), Hayes Lemmerz International - Huntington, Inc. (0825), Hayes Lemmerz International - Kentucky, Inc. (8246), Hayes Lemmerz International - Laredo, Inc. (8656), Hayes Lemmerz International - New York, Inc. (9278), Hayes Lemmerz International - Sedalia, Inc. (7670), Hayes Lemmerz International - Technical Center, Inc. (7519), Hayes Lemmerz International - Wabash, Inc. (0301), HLI Brakes Holding Company, Inc. (2575), HLI Commercial Highway Holding Company, Inc. (2828), HLI Netherlands Holdings, Inc. (0015), HLI Operating Company, Inc. (7742), HLI Parent Company, Inc. (7832), HLI Powertrain Holding Company, Inc. (8269), HLI Realty, Inc. (1885), HLI Services Holding Company, Inc. (7840), HLI Suspension Holding Company, Inc. (0061), and HLI Wheels Holding Company, Inc. (7882) (collectively with Hayes, the "U.S. Debtors"). With the exception of Hayes Lemmerz Finance LLC - Luxembourg S.C.A. (Luxembourg: 0646; USA: 7731) (the "Non-U.S. Debtor"), none of the foreign affiliates or subsidiaries of Hayes are Debtors in these chapter 11 cases. The mailing address for each of the U.S. Debtors is 15300 Centennial Drive, Northville, Michigan, 48168.

5.    All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Hayes Lemmerz International, Inc., Case No. 09-11655 (MFW).

6.    A docket entry shall be made in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing the joint administration of the chapter 11 cases of Hayes Lemmerz International, Inc. and certain of its subsidiaries and affiliates.  The docket is Case No. 09-11655 (MFW)  should be consulted for all matters affecting this case.

Dated: Wilmington, DE
       May 13, 2009

_____
      Honorable Mary F. Walrath
    UNITED STATES BANKRUPTCY JUDGE