IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
HAYES LEMMERZ INTERNATIONAL, : Case No. 09-11655 (MFW)
INC., et al., : 
: 
Debtors. : Jointly Administered
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On May 11, 2009, the above-captioned debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1330 (the "Bankruptcy Code"). The Debtors and their respective addresses, case numbers and federal tax identification numbers, are as follows:

| **DEBTOR** (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | **ADDRESS** | **CASE NO.** | **EID #** |
|---|---|---|---|
| Hayes Lemmerz International, Inc. [HLI Holding Company, Inc. of Delaware, HLI Holding Company, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11655 (MFW) | 32-0072578 |
| Hayes Lemmerz Finance LLC | 15300 Centennial Drive Northville, MI 48168 | 09-11656 (MFW) | 98-0537731 |
| Hayes Lemmerz Finance LLC – Luxembourg, S.C.A. | Centre Mercure, 5th Floor 41 avenue de la Gare, 5ème Etage, L-1611 Luxembourg | 09-11657 (MFW) | 98-0537731 (USA) 2007 2300 646 (Luxembourg) |
| Hayes Lemmerz International Import, Inc. [Hayes Lemmerz Aftermarket, Inc., Hayes Wheels Aftermarket, Inc., Hayes Wheels, Hayes Wheels International] | 15300 Centennial Drive Northville, MI 48168 | 09-11659 (MFW) | 38-3311655 |
| Hayes Lemmerz International – California, Inc. [Hayes Wheels International - California, Inc., Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11660 (MFW) | 33-0042337 |
| Hayes Lemmerz International – Commercial Highway, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11661 (MFW) | 77-0597674 |
| Hayes Lemmerz International – Georgia, Inc. [Hayes Wheels International – Georgia, Inc., Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11662 (MFW) | 58-2046122 |

| Name | Address | Case No. | EIN |
|---|---|---|---|
| Hayes Lemmerz International – Howell, Inc. [Hayes Wheels, Western Wheel, Hayes Lemmerz International – Michigan, Inc., Hayes Wheels International – Michigan, Inc., Hayes Wheels International] | 15300 Centennial Drive Northville, MI 48168 | 09-11664 (MFW) | 38-1799246 |
| Hayes Lemmerz International – Huntington, Inc. [Hayes Lemmerz International – Indiana, Inc., Hayes Wheels International – Indiana, Inc., Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11665 (MFW) | 62-1240825 |
| Hayes Lemmerz International – Kentucky, Inc. [Alumitech] | 15300 Centennial Drive Northville, MI 48168 | 09-11666 (MFW) | 61-1148246 |
| Hayes Lemmerz International – Laredo, Inc. [CMI – Texas, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11667 (MFW) | 74-2418656 |
| Hayes Lemmerz International – New York, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11668 (MFW) | 80-0369278 |
| Hayes Lemmerz International – Sedalia, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11669 (MFW) | 77-0597670 |
| Hayes Lemmerz International – Technical Center, Inc. [CMI – Tech Center, Inc., CMI – Engineering] | 15300 Centennial Drive Northville, MI 48168 | 09-11670 (MFW) | 38-2257519 |
| Hayes Lemmerz International – Wabash, Inc. [CMI – Wabash Cast, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11671 (MFW) | 38-2170301 |
| HLI Brakes Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11672 (MFW) | 32-0072575 |
| HLI Commercial Highway Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11673 (MFW) | 35-2202828 |
| HLI Netherlands Holdings, Inc. [Sandman Corporation] | 15300 Centennial Drive Northville, MI 48168 | 09-11674 (MFW) | 38-3640015 |
| HLI Operating Company, Inc. [Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11675 (MFW) | 30-0167742 |
| HLI Parent Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11676 (MFW) | 61-1447832 |
| HLI Powertrain Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11677 (MFW) | 30-0168269 |
| HLI Realty, Inc. [T C Realty, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11678 (MFW) | 38-2781885 |
| HLI Services Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11679 (MFW) | 61-1447840 |
| HLI Suspension Holding Company, Inc. [CMI - Ventures, Inc., CMI International, Inc., Hayes Lemmerz International - CMI, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11680 (MFW) | 38-1650061 |
| HLI Wheels Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11681 (MFW) | 38-367882 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. June 11, 2009 at 10:00 a.m. Eastern Time, J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, DE 19801.

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

COUNSEL FOR THE DEBTORS.

| | |
|---|---|
| Anthony W. Clark (I.D. No. 2051) | J. Eric Ivester |
| Kimberly A. LaMaina (I.D. No. 4568) | Stephen D. Williamson |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| One Rodney Square | 333 West Wacker Drive |
| P.O. Box 636 | Chicago, IL 60606 |
| Wilmington, DE 19899 | |

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court are available for inspection at the Office of the Clerk of the Bankruptcy Court. In addition, such documents may be available at www.deb.uscourts.gov and www.hayeslemmerzreorg.com.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event any of these cases is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court is not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any

distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of Claim forms also are available in the clerk's office of any bankruptcy court. Proof of Claim forms also are available from the Court's web site at [www.deb.uscourts.gov](www.deb.uscourts.gov). The Garden City Group, Inc. ("GCG") is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court. GCG can be reached as follows:

>The Garden City Group, Inc.
>Attn: Hayes Lemmerz International, Inc.
>P.O. Box 9000 #6531
>Merrick, NY 11566-9000
>Telephone: 631-470-5000
>Email at: HayesInfo@gardencitygroup.com
>www.hayeslemmerzreorg.com

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court:  /s/ *David D. Bird*  Dated: May 18, 2009
Clerk of the U.S. Bankruptcy Court