IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - x
                             :
In re:                     :  Chapter 11
                             :
HAYES LEMMERZ INTERNATIONAL,: Case No. 09-11655 (MFW)
INC., et al.,[1]          :
                             :  Jointly Administered
            Debtors.    :
                             :  **Hrg Date: 8/18/09 at 3:00 p.m. (EST)**
                             :  **Related to Docket No. 341**
- - - - - - - - - - - - - - - x

**NOTICE OF FILING OF REVISED SOLICITATION PROCEDURES ORDER APPROVING (I) THE DISCLOSURE STATEMENT, (II) CURE PROCEDURES FOR EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN, (III) THE RECORD DATE, VOTING DEADLINE AND CERTAIN OTHER PROCEDURES, (IV) THE FORM AND MANNER OF NOTICE OF THE CONFIRMATION HEARING AND PROCEDURES FOR FILING OBJECTIONS TO THE PLAN, AND (V) SOLICITATION PROCEDURES FOR CONFIRMATION**

PLEASE TAKE NOTICE that on July 10, 2009, the above

captioned debtors and debtors-in-possession (collectively, the

---

[1] The following of Hayes' U.S. subsidiaries and affiliates (including the last four digits of their respective taxpayer identification numbers) have filed petitions for relief under chapter 11 concurrently with Hayes (2578) and have obtained joint administration therewith: Hayes Lemmerz Finance LLC (7731), Hayes Lemmerz International Import, Inc. (1655), Hayes Lemmerz International - California, Inc. (2337), Hayes Lemmerz International - Commercial Highway, Inc. (7674), Hayes Lemmerz International - Georgia, Inc. (6122), Hayes Lemmerz International - Howell, Inc. (9246), Hayes Lemmerz International - Huntington, Inc. (0825), Hayes Lemmerz International - Kentucky, Inc. (8246), Hayes Lemmerz International - Laredo, Inc. (8656), Hayes Lemmerz International - New York, Inc. (9278), Hayes Lemmerz International - Sedalia, Inc. (7670), Hayes Lemmerz International - Technical Center, Inc. (7519), Hayes Lemmerz International - Wabash, Inc. (0301), HLI Brakes Holding Company, Inc. (2575), HLI Commercial Highway Holding Company, Inc. (2828), HLI Netherlands Holdings, Inc. (0015), HLI Operating Company, Inc. (7742), HLI Parent Company, Inc. (7832), HLI Powertrain Holding Company, Inc. (8269), HLI Realty, Inc. (1885), HLI Services Holding Company, Inc. (7840), HLI Suspension Holding Company, Inc. (0061), and HLI Wheels Holding Company, Inc. (7882) (collectively with Hayes, the "U.S. Debtors").  With the exception of Hayes Lemmerz Finance LLC - Luxembourg S.C.A. (Luxembourg: 0646; USA: 7731) (the "Non-U.S. Debtor"), none of the foreign affiliates or subsidiaries of Hayes are Debtors in these chapter 11 cases.  The mailing address for each of the U.S. Debtors is 15300 Centennial Drive, Northville, Michigan 48168.

"Debtors") filed the **Debtors' Motion For Order Approving (I) The Disclosure Statement (II) Cure Procedures For Executory Contracts Or Unexpired Leases To Be Assumed Pursuant To The Plan, (III) The Record Date, Voting Deadline And Certain Other Procedures, (IV) The Form And Manner Of Notice Of The Confirmation Hearing And Procedures For Filing Objections To The Plan, And (V) Solicitation Procedures For Confirmation** (Docket No. 341).

PLEASE TAKE FURTHER NOTICE that on August 7, 2009, the Debtors filed the attached revised (i) proposed **Revised Order Approving (I) The Disclosure Statement (II) Cure Procedures For Executory Contracts Or Unexpired Leases To Be Assumed Pursuant To The Plan, (III) The Record Date, Voting Deadline And Certain Other Procedures, (IV) The Form And Manner Of Notice Of The Confirmation Hearing And Procedures For Filing Objections To The Plan, And (V) Solicitation Procedures For Confirmation** (the "Proposed Order")[2] (attached as Exhibit A) and (ii) a blackline Proposed Order reflecting revisions made to the order since the date it was originally filed with the Court on July 10, 2009 (attached as Exhibit B).

PLEASE TAKE FURTHER NOTICE that the following revised timeline has been incorporated into the Proposed Order:

---

[2]   Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Proposed Order.

2

| **DATE** | **EVENT** |
|---|---|
| August 14, 2009 | Voting record date |
| August 18, 2009 (3:00 p.m. EST) | Disclosure Statement hearing |
| August 21, 2009 | Deadline to distribute solicitation packages |
| August 27, 2009 | Deadline to publish confirmation hearing notice |
| September 11, 2009 | Rule 3018(a) Motion deadline<br><br>Plan Exhibit filing deadline |
| September 21, 2009 (5:00 p.m. EST) | Voting deadline |
| September 22, 2009 (4:00 p.m. EST) | Plan objection deadline<br><br>Assumed contract cure amount objection deadline |
| September 24, 2009 | Ballot tabulation report filing deadline |
| September 28, 2009 (4:00 p.m. EST) | Reply deadline to any Plan objections |
| September 29, 2009 (12:30 p.m. EST) | Confirmation hearing |

PLEASE TAKE FURTHER NOTICE that the Debtors will appear before the Honorable Mary F. Walrath, United States Bankruptcy Court Judge for the District of Delaware, in the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 on **August 18, 2009, at 3:00 p.m. (Eastern Time)**, and request entry of the Proposed Order.

3

PLEASE TAKE FURTHER NOTICE that copies of the Proposed Order can be obtained on the Court's website at www.deb.uscourts.gov by registered users of the Bankruptcy Court's case filing system or the Debtors' restructuring website at www.hayeslemmerzreorg.com or from counsel for the Debtors as set forth below.

Dated: Wilmington, Delaware
      August 7, 2009

                      SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

By: */s/ Kimberly A. LaMaina*
    Anthony W. Clark (I.D. No. 2051)
    Kimberly A. LaMaina (I.D. No. 4568)
    One Rodney Square
    P.O. Box 636
    Wilmington, DE 19899
    (302) 651-3000

    - and -

    J. Eric Ivester
    Stephen D. Williamson
    Bennett S. Silverberg (New York Office)
    155 North Wacker Drive, Suite 2700
    Chicago, Illinois 60606
    (312) 407-0700

Counsel for Debtors and
    Debtors-in-Possession

4