**EXHIBIT A**

Cure Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :

In re:                         :  Chapter 11

HAYES LEMMERZ INTERNATIONAL,   :  Case No. 09-11655 (MFW)
INC., et al.,                      :

            Debtors.       :  Jointly Administered
                         :  Confirmation Hearing Date:  10/15/09 at 2:00 p.m. (EST)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x Cure Objections Due:  10/6/09 at 4:00 p.m. (EST)

**NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT
OR UNEXPIRED LEASE TO BE ASSUMED PURSUANT TO THE FIRST AMENDED
JOINT PLAN OF REORGANIZATION OF HAYES LEMMERZ INTERNATIONAL, INC.
AND ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION**

**THIS NOTICE IS BEING PROVIDED TO ALL NON-DEBTOR PARTIES TO EXECUTORY
CONTRACTS OR UNEXPIRED LEASES THAT MAY BE ASSUMED PURSUANT TO THE
PLAN (AS DEFINED BELOW).**

**FILING OF PLAN AND DISCLOSURE STATEMENT**

On [_____], 2009, Hayes Lemmerz International, Inc. ("Hayes") and certain of its affiliates, debtors and debtors-in-possession (collectively with Hayes, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the Disclosure Statement With Respect to First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession, dated [_____], 2009 (the "Disclosure Statement"), for use in soliciting acceptances or rejections of the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession, dated July 2, 2009 (as amended, amended September [__], 2009) (the "Plan") from holders of certain impaired claims who are (or may be) entitled to receive distributions under the Plan. Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Plan. A listing of the Debtors, their tax identification numbers, and chapter 11 case numbers is annexed hereto as Annex 1.

**SOLICITATION PROCEDURES ORDER**

On September [__], 2009, the Bankruptcy Court signed an Order (the "Solicitation Procedures Order"), approving the Disclosure Statement as containing "adequate information" within the meaning of section 1125 of the Bankruptcy Code for use in soliciting acceptances or rejections of the Plan (the Plan is attached as Appendix A to the Disclosure Statement), and approving the cure procedures for executory contracts or unexpired leases to be assumed and reinstated pursuant to the Plan.

**HEARING ON CONFIRMATION OF PLAN**

On September [__], 2009, the Bankruptcy Court entered an order scheduling a hearing (the "Confirmation Hearing") on confirmation of the Plan. The Confirmation Hearing will be held at 2:00 p.m. (prevailing Eastern time) commencing on October 15, 2009 before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801. The Confirmation Hearing may be continued from time to time by announcing such continuance in open court and the

Plan may be further modified, if necessary, pursuant to 11 U.S.C. § 1127, prior to, during, or as a result of the Confirmation Hearing, without further notice to parties in interest.

### ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES UNDER THE PLAN

The order confirming the Plan (the "Confirmation Order") will constitute an order under Bankruptcy Code section 365 assuming all prepetition executory contracts and unexpired leases to which any Debtor is a party on and subject to the occurrence of the effective date of the Plan (the "Plan Effective Date"), unless such contract or lease (a) previously has been assumed or rejected by the Debtors, (b) previously has expired or terminated pursuant to its terms before the Plan Effective Date, or (c) is identified in Exhibit J to the Plan as a contract or lease to be rejected; provided, however, that the Debtors may amend the exhibit of rejected executory contracts and unexpired leases at any time prior to the date the Plan is confirmed (the "Confirmation Date").

1.  Notice of Assumption:  The Debtors hereby provide notice (the "Notice") of their intent to assume certain executory contracts or unexpired leases pursuant to the Plan, including those listed on Exhibit A hereto (the "Assumed Contracts"), as of the Plan Effective Date.

2.  Notice of Cure Amount:  On the Plan Effective Date or as soon thereafter as practicable, the Debtors or the Reorganized Debtors, as applicable, shall pay the amount, if any, necessary to cure any defaults of any of the Debtors under the Assumed Contracts according to the Debtors' books and records.  Such amounts are set forth on Exhibit A hereto (the "Cure Amount").  The Debtors will continue to pay all postpetition amounts owing under the Assumed Contracts until the assumption of the Assumed Contracts.  The Debtors' records reflect that, other than the Cure Amount, there are no other defaults under the Assumed Contracts.

3.  Objecting to the Proposed Assumption or Cure Amount:  Each non-Debtor party to an Assumed Contract shall have until October 6, 2009 at 4:00 p.m. (prevailing Eastern time) (the "Cure Objection Deadline") to file an objection to (a) the proposed assumption of the applicable Assumed Contract (and must state in the objection, with specificity, the legal and factual basis of its objection) and/or (b) the Cure Amount (and must state in its objection, with specificity, what Cure Amount and include invoices and other appropriate documentation in support thereof).  If no objection is timely received, (x) the non-Debtor party to the Assumed Contract shall be deemed to have consented to the assumption of the Assumed Contract and shall be forever barred from asserting any objection with regard to such assumption, and (y) the proposed Cure Amount shall be controlling, notwithstanding anything to the contrary in any Assumed Contract or other document as of the date of this Notice, and the non-Debtor party to an Assumed Contract shall be deemed to have consented to the Cure Amount and shall be forever barred from asserting, collecting, or seeking to collect any additional amounts relating thereto against the Debtors or the Reorganized Debtors, or the property of any of them.  Objections, if any, to the proposed assumption and/or Cure Amount must be in writing, filed with the Bankruptcy Court and served in hard-copy form so that they are actually received by the Cure Objection Deadline by the following parties:

| Skadden, Arps, Slate, Meagher & Flom LLP 155 N. Wacker Drive Suite 2700 Chicago, Illinois 60606-1720 (Attn: J. Eric Ivester, Esq. and Stephen D. Williamson, Esq.) Counsel for the Debtors | Skadden, Arps, Slate, Meagher & Flom LLP One Rodney Square P.O. Box 636 Wilmington, DE 19899-0636 (Attn: Anthony W. Clark, Esq. and Kimberly A. LaMaina, Esq.) Counsel for the Debtors | Office of the United States Trustee, J. Caleb Boggs Federal Bldg. 844 North King Street Room 2207 Lockbox 35 Wilmington, DE 19801 (Attn: Joseph J. McMahon, Jr., Esq.) |
|---|---|---|

| | | |
|---|---|---|
| Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>(Attn: Kenneth A. Rosen, Esq.)<br><br>Counsel for the Creditors' Committee | Bifferato Gentilotti LLC<br>800 N. King Street<br>Plaza Level<br>Wilmington, DE 19801<br>(Attn: Garvan F. McDaniel, Esq.)<br><br>Counsel for the Creditors' Committee | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(Attn: Abhilash M. Raval, Esq., Tyson Lomazow, Esq., and Brian Kinney, Esq.)<br><br>Counsel for the DIP Administrative Agent |
| Morris, Nichols, Arsht & Tunnell LLP<br>Chase Manhattan Centre<br>18th Floor<br>1201 North Market Street,<br>Wilmington, DE 19899<br>(Attn: Robert J. Dehney, Esq.)<br><br>Counsel for the DIP Administrative Agent | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(Attn: Lori Fife, Esq.)<br><br>Counsel for the Prepetition Administrative Agent | Schnader Harrison Segal & Lewis LLP<br>824 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>(Attn. Richard A. Barkasy, Esq.)<br><br>Counsel to the Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC<br>55 West Monroe Street, Ste 1200<br>Chicago, IL 60603<br>(Attn: Jon D. Cohen, Esq. and Trent P. Cornell, Esq.)<br><br>Counsel to the Official Committee of Retirees | | |

4. **Hearing with Respect to Objections:** If an objection to the proposed assumption and/or to the Cure Amount is timely-filed and received in accordance with the procedures set forth in the preceding paragraph, and the parties do not reach a consensual resolution of such objection, a hearing with respect to such objection will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801, at the hearing to consider confirmation of the Plan or at another hearing as scheduled by the Debtors. Objections to the proposed Cure Amount or assumption of an executory contract or unexpired lease will not be treated as objections to confirmation of the Plan.

5. **Reservation of Rights:** Notwithstanding anything to the contrary herein, prior to the Plan Effective Date, the Debtors may amend their decision with respect to the assumption of any Assumed Contract and provide a new notice amending the information provided in the applicable Cure Notice. In the case of an executory contract or unexpired lease designated as an Assumed Contract which is the subject of a Cure Amount Objection which has not been resolved prior to the Plan Effective Date, the Debtors may designate such executory contract or unexpired lease for rejection at any time prior to the payment of the Cure Amount.

## COPIES OF DOCUMENTS

Copies of the Plan, the Disclosure Statement, the Solicitation Procedures Order, and all other pleadings and orders in the Debtors' chapter 11 cases can be obtained at the Debtors' restructuring website at http://www.hayeslemmerzreorg.com or on the Bankruptcy Court's website at http://www.deb.uscourts.gov (registration required). In addition, copies of the Plan, the Disclosure Statement, the Solicitation Procedures Order may be obtained by written request to the Debtors' claims agent at The Garden City Group, Inc., P.O. Box 9000 #6531, Merrick, NY 11566-9000 (Attn: Hayes Lemmerz International, Inc.). The Plan, the Disclosure Statement, and the Solicitation Procedures Order are also available upon written request to counsel for the Debtors at the addresses set forth below.

Dated:     Wilmington, Delaware
           September [●], 2009

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: _____

Anthony W. Clark (I.D. No. 2051)
Kimberly A. LaMaina (I.D. No. 4568)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

- and -

J. Eric Ivester
Stephen D. Williamson
Bennett S. Silverberg (New York Office)
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 407-0700

Counsel for Debtors and
Debtors-in-Possession

## ANNEX 1

### LIST OF DEBTORS AND DEBTORS-IN-POSSESSION

| DEBTOR (Other names if any used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EIN |
| --- | --- | --- | --- |
| Hayes Lemmerz International, Inc. [HLI Holding Company, Inc. of Delaware, HLI Holding Company, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11655 (MFW) | 32-0072578 |
| Hayes Lemmerz Finance LLC | 15300 Centennial Drive Northville, MI 48168 | 09-11656 (MFW) | 98-0537731 |
| Hayes Lemmerz Finance LLC – Luxembourg, S.C.A. | Centre Mercure, 5th Floor 41 avenue de la Gare, 5ème Etage, L-1611 Luxembourg | 09-11657 (MFW) | 98-0537731 (USA) 2007 2300 646 (Luxembourg) |

4

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EIN |
|---|---|---|---|
| Hayes Lemmerz International Import, Inc. [Hayes Lemmerz Aftermarket, Inc., Hayes Wheels Aftermarket, Inc., Hayes Wheels, Hayes Wheels International] | 15300 Centennial Drive Northville, MI 48168 | 09-11659 (MFW) | 38-3311655 |
| Hayes Lemmerz International – California, Inc. [Hayes Wheels International - California, Inc., Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11660 (MFW) | 33-0042337 |
| Hayes Lemmerz International – Commercial Highway, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11661 (MFW) | 77-0597674 |
| Hayes Lemmerz International – Georgia, Inc. [Hayes Wheels International – Georgia, Inc., Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11662 (MFW) | 58-2046122 |
| Hayes Lemmerz International – Howell, Inc. [Hayes Wheels, Western Wheel, Hayes Lemmerz International – Michigan, Inc., Hayes Wheels International – Michigan, Inc., Hayes Wheels International] | 15300 Centennial Drive Northville, MI 48168 | 09-11664 (MFW) | 38-1799246 |
| Hayes Lemmerz International – Huntington, Inc. [Hayes Lemmerz International – Indiana, Inc., Hayes Wheels International – Indiana, Inc., Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11665 (MFW) | 62-1240825 |
| Hayes Lemmerz International – Kentucky, Inc. [Alumitech] | 15300 Centennial Drive Northville, MI 48168 | 09-11666 (MFW) | 61-1148246 |
| Hayes Lemmerz International – Laredo, Inc. [CMI – Texas, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11667 (MFW) | 74-2418656 |
| Hayes Lemmerz International – New York, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11668 (MFW) | 80-0369278 |
| Hayes Lemmerz International – Sedalia, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11669 (MFW) | 77-0597670 |
| Hayes Lemmerz International – Technical Center, Inc. [CMI – Tech Center, Inc., CMI – Engineering] | 15300 Centennial Drive Northville, MI 48168 | 09-11670 (MFW) | 38-2257519 |
| Hayes Lemmerz International – Wabash, Inc. [CMI – Wabash Cast, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11671 (MFW) | 38-2170301 |
| HLI Brakes Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11672 (MFW) | 32-0072575 |
| HLI Commercial Highway Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11673 (MFW) | 35-2202828 |
| HLI Netherlands Holdings, Inc. [Sandman Corporation] | 15300 Centennial Drive Northville, MI 48168 | 09-11674 (MFW) | 38-3640015 |
| HLI Operating Company, Inc. [Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11675 (MFW) | 30-0167742 |
| HLI Parent Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11676 (MFW) | 61-1447832 |
| HLI Powertrain Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11677 (MFW) | 30-0168269 |
| HLI Realty, Inc. [T C Realty, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11678 (MFW) | 38-2781885 |
| HLI Services Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11679 (MFW) | 61-1447840 |
| HLI Suspension Holding Company, Inc. [CMI - Ventures, Inc., CMI International, Inc., Hayes Lemmerz International - CMI, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11680 (MFW) | 38-1650061 |
| HLI Wheels Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11681 (MFW) | 38-367882 |

676054- Server 1a - MSW

**EXHIBIT B**

**Contract Rejection Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                             : Chapter 11
                                                   :
HAYES LEMMERZ INTERNATIONAL,                       : Case No. 09-11655 (MFW)
INC., et al.,                                      :
                                                   :
                              Debtors.             : Jointly Administered
                                                   : Confirmation Hearing Date: 10/15/09 at 2:00 p.m. (EST)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x Confirmation Objections Due: 10/6/09 at 4:00 p.m. (EST)

**NOTICE OF REJECTION OF EXECUTORY CONTRACT OR UNEXPIRED
LEASE PURSUANT TO THE FIRST AMENDED JOINT PLAN OF
REORGANIZATION OF HAYES LEMMERZ INTERNATIONAL, INC. AND
ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION**

**THIS NOTICE IS BEING PROVIDED TO ALL NON-DEBTOR PARTIES WHOSE
EXECUTORY CONTRACTS OR UNEXPIRED LEASES ARE BEING REJECTED PURSUANT
TO THE PLAN PROPOSED BY THE DEBTORS. ATTACHED HERETO AS EXHIBIT A IS A
LIST OF YOUR EXECUTORY CONTRACTS AND UNEXPIRED LEASES BEING REJECTED.**

**FILING OF PLAN AND DISCLOSURE STATEMENT**

On [_____], 2009, Hayes Lemmerz International, Inc. ("Hayes") and certain of its affiliates,
debtors and debtors-in-possession (collectively with Hayes, the "Debtors") filed with the United States
Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the Disclosure Statement With
Respect to First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its
Affiliated Debtors and Debtors-in-Possession, dated [_____], 2009 (the "Disclosure Statement"),
for use in soliciting acceptances or rejections of the First Amended Joint Plan of Reorganization of Hayes
Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession, dated July 2, 2009 (as
amended, amended September [__], 2009) (the "Plan") from holders of certain impaired claims who are
(or may be) entitled to receive distributions under the Plan. Unless otherwise defined herein, capitalized
terms shall have the meanings ascribed to them in the Plan. A listing of the Debtors, their tax
identification numbers, and chapter 11 case numbers is annexed hereto as Annex 1.

**SOLICITATION PROCEDURES ORDER**

On September [__], 2009, the Bankruptcy Court signed an Order (the "Solicitation Procedures
Order"), approving the Disclosure Statement as containing "adequate information" within the meaning of
section 1125 of the Bankruptcy Code for use in soliciting acceptances or rejections of the Plan (the Plan is
attached as Appendix A to the Disclosure Statement), and approving the cure procedures for executory
contracts or unexpired leases to be assumed and reinstated pursuant to the Plan.

**HEARING ON CONFIRMATION OF PLAN**

On September [__], 2009, the Bankruptcy Court entered an order scheduling a hearing (the
"Confirmation Hearing") on confirmation of the Plan. The Confirmation Hearing will be held at 2:00

p.m. (prevailing Eastern time) commencing on October 15, 2009 before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801. The Confirmation Hearing may be continued from time to time by announcing such continuance in open court and the Plan may be further modified, if necessary, pursuant to 11 U.S.C. § 1127, prior to, during, or as a result of the Confirmation Hearing, without further notice to parties in interest.

## ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES UNDER THE PLAN

The order confirming the Plan (the "Confirmation Order") will constitute an order under Bankruptcy Code section 365 assuming all prepetition executory contracts and unexpired leases to which any Debtor is a party on and subject to the occurrence of the effective date of the Plan (the "Plan Effective Date"), unless such contract or lease (a) previously has been assumed or rejected by the Debtors, (b) previously has expired or terminated pursuant to its terms before the Plan Effective Date, or (c) is identified in Exhibit J to the Plan as a contract or lease to be rejected; provided, however, that the Debtors may amend the exhibit of rejected executory contracts and unexpired leases at any time prior to the date the Plan is confirmed (the "Confirmation Date").

1. Notice of Rejection: The Debtors hereby provide notice (the "Contract Rejection Notice") of their intent to reject, pursuant to Section 7.2 of the Plan, your executory contracts and/or unexpired leases with the Debtors listed on Exhibit A hereto (the "Rejected Contracts"). The Confirmation Order shall constitute an order of the Bankruptcy Court approving such rejections (effective as of the Plan Effective Date) pursuant to section 365 of the Bankruptcy Code. The Debtors reserve the right to elect to assume any or all of your executory contracts or unexpired leases at any time prior to the Confirmation Date. The Debtors will provide you with notice of such assumption should they change their decision to reject the Rejected Contracts.

2. Rejection Damages Bar Date: Pursuant to Section 7.5 of the Plan, if rejection of an executory contract or unexpired lease rejected pursuant to the Plan results in a Claim, then such Claim shall be forever barred and shall not be enforceable against either the Debtors or the Reorganized Debtors or such entities' properties unless a proof of claim is filed with The Garden City Group, Inc., and served upon counsel to the Debtors within thirty (30) days after entry of the Confirmation Order. You will receive instructions on filing a rejection damages claim following entry of the Confirmation Order. Any Claim that may be Allowed as a result of the rejection of an executory contract or unexpired lease shall be treated as an Other Unsecured Claim.

## COPIES OF DOCUMENTS

Copies of the Plan, the Disclosure Statement, the Solicitation Procedures Order, and all other pleadings and orders in the Debtors' chapter 11 cases can be obtained at the Debtors' restructuring website at http://www.hayeslemmerzreorg.com or on the Bankruptcy Court's website at http://www.deb.uscourts.gov (registration required). In addition, copies of the Plan, the Disclosure Statement, the Solicitation Procedures Order may be obtained by written request to the Debtors' claims agent at The Garden City Group, Inc., P.O. Box 9000 #6531, Merrick, NY 11566-9000 (Attn: Hayes Lemmerz International, Inc.). The Plan, the Disclosure Statement, and the Solicitation Procedures Order are also available upon written request to counsel for the Debtors at the addresses set forth below.

2

Dated:      Wilmington, Delaware
             September [●], 2009

                                SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP

                 By:   _____

                                  Anthony W. Clark (I.D. No. 2051)
                                  Kimberly A. LaMaina (I.D. No. 4568)
                                  One Rodney Square
                                  P.O. Box 636
                                  Wilmington, DE 19899
                                  (302) 651-3000

                                  - and -

                                  J. Eric Ivester
                                  Stephen D. Williamson
                                  Bennett S. Silverberg (New York Office)
                                  155 North Wacker Drive, Suite 2700
                                  Chicago, Illinois 60606
                                  (312) 407-0700

                                  Counsel for Debtors and
                                  Debtors-in-Possession

## ANNEX 1

### LIST OF DEBTORS AND DEBTORS-IN-POSSESSION

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EID | 
|---|---|---|---|
| Hayes Lemmerz International, Inc. [HLI Holding Company, Inc. of Delaware, HLI Holding Company, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11655 (MFW) | 32-0072578 |
| Hayes Lemmerz Finance LLC | 15300 Centennial Drive Northville, MI 48168 | 09-11656 (MFW) | 98-0537731 |
| Hayes Lemmerz Finance LLC – Luxembourg, S.C.A. | Centre Mercure, 5th Floor 41 avenue de la Gare, 5ème Etage, L-1611 Luxembourg | 09-11657 (MFW) | 98-0537731 (USA) 2007 2300 646 (Luxembourg) |
| Hayes Lemmerz International Import, Inc. [Hayes Lemmerz Aftermarket, Inc., Hayes Wheels Aftermarket, Inc., Hayes Wheels, Hayes Wheels International] | 15300 Centennial Drive Northville, MI 48168 | 09-11659 (MFW) | 38-3311655 |
| Hayes Lemmerz International – California, Inc. [Hayes Wheels International - California, Inc., Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11660 (MFW) | 33-0042337 |
| Hayes Lemmerz International – Commercial Highway, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11661 (MFW) | 77-0597674 |

3

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EID |
|---|---|---|---|
| Hayes Lemmerz International – Georgia, Inc. [Hayes Wheels International – Georgia, Inc., Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11662 (MFW) | 58-2046122 |
| Hayes Lemmerz International – Howell, Inc. [Hayes Wheels, Western Wheel, Hayes Lemmerz International – Michigan, Inc., Hayes Wheels International – Michigan, Inc., Hayes Wheels International] | 15300 Centennial Drive Northville, MI 48168 | 09-11664 (MFW) | 38-1799246 |
| Hayes Lemmerz International – Huntington, Inc. [Hayes Lemmerz International – Indiana, Inc., Hayes Wheels International – Indiana, Inc., Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11665 (MFW) | 62-1240825 |
| Hayes Lemmerz International – Kentucky, Inc. [Alumitech] | 15300 Centennial Drive Northville, MI 48168 | 09-11666 (MFW) | 61-1148246 |
| Hayes Lemmerz International – Laredo, Inc. [CMI – Texas, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11667 (MFW) | 74-2418656 |
| Hayes Lemmerz International – New York, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11668 (MFW) | 80-0369278 |
| Hayes Lemmerz International – Sedalia, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11669 (MFW) | 77-0597670 |
| Hayes Lemmerz International – Technical Center, Inc. [CMI – Tech Center, Inc., CMI – Engineering] | 15300 Centennial Drive Northville, MI 48168 | 09-11670 (MFW) | 38-2257519 |
| Hayes Lemmerz International – Wabash, Inc. [CMI – Wabash Cast, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11671 (MFW) | 38-2170301 |
| HLI Brakes Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11672 (MFW) | 32-0072575 |
| HLI Commercial Highway Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11673 (MFW) | 35-2202828 |
| HLI Netherlands Holdings, Inc. [Sandman Corporation] | 15300 Centennial Drive Northville, MI 48168 | 09-11674 (MFW) | 38-3640015 |
| HLI Operating Company, Inc. [Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11675 (MFW) | 30-0167742 |
| HLI Parent Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11676 (MFW) | 61-1447832 |
| HLI Powertrain Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11677 (MFW) | 30-0168269 |
| HLI Realty, Inc. [T C Realty, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11678 (MFW) | 38-2781885 |
| HLI Services Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11679 (MFW) | 61-1447840 |
| HLI Suspension Holding Company, Inc. [CMI - Ventures, Inc., CMI International, Inc., Hayes Lemmerz International - CMI, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11680 (MFW) | 38-1650061 |
| HLI Wheels Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11681 (MFW) | 38-367882 |

4

676655- Server 1a - MSW

**EXHIBIT C**

**Confirmation Hearing Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :   Chapter 11
                                              :
HAYES LEMMERZ INTERNATIONAL,                  :   Case No. 09-11655 (MFW)
INC., et al.,                                 :
                                              :
                    Debtors.                  :   Jointly Administered
                                              :   Confirmation Hearing Date: 10/15/09 at 2:00 p.m. (EST)
- - - - - - - - - - - - - - - - - - - - - - - - - x   Confirmation Objections Due: 10/6/09 at 4:00 p.m. (EST)

**NOTICE OF (1) APPROVAL OF DISCLOSURE STATEMENT;
(2) HEARING ON CONFIRMATION OF PLAN; (3) DEADLINE AND
PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN;
(4) RECORD DATE; AND (5) VOTING DEADLINE FOR RECEIPT OF BALLOTS**

**THIS NOTICE IS BEING PROVIDED TO ALL CREDITORS, EQUITY HOLDERS, AND
OTHER PARTIES IN INTEREST.**

**FILING OF PLAN AND DISCLOSURE STATEMENT**

        On [_____], 2009, Hayes Lemmerz International, Inc. ("Hayes") and certain of its affiliates, debtors and debtors-in-possession (collectively with Hayes, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the Disclosure Statement With Respect to First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession, dated [_____], 2009 (the "Disclosure Statement"), for use in soliciting acceptances or rejections of the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession, dated July 2, 2009 (as amended, amended September [__], 2009) (the "Plan") from holders of certain impaired claims who are (or may be) entitled to receive distributions under the Plan. Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Plan. A listing of the Debtors, their tax identification numbers, and chapter 11 case numbers is annexed hereto as Annex 1.

**HEARING ON CONFIRMATION OF PLAN**

        On September [__], 2009, the Bankruptcy Court entered an order scheduling a hearing (the "Confirmation Hearing") on confirmation of the Plan. The Confirmation Hearing will be held at 2:00 p.m. (prevailing Eastern time) commencing on October 15, 2009 before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801. The Confirmation Hearing may be continued from time to time by announcing such continuance in open court and the Plan may be further modified, if necessary, pursuant to 11 U.S.C. § 1127, prior to, during, or as a result of the Confirmation Hearing, without further notice to parties in interest.

## TREATMENT OF CLAIMS UNDER PLAN

Under the Plan, holders of Administrative Claims, Priority Tax Claims, Class 1 Secured Tax Claims, Class 2 Other Secured Claims, Class 3 Other Priority Claims, Class 4 Intercompany Claims, and Class 5 Subsidiary Interests are unimpaired by the Plan within the meaning of Bankruptcy Code section 1124. Holders of unimpaired claims are not entitled to vote on the Plan because such claimholders are deemed to have accepted the plan pursuant to the Bankruptcy Code.

Additionally, under the Plan, holders of Class 6 Prepetition Secured Obligations, Class 7 Noteholder Claims, Class 8 PBGC Termination Liability Claim, and Class 9 Other Unsecured Claims are impaired under the Plan and are entitled to receive a distribution under the Plan. A copy of the Disclosure Statement and Plan will be provided to all holders in such classes describing the treatment of such holders' claims. Such holders of claims will also be provided with a ballot to vote to either accept or reject the Plan.

Finally, under the Plan, holders of Class 10 Subordinated Securities Claims, Class 11a Interests in Hayes and Class 11b Old Preferred Stock and Old Preferred Stock Options are not entitled to, nor will they receive, any property or interest on account of such claims or interests. Accordingly, such holders of claims and interests are deemed to reject the Plan.

Holders of claims and interests should consult the Disclosure Statement or Plan for a detailed discussion of the treatment of their claims or interests.

## RECORD DATE, VOTING DEADLINE, AND 3018 MOTION DEADLINE

Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure, the record date for determining (a) the creditors and equity security holders entitled to receive solicitation packages, and (b) the creditors entitled to vote to accept or reject the Plan shall be August 27, 2009.

To be counted, ballots accepting or rejecting the Plan must be **RECEIVED by October 5, 2009 at 5:00 p.m. (prevailing Eastern time)** (the "Voting Deadline") by the Voting Agent at (a) The Garden City Group, Inc., Attn: Hayes Lemmerz International, Inc., P.O. Box 9000 #6531, Merrick, NY 11566-9000 (if by first-class mail) or (b) The Garden City Group, Inc., Attn: Hayes Lemmerz International, Inc., 105 Maxess Road, Melville, NY 11747 (if by hand delivery or overnight courier). Ballots may NOT be cast by email or facsimile transmission. Ballots that are not received by the Voting Deadline will not be counted. Ballots not received by the Voting Agent will be deemed invalid and will not be counted.

Pursuant to Federal Rule of Bankruptcy Procedure 3018(a), and except as otherwise noted in the Solicitation Procedures Order, September 25, 2009 at 4:00 p.m. (prevailing Eastern time) (the "Rule 3018(a) Motion Deadline") is fixed as the last date and time for filing and serving motions pursuant to Federal Rule of Bankruptcy Procedure 3018(a) ("Rule 3018(a) Motions") seeking temporary allowance of claims for the purpose of voting to accept or reject the Plan. Rule 3018(a) Motions must be filed and served on the persons and in the manner set forth in the section of this notice titled "DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN" so that they are RECEIVED no later than the Rule 3018(a) Motion Deadline. Rule 3018(a) Motions that are not timely filed and served in the manner as set forth in Paragraph 2 above shall not be considered and the claims referred to therein shall not be counted in determining whether the Plan has been accepted or rejected.

2

## ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES UNDER THE PLAN

The order confirming the Plan (the "Confirmation Order") will constitute an order under Bankruptcy Code section 365 assuming all prepetition executory contracts and unexpired leases to which any Debtor is a party on and subject to the occurrence of the effective date of the Plan (the "Plan Effective Date"), unless such contract or lease (a) previously has been assumed or rejected by the Debtors, (b) previously has expired or terminated pursuant to its terms before the Plan Effective Date, or (c) is identified in Exhibit J to the Plan as a contract or lease to be rejected; provided, however, that the Debtors may amend the exhibit of rejected executory contracts and unexpired leases at any time prior to the date the Plan is confirmed (the "Confirmation Date").

## RELEASES AND INJUNCTIONS UNDER THE PLAN

Pursuant to Section 10.5 of the Plan, as of the Plan Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, each holder of a Claim that affirmatively votes in favor of the Plan hereby forever releases, waives, and discharges all claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action, and liabilities whatsoever against the Released Parties, arising under or in connection with or related to the Debtors, the Estates, the conduct of the Debtors' business, the Bankruptcy Cases, the DIP Financing Facility, the Plan (other than the rights under the Plan and the contracts, instruments, releases, indentures, and other agreements or documents delivered hereunder) or the Reorganized Debtors, whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, then existing or thereunder arising, in law, equity, or otherwise, that are based in whole or part on any act, omission, transaction, event, or other occurrence taking place on or prior to the Plan Effective Date in any way relating to the Debtors, the Estates, the conduct of the Debtors' businesses, the Bankruptcy Cases, the Plan or the Reorganized Debtors except for willful misconduct, gross negligence, intentional fraud, and/or criminal conduct.

Pursuant to Section 10.7 of the Plan, except as otherwise specifically provided in the Plan, the Released Parties, the Debtors, and the Reorganized Debtors shall not have or incur, and are hereby released from, any claim, obligation, right, Cause of Action and liability to one another or to any Claimholder or Interestholder, or any other party-in-interest, or any of their respective agents, employees, representatives, financial advisors, investment bankers, attorneys or Affiliates, or any of their successors or assigns, for any act or omission in connection with, relating to, or arising out of (i) the filing and prosecution of the Bankruptcy Cases, (ii) the negotiation and filing of the Plan, (iii) the negotiation and execution of the DIP Financing Facility, (iv) the pursuit of confirmation of the Plan, (v) the negotiation and pursuit of approval of the Disclosure Statement, (vi) the consummation of the Plan, and (vii) the administration of the Plan or the property to be distributed under the Plan, and in all respects shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities under the Plan. Notwithstanding anything to the contrary contained herein, Section 10.7 of the Plan shall not release any party from any claim, obligation, right, Cause of Action or liability arising from any act or omission committed which constitutes willful misconduct, gross negligence, intentional fraud, and/or criminal conduct.

Pursuant to Section 10.9 of the Plan, the satisfaction, release, and discharge pursuant to Article X of the Plan shall also act as an injunction against any Person commencing or continuing any action, employment of process, or act to collect, offset, or recover any Claim or Cause of Action satisfied, released, or discharged under the Plan to the fullest extent authorized or provided by the Bankruptcy Code, including, without limitation, to the extent provided for or authorized by Bankruptcy Code sections 524 and 1141.

3

**DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN**

Objections, if any, to confirmation of the Plan (each, a "Confirmation Objection") must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, and must, no later than 4:00 p.m. (prevailing Eastern Time) on October 6, 2009, be (i) filed with the Bankruptcy Court, (ii) submitted in hard-copy form directly to the chambers of the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Code for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, and (iii) served upon the following parties:

| | | |
|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Suite 2700<br>Chicago, Illinois 60606-1720<br>(Attn: J. Eric Ivester, Esq. and Stephen D. Williamson, Esq.)<br><br>Counsel for the Debtors | Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>(Attn: Anthony W. Clark, Esq. and Kimberly A. LaMaina, Esq.)<br><br>Counsel for the Debtors | Office of the United States Trustee, J. Caleb Boggs Federal Bldg.<br>844 North King Street<br>Room 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(Attn: Joseph J. McMahon, Jr., Esq.) |
| Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>(Attn: Kenneth A. Rosen, Esq.)<br><br>Counsel for the Creditors' Committee | Bifferato Gentilotti LLC<br>800 N. King Street<br>Plaza Level<br>Wilmington, DE 19801<br>(Attn: Garvan F. McDaniel, Esq.)<br><br>Counsel for the Creditors' Committee | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(Attn: Abhilash M. Raval, Esq., Tyson Lomazow, Esq., and Brian Kinney, Esq.)<br><br>Counsel for the DIP Administrative Agent |
| Morris, Nichols, Arsht & Tunnell LLP<br>Chase Manhattan Centre<br>18th Floor<br>1201 North Market Street,<br>Wilmington, DE 19899<br>(Attn: Robert J. Dehney, Esq.)<br><br>Counsel for the DIP Administrative Agent | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(Attn: Lori Fife, Esq.)<br><br>Counsel for the Prepetition Administrative Agent | Schnader Harrison Segal & Lewis LLP<br>824 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>(Attn. Richard A. Barkasy, Esq.)<br><br>Counsel to the Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC<br>55 West Monroe Street, Ste 1200<br>Chicago, IL 60603<br>(Attn: Jon D. Cohen, Esq. and Trent P. Cornell, Esq.)<br><br>Counsel to the Official Committee of Retirees | | |

4

In addition, any Confirmation Objection must: (a) state the name and address of the objecting or responding party, and the nature and amount of any claim or interest asserted by such party against or in the Debtors, their estates or their property; (b) state with particularity the basis and nature of any objection or response and the legal and factual bases therefor; and (c) reference with specificity the provisions of the Plan to which objection or response is made, including proposed language to be added to the Plan or existing language in the Plan to be modified or deleted to resolve such objection or response. **Confirmation Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.**

## COPIES OF DOCUMENTS

Copies of the Disclosure Statement and the Plan can be obtained at the Debtors' restructuring website at http://www.hayeslemmerzreorg.com or on the Bankruptcy Court's website at http://www.deb.uscourts.gov (registration required). In addition, copies of the Disclosure Statement and Plan may be obtained by written request to the Debtors' claims agent at The Garden City Group, Inc., P.O. Box 9000 #6531, Merrick, NY 11566-9000 (Attn: Hayes Lemmerz International, Inc.). The Disclosure Statement and Plan are also available upon written request to counsel for the Debtors at the addresses set forth below.

Dated:     Wilmington, Delaware
           September [●], 2009

                              SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP

                              By:  _____
                                   Anthony W. Clark (I.D. No. 2051)
                                   Kimberly A. LaMaina (I.D. No. 4568)
                                   One Rodney Square
                                   P.O. Box 636
                                   Wilmington, DE 19899
                                   (302) 651-3000

                                   - and -

                                   J. Eric Ivester
                                   Stephen D. Williamson
                                   Bennett S. Silverberg (New York Office)
                                   155 North Wacker Drive, Suite 2700
                                   Chicago, Illinois 60606
                                   (312) 407-0700

                              Counsel for Debtors and
                              Debtors-in-Possession

## ANNEX 1

### LIST OF DEBTORS AND DEBTORS-IN-POSSESSION

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| Hayes Lemmerz International, Inc. [HLI Holding Company, Inc. of Delaware, HLI Holding Company, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11655 (MFW) | 32-0072578 |
| Hayes Lemmerz Finance LLC | 15300 Centennial Drive Northville, MI 48168 | 09-11656 (MFW) | 98-0537731 |
| Hayes Lemmerz Finance LLC – Luxembourg, S.C.A. | Centre Mercure, 5th Floor 41 avenue de la Gare, 5ème Etage, L-1611 Luxembourg | 09-11657 (MFW) | 98-0537731 (USA) 2007 2300 646 (Luxembourg) |
| Hayes Lemmerz International Import, Inc. [Hayes Lemmerz Aftermarket, Inc., Hayes Wheels Aftermarket, Inc., Hayes Wheels, Hayes Wheels International] | 15300 Centennial Drive Northville, MI 48168 | 09-11659 (MFW) | 38-3311655 |
| Hayes Lemmerz International – California, Inc. [Hayes Wheels International - California, Inc., Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11660 (MFW) | 33-0042337 |
| Hayes Lemmerz International – Commercial Highway, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11661 (MFW) | 77-0597674 |
| Hayes Lemmerz International – Georgia, Inc. [Hayes Wheels International – Georgia, Inc., Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11662 (MFW) | 58-2046122 |
| Hayes Lemmerz International – Howell, Inc. [Hayes Wheels, Western Wheel, Hayes Lemmerz International – Michigan, Inc., Hayes Wheels International – Michigan, Inc., Hayes Wheels International] | 15300 Centennial Drive Northville, MI 48168 | 09-11664 (MFW) | 38-1799246 |
| Hayes Lemmerz International – Huntington, Inc. [Hayes Lemmerz International – Indiana, Inc., Hayes Wheels International – Indiana, Inc., Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive Northville, MI 48168 | 09-11665 (MFW) | 62-1240825 |
| Hayes Lemmerz International – Kentucky, Inc. [Alumitech] | 15300 Centennial Drive Northville, MI 48168 | 09-11666 (MFW) | 61-1148246 |
| Hayes Lemmerz International – Laredo, Inc. [CMI – Texas, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11667 (MFW) | 74-2418656 |
| Hayes Lemmerz International – New York, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11668 (MFW) | 80-0369278 |
| Hayes Lemmerz International – Sedalia, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11669 (MFW) | 77-0597670 |
| Hayes Lemmerz International – Technical Center, Inc. [CMI – Tech Center, Inc., CMI – Engineering] | 15300 Centennial Drive Northville, MI 48168 | 09-11670 (MFW) | 38-2257519 |
| Hayes Lemmerz International – Wabash, Inc. [CMI – Wabash Cast, Inc.] | 15300 Centennial Drive Northville, MI 48168 | 09-11671 (MFW) | 38-2170301 |
| HLI Brakes Holding Company, Inc. | 15300 Centennial Drive Northville, MI 48168 | 09-11672 (MFW) | 32-0072575 |

6

| DEBTOR<br>(Other names, if any, used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|
| HLI Commercial Highway Holding Company, Inc. | 15300 Centennial Drive<br>Northville, MI 48168 | 09-11673 (MFW) | 35-2202828 |
| HLI Netherlands Holdings, Inc.<br>[Sandman Corporation] | 15300 Centennial Drive<br>Northville, MI 48168 | 09-11674 (MFW) | 38-3640015 |
| HLI Operating Company, Inc.<br>[Hayes Wheels, Hayes Wheels International, Western Wheel] | 15300 Centennial Drive<br>Northville, MI 48168 | 09-11675 (MFW) | 30-0167742 |
| HLI Parent Company, Inc. | 15300 Centennial Drive<br>Northville, MI 48168 | 09-11676 (MFW) | 61-1447832 |
| HLI Powertrain Holding Company, Inc. | 15300 Centennial Drive<br>Northville, MI 48168 | 09-11677 (MFW) | 30-0168269 |
| HLI Realty, Inc.<br>[T C Realty, Inc.] | 15300 Centennial Drive<br>Northville, MI 48168 | 09-11678 (MFW) | 38-2781885 |
| HLI Services Holding Company, Inc. | 15300 Centennial Drive<br>Northville, MI 48168 | 09-11679 (MFW) | 61-1447840 |
| HLI Suspension Holding Company, Inc.<br>[CMI - Ventures, Inc., CMI International, Inc., Hayes Lemmerz International - CMI, Inc.] | 15300 Centennial Drive<br>Northville, MI 48168 | 09-11680 (MFW) | 38-1650061 |
| HLI Wheels Holding Company, Inc. | 15300 Centennial Drive<br>Northville, MI 48168 | 09-11681 (MFW) | 38-367882 |

7

**EXHIBIT D-1**

**Ballot for Holders of Prepetition Secured Obligations (Class 6)**

**No Person Has Been Authorized To Give Any Information Or Advice, Or To Make
Any Representation, Other Than What Is Contained In The Materials Mailed With
This Ballot Or Other Materials Authorized By The Court**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 |
| HAYES LEMMERZ INTERNATIONAL, INC., et al., | Case No. 09-11655 (MFW) |
| Debtors. | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**BALLOT FOR ACCEPTING OR REJECTING THE FIRST AMENDED JOINT PLAN OF REORGANIZATION
OF HAYES LEMMERZ INTERNATIONAL, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION**

**(Class 6 Prepetition Secured Obligations)**

On September [__], 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") (i) approved the disclosure statement (the "Disclosure Statement") with respect to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession dated July 2, 2009 (as amended, amended September [__], 2009) (the "Plan"), filed by Hayes Lemmerz International, Inc. ("Hayes") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in their jointly-administered chapter 11 bankruptcy cases; and (ii) authorized the Debtors to solicit votes on the Plan. Except as provided in the Plan, for voting and distribution purposes, the Plan contemplates (i) separate plans of reorganization for each Debtor, and (ii) separate classes of creditors for each plan. Accordingly, this is a ballot for Class 6 in the case of each Debtor against which you hold a Class 6 Prepetition Secured Obligation. A list of each Debtor and its corresponding bankruptcy case number can be found in Exhibit A attached to the Plan.

This ballot (the "Ballot") is being sent to all holders of Class 6 Prepetition Secured Obligations for their use in voting to accept or reject the Plan. The Deficiency Claim (as defined in the Plan), if any, with respect to your Class 6 Prepetition Secured Obligation is classified as a Class 9 Other Unsecured Claim. A vote to accept or reject the Plan on this Ballot will be treated as a vote to accept or reject the Plan in Class 9. You will not receive a separate Ballot for your Class 9 Other Unsecured Claim.

The Plan is described in the Disclosure Statement which accompanies this Ballot. Before you transmit your votes, please review the Disclosure Statement carefully, particularly the voting procedures described in Article XIV of the Disclosure Statement regarding Voting Requirements. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class of claims entitled to vote on the Plan that actually vote on the Plan. If any class of claims or interests rejects the Plan or is deemed to reject the Plan, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to, and does not discriminate unfairly against, the class or classes rejecting it, and otherwise satisfies the requirements of 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this Ballot.

**Please read and follow the attached instructions carefully and return your Ballot in the envelope provided.
The voting deadline is 5:00 P.M. (prevailing Eastern Time) on October 5, 2009.**

---

**IMPORTANT**

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.**

**Please read carefully and follow the attached instructions on returning your Ballot. The voting deadline by which your vote must be _received_ by the Voting Agent (defined below) is _5:00 p.m. (prevailing Eastern time) on October 5, 2009_ or your Ballot will _not_ be counted. If you have any questions please call The Garden City Group, Inc. (the "Voting Agent") at (800) 327-3664.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

---

**The Voting Agent Will Not Accept Ballots By Electronic Or Facsimile Transmission**

## INSTRUCTIONS FOR COMPLETING THE BALLOT

Hayes Lemmerz International, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") are soliciting the votes of certain of their creditors on their proposed Plan, described in and annexed as Appendix A to the Disclosure Statement accompanying this Ballot. Please review the Disclosure Statement and Plan carefully before you return this Ballot. Unless otherwise defined, capitalized terms used herein and in the Ballot have the meanings ascribed to them in the Plan.

This Ballot does *not* constitute and *will not* be deemed to constitute (a) a proof of claim or (b) an admission by the Debtors of the nature, validity, or amount of any claim. This Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.

A vote to accept the Plan constitutes your consent to the releases specified in Article X of the Plan.

If your claim against the Debtors has been paid, do not return this Ballot or vote on the paid claim.

You may not split your vote. You must vote the entire claim that you hold to accept or to reject the Plan. You will be deemed to have voted the full amount of your claim in your vote. A Ballot that partially rejects and partially accepts the Plan will not be counted. You must vote all your claims within a single class to either accept or reject that Plan.

To ensure your vote is counted, you must complete, sign, and return this Ballot to the address (i) set forth on the enclosed pre-addressed postage-paid envelope or (ii) to the hand delivery or overnight courier address. Unsigned Ballots will not be counted. Ballots must be RECEIVED by the Voting Agent by 5:00 p.m. (prevailing Eastern time) on October 5, 2009 (the "Voting Deadline") at one of the following addresses:

| **If By First-Class Mail:** | **If By Hand Delivery Or Overnight Courier:** |
|---|---|
| The Garden City Group, Inc. | The Garden City Group, Inc. |
| Attn: Hayes Lemmerz International, Inc. | Attn: Hayes Lemmerz International, Inc. |
| P.O. Box 9000 #6531 | 105 Maxess Road |
| Merrick, NY 11566-9000 | Melville, NY 11747 |

If a Ballot is received after the Voting Deadline, it will not be counted. Except as otherwise provided herein, the delivery of a Ballot will be deemed made only when the original executed Ballot is actually received by the Voting Agent. In all cases, sufficient time should be allowed to assure timely delivery. Delivery of a Ballot to the Voting Agent by facsimile, e-mail, or any other electronic means will not be valid. No Ballot should be sent to the Debtors, any indenture trustee, transfer agent, or financial or legal advisor of the Debtors. Ballots not received by the Voting Agent will be deemed invalid and will not be counted.

To complete the Ballot properly, take the following steps:

(a)   Insert the principal amount of your claim in Item 1, unless an amount already appears on your Ballot. Do not include accrued and/or unpaid interest.

(b)   Cast your vote either to accept or to reject the Plan by checking the proper box in Item 2. Ballots that are signed and returned, but not expressly voted to accept or reject the Plan, will not be counted. A Ballot accepting or rejecting the Plan may not be revoked after the Voting Deadline.

(c)   Review Item 3 carefully.

(d)   Sign and date your Ballot. Your signature is required in order for your vote and elections to be counted. You are also required to provide your social security number or Tax I.D. number prior to receiving any distribution. If the Prepetition Secured Obligation(s) voted with this Ballot is/are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If the Prepetition Secured Obligation(s) is/are held by a corporation, the Ballot must be executed by an officer.

(e)   If you believe that you have received the wrong Ballot, please immediately contact the Voting Agent, The Garden City Group, Inc., at (800) 327-3664.

(f)   If you are completing this Ballot on behalf of another person or entity, indicate your relationship with that person or entity and the capacity in which you are signing.

(g)   Provide your name and mailing address if (i) different from the printed address that appears on the Ballot or (ii) no pre-printed address appears on the Ballot.

(h)   Return your Ballot using the enclosed return envelope.

### Please Mail Your Ballot Promptly!

**If you have any questions regarding this Ballot
or the voting or election procedures, please call the Voting Agent,
The Garden City Group, Inc., promptly at (800) 327-3664.**

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

2

**Item 1. Amount of Claim.** The undersigned certifies that as of August 27, 2009, the undersigned was the holder (or authorized signatory) of Class 6 Prepetition Secured Obligations (including any Deficiency Claim) in the following principal amount (do not include interest) against the indicated Debtor:

Amount: | $ | | | Debtor: | |

**Item 2. Vote On Plan.**

The undersigned: **(Please check one)**

☐        ACCEPTS (votes FOR) the Plan.

☐        REJECTS (votes AGAINST) the Plan.

        **A vote to accept the Plan constitutes your consent to the releases specified in Article X of the Plan. A vote to accept or reject the Plan on this Ballot shall also be counted as the same vote in Class 9 Other Unsecured Claim in the amount of your Deficiency Claim (as defined in the Plan).**

**Item 3. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on August 27, 2009 it was the holder of a Class 6 Prepetition Secured Obligation to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto) and other materials (collectively, the "Solicitation Package") and understands that the solicitation of votes to accept or reject the Plan is subject to all the terms and conditions set forth in the Disclosure Statement and Plan, and (d) it has not submitted any other Ballots for Class 6 Prepetition Secured Obligations for the Debtors.

Name of Creditor  (print or type): _____

Social Security or Federal Tax I.D. No. (optional): _____

Signature: _____

Print or Type Name: _____

Title (if appropriate): _____

Address: _____

Telephone Number: _____

Date: _____

If your address or contact information has changed, please check this box:  ☐

3

**EXHIBIT D-2**

**Ballots for Holders of Noteholder Claims (Class 7)**

No Person Has Been Authorized To Give Any Information Or Advice, Or To Make
Any Representation, Other Than What Is Contained In The Materials Mailed With
This Ballot Or Other Materials Authorized By The Court

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------ x

In re:                                           :     Chapter 11
                                                 :
HAYES LEMMERZ INTERNATIONAL, INC., et al.,       :     Case No. 09-11655 (MFW)
                                                 :
          Debtors.                               :     Jointly Administered
                                                 :
------------------------------------------------ x

## MASTER BALLOT FOR ACCEPTING OR REJECTING THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF HAYES LEMMERZ INTERNATIONAL, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION

### (Class 7 Noteholder Claims)

On September [__], 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") (i) approved the disclosure statement (the "Disclosure Statement") with respect to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession dated July 2, 2009 (as amended, amended September [__], 2009) (the "Plan"), filed by Hayes Lemmerz International, Inc. ("Hayes") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in their jointly-administered chapter 11 bankruptcy cases; and (ii) authorized the Debtors to solicit votes on the Plan. This master ballot (the "Master Ballot") is to be used by you—as a bank, broker, or other accountholder; or as the agent of a bank, broker, or other accountholder (each of the foregoing, an "Accountholder"); or as the proxy holder of a Accountholder or beneficial owner—for beneficial owners (the "Beneficial Owners") of the €130 million of 8.25% due in 2015, dated May 30, 2007 (the "Notes") issued by Hayes Lemmerz Finance LLC — Luxembourg S.C.A., Class 7 Noteholder Claims under the Plan, to transmit to the Class 7 Voting Agent the votes of the Beneficial Owners to accept or reject the Plan. Except as provided in the Plan, for voting and distribution purposes, the Plan contemplates (i) separate plans of reorganization for each Debtor, and (ii) separate classes of creditors for each plan. Accordingly, this is a ballot for Class 7 in the case of each Debtor against which you hold a Class 7 Noteholder Claim. To the extent the indenture trustee for the Notes has filed claims against multiple Debtors, any votes cast in Class 7 will be counted with respect to each such Debtor. A list of each Debtor and its corresponding bankruptcy case number can be found in Exhibit A attached to the Plan.

The Plan is described in the Disclosure Statement which accompanies this Master Ballot. Before you transmit the votes of your Beneficial Owners, please review the Disclosure Statement carefully, particularly the voting procedures described in Article XIV of the Disclosure Statement regarding Voting Requirements. To have the votes of your customers count, you must complete and return this Master Ballot in accordance with the instructions below. Please note that you are required to (i) BLOCK the bonds of any holder that has voted or actively abstained from voting, and (ii) attach a copy of any Beneficial Owner Ballot that is being voted through the Master Ballot.

You are required to deliver Beneficial Owner ballots (each a "Beneficial Owner Ballot") to each Beneficial Owner for whom you hold Notes, and take any action required to enable the Beneficial Owner to timely vote its Notes to accept or reject the Plan. With regard to any Beneficial Owner Ballots returned to you, you must (1) execute the Master Ballot so as to reflect the voting instructions given to you in the Beneficial Owner Ballots by the Beneficial Owners for whom you hold the Notes, (2) BLOCK the bonds of any holder that has voted or abstained in accordance with the procedures outlined below, and (3) forward the Master Ballots (with copies of any corresponding Beneficial Owner Ballot attached) to the Class 7 Voting Agent.

Please read and follow the attached instructions carefully. Complete, sign, and date this Master Ballot and return it so that it is received by 5:00 p.m. (prevailing Eastern time) on October 5, 2009 (the "Voting Deadline"), by Financial Balloting Group LLC (the "Class 7 Voting Agent"). If this Master Ballot (and any attachments thereto) is not completed, signed, and timely received by the Voting Deadline, the votes transmitted hereby will not be counted. Accountholders are permitted to submit their Master Ballot and any attachments thereto to the Class 7 Voting Agent as follows:

1. By Electronic Mail in portable document format (a "pdf file") via electronic mail by the Voting Deadline to: hayesballoting@fbgllc.com; AND

2. The original Master Ballot (and any attachments thereto) within 3 business days of the Voting Deadline to:

> Financial Balloting Group LLC
> Attn: Hayes Lemmerz International, Inc.
> 757 Third Avenue, 3rd Floor
> New York, NY 10017
>
> Telephone: +1-646-282-1800

## INSTRUCTIONS FOR COMPLETING THE BALLOT

Hayes Lemmerz International, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") are soliciting the votes of certain of their creditors on their proposed Plan, described in and annexed as Appendix A to the Disclosure Statement accompanying this Master Ballot. Please review the Disclosure Statement and Plan carefully before you return this Master Ballot. Unless otherwise defined, capitalized terms used herein and in the Master Ballot have the meanings ascribed to them in the Plan.

**VOTING DEADLINE:**

Complete, sign, and date this Master Ballot and return it so that it is received by 5:00 p.m. (prevailing Eastern time) on October 5, 2009 (the "Voting Deadline"), by Financial Balloting Group LLC (the "Class 7 Voting Agent"). If this Master Ballot (and any attachments thereto) is not completed, signed, and timely received by the Voting Deadline, the votes transmitted hereby will not be counted. Accountholders are permitted to submit their Master Ballot and any attachments thereto to the Class 7 Voting Agent as follows:

1. By Electronic Mail in portable document format (a "pdf file") via electronic mail by the Voting Deadline to: hayesballoting@fbgllc.com; AND

2. The original Master Ballot (and any attachments thereto) within 3 business days of the Voting Deadline to:

Financial Balloting Group LLC
Attn: Hayes Lemmerz International, Inc.
757 Third Avenue, 3rd Floor
New York, NY 10017

Telephone: +1-646-282-1800

**HOW TO VOTE:**

1. If you are transmitting the votes of any Beneficial Owners of Notes, including yourself, you must:

(a) deliver the Beneficial Owner Ballot to each Beneficial Owner for whom you hold Notes, along with the Disclosure Statement and other materials requested to be forwarded (collectively, the "Solicitation Package"), and take any action required to enable each Beneficial Owner to (i) complete and execute that Ballot voting to accept or reject the Plan and (ii) return the completed, executed Ballot to you in sufficient time to enable you to complete the Master Ballot and deliver it to the Class 7 Voting Agent before the Voting Deadline.

The Solicitation Package Must Not Be Forwarded To Any Person Or Entity Other Than The Beneficial Owners Or Their Accountholders. With regard to any Beneficial Owner Ballots returned to you, you must (x) execute the Master Ballot so as to reflect the voting instructions given to you in the Beneficial Owner Ballots by the Beneficial Owners for whom you hold Notes, (y) BLOCK the bonds of each Beneficial Owner whose votes are included on the Master Ballot in accordance with the vote indicated, and (z) forward the Master Ballots (with copies of the voted Beneficial Owner Ballots attached) to the Class 7 Voting Agent.

2. To complete the Master Ballot properly, take the following steps:

(a) Provide appropriate information for each of the items on the Master Ballot. Vote to accept (vote for) or reject (vote against) the Plan, or actively abstain from voting, in Item 2 for the Notes held by you as the Accountholder or proxy holder on behalf of the Accountholder or the Beneficial Owners. Please provide information for each individual Beneficial Owner for whom you are voting Notes.

(b) Please note that Item 3 of this Master Ballot requests that you transcribe the information provided by each Beneficial Owner in each completed Beneficial Owner Ballot relating to other Class 7 Noteholder Claims voted.

(c) Read Item 4 carefully.

(d) Sign and date your Master Ballot.

(e) Provide your name and mailing address.

(f) Authorize Euroclear Bank and/or Clearstream Bank, as appropriate, to provide confirmation to the Class 7 Voting Agent of your record position.

(g) Deliver your Master Ballot (and any attachments thereto) to the Class 7 Voting Agent before the Voting Deadline.

PLEASE NOTE: No Ballot or Master Ballot constitutes or will be deemed to constitute (a) a proof of claim or equity interest or (b) an admission by the Debtors of the nature, validity, or amount of any claim or equity interest.

2

**Item 1. Certification Of Authority To Vote.** The undersigned certifies that the undersigned (please check applicable box):

☐    Was a bank, broker, or other accountholder for the Beneficial Owners of the aggregate amount of Notes listed in Item 2 below, and is the registered or record holder of the securities, or

☐    Was acting under a power of attorney and agency (a copy of which will be provided upon request) granted by a bank, broker, or other accountholder that is the registered or record holder of the aggregate amount of Notes listed in Item 2 below, or

☐    Had been granted a proxy (an original of which is annexed hereto) from a bank, broker, or other accountholder, or a Beneficial Owner, that is the registered or record holder of the aggregate amount of Notes listed in Item 2 below,

and accordingly, has full power and authority to vote to accept or reject the Plan on behalf of the Beneficial Owners of the Notes described in Item 2.

**Item 2. Vote.** The undersigned transmits the following votes of Beneficial Owners in respect of their Class 7 Noteholder Claims and certifies that the following Beneficial Owners of the Class 7 Noteholder Claims, as identified by their respective customer account numbers set forth below, are Beneficial Owners of those securities and have delivered to the undersigned, as Accountholder, Ballots casting such votes. Indicate, in the appropriate column, the aggregate face amount voted for each account, and the Blocking Number for each account, or attach such information to this Master Ballot, in the form of the following table. Please note that each Beneficial Owner must vote all of his, her, or its Class 7 Noteholder Claims to accept or reject the Plan, or actively abstain from voting, and may not split the vote. In addition, this Master Ballot must be received by Financial Balloting Group LLC, the Class 7 Voting Agent, by 5:00 p.m. (prevailing Eastern time) on October 5, 2009 or the votes listed below will not be counted:

| Customer Name Or Account Number Each Beneficial Owner of Notes who Checked the FIRST BOX in Item 1 of the Beneficial Owner Ballot | ACCEPTS the Plan and consents to the releases. (Copies of the Beneficial Owner Ballots must be attached to the Master Ballot) | |
|---|---|---|
| | Principal Amount to Accept (Vote For) the Plan and consent to releases | Blocking Number |
| 1. | $ | $ |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |

| Customer Name Or Account Number Each Beneficial Owner of Notes who Checked the SECOND BOX in Item 1 of the Beneficial Owner Ballot | REJECTS the Plan and consents to the releases. (Copies of the Beneficial Owner Ballots must be attached to the Master Ballot) | |
|---|---|---|
| | Principal Amount to Reject (Vote Against) the Plan and consent to releases | Blocking Number |
| 1. | $ | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |
| 5. | $ | |

**Continued**

3

| Customer Name Or Account Number Each Beneficial Owner of Notes who Checked the THIRD BOX in Item 1 of the Beneficial Owner Ballot | REJECTS the Plan and elects NOT to consent to the releases. (Copies of the Beneficial Owner Ballots must be attached to the Master Ballot) | |
|---|---|---|
| | Principal Amount to Reject (Vote Against) the Plan and elect NOT to consent to releases | Blocking Number |
| 1. | $ | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |
| 5. | $ | |

| Customer Name Or Account Number Each Beneficial Owner of Notes who Checked the FOURTH BOX in Item 1 of the Beneficial Owner Ballot | ABSTAINS (does not vote for or against the Plan) and consents to the releases. (Copies of the Beneficial Owner Ballots must be attached to the Master Ballot) | |
|---|---|---|
| | Principal Amount to actively Abstain from voting on the Plan and consent to releases | Blocking Number |
| 1. | $ | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |
| 5. | $ | |

Please note that each Beneficial Owner of Notes who votes must vote all the Notes owned by such Beneficial Owner. For purposes of tabulating the vote, each Beneficial Owner who votes should be deemed to have voted the full amount of Notes owned by the Beneficial Owner according to your records. A Beneficial Owner may not split the vote and, accordingly, a Beneficial Owner Ballot received from a Beneficial Owner that partially accepts and partially rejects the Plan and/or partially abstains from voting may not be counted.

4

**Item 3. Additional Ballots Submitted By Beneficial Owners.** The undersigned certifies that it has transcribed below the information, if any, provided in Item 3 of each Beneficial Owner Ballot received from a Beneficial Owner:

| Your Customer Name Or Account Number For Each Beneficial Owner | TRANSCRIBE FROM ITEM 3 OF BENEFICIAL OWNER BALLOT | | |
|---|---|---|---|
| | Name Of Holder | Account Number | Amount Of Other Class 7 Noteholder Claims Voted |
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |
| 5. | | | $ |
| 6. | | | $ |
| 7. | | | $ |
| 8. | | | $ |
| 9. | | | $ |
| 10. | | | $ |

5

**Item 4.** By signing this Master Ballot, the undersigned certifies that each Beneficial Owner of Notes whose votes are being transmitted by this Master Ballot has received copies of the Disclosure Statement (including the exhibits thereto) and understands that the solicitation of votes to accept or reject the Plan is subject to all the terms and conditions set forth in the Disclosure Statement. The undersigned also certifies that the underlying bond positions relating to the votes transmitted hereby have been blocked, and authorizes Clearstream or Euroclear, as applicable, to provide appropriate confirmation to the Class 7 Voting Agent with respect thereto. In addition, the undersigned also acknowledges that the solicitation of votes to accept or reject the Plan is subject to all the terms and conditions set forth in the Disclosure Statement.

| | |
|---|---|
| Name of Bank, Broker, or Other Accountholder (print or type): | _____ |
| Indicate whether Notes are Blocked through Euroclear or Clearstream: | ☐ Euroclear      ☐ Clearstream |
| Participant Number: | _____ |
| Name of Proxy Holder or Agent for Bank, Broker, or Other Accountholder (if applicable): | _____ |
| Name of Voter: | _____ |
| Signature: | _____ |
| Print or Type Name: | _____ |
| Title (if appropriate): | _____ |
| Address: | _____ |
| Telephone Number: | _____ |
| Date: | _____ |

NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL MAKE YOU OR ANY OTHER PERSON AN AGENT OF THE COMPANY OR THE CLASS 7 VOTING AGENT, OR AUTHORIZE YOU OR ANY OTHER PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE DOCUMENTS ENCLOSED HEREWITH. NO BENEFICIAL OWNER BALLOT OR MASTER BALLOT SHALL CONSTITUTE OR BE DEEMED TO CONSTITUTE (A) A PROOF OF CLAIM OR (B) AN ADMISSION BY THE COMPANY OF THE NATURE, VALIDITY, OR AMOUNT OF ANY CLAIM. THIS MASTER BALLOT IS *NOT* A LETTER OF TRANSMITTAL AND MAY *NOT* BE USED FOR ANY OTHER PURPOSE THAN TO CAST VOTES TO ACCEPT OR REJECT THE PLAN.

**VOTING DEADLINE**

The Voting Deadline is 5:00 p.m. (prevailing Eastern time) on October 5, 2009. For the votes of your Beneficial Owners to be counted, your Master Ballot (and any attachments thereto) must be *received* by the Class 7 Voting Agent, Financial Balloting Group LLC, before the Voting Deadline or your customers' votes will not be counted.

**ADDITIONAL INFORMATION**

If you have any questions regarding this Master Ballot or the voting procedures, or if you need additional copies of the Master Ballot, the Beneficial Owner Ballot, or the other materials, please call the Class 7 Voting Agent, Financial Balloting Group LLC at +1-646-282-1800.

6

**No Person Has Been Authorized To Give Any Information Or Advice, Or To Make
Any Representation, Other Than What Is Contained In The Materials Mailed With
This Ballot Or Other Materials Authorized By The Court**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                                                  :      Chapter 11

HAYES LEMMERZ INTERNATIONAL, INC., et al.,       :      Case No. 09-11655 (MFW)

                 Debtors.                                          :      Jointly Administered

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**BENEFICIAL OWNER/ENTITLEMENT HOLDER BALLOT FOR ACCEPTING OR REJECTING THE
FIRST AMENDED JOINT PLAN OF REORGANIZATION OF HAYES LEMMERZ INTERNATIONAL, INC. AND ITS
AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION**

**(Class 7 Noteholder Claims)**

On September [__], 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") (i) approved the disclosure statement (the "Disclosure Statement") with respect to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession dated July 2, 2009 (as amended, amended September [__], 2009) (the "Plan"), filed by Hayes Lemmerz International, Inc. ("Hayes") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in their jointly-administered chapter 11 bankruptcy cases; and (ii) authorized the Debtors to solicit votes on the Plan. This ballot (the "Ballot") is being sent to beneficial owners (the "Beneficial Owners") (which, for purposes of completing this Ballot, also includes entitlement holders under Article 8 of the Uniform Commercial Code) of the €130 million of 8.25% due in 2015, dated May 30, 2007 (the "Notes") issued by Hayes Lemmerz Finance LLC — Luxembourg S.C.A., Class 7 Noteholder Claims under the Plan, for their use in voting to accept or reject the Plan. Except as provided in the Plan, for voting and distribution purposes, the Plan contemplates (i) separate plans of reorganization for each Debtor, and (ii) separate classes of creditors for each plan. Accordingly, this is a ballot for Class 7 in the case of each Debtor against which you hold a Class 7 Noteholder Claim. To the extent the indenture trustee for the Notes has filed claims against multiple Debtors, any votes cast in Class 7 will be counted with respect to each such Debtor. A list of each Debtor and its corresponding bankruptcy case number can be found in Exhibit A attached to the Plan.

This ballot (the "Ballot") is being sent to all holders of Class 7 Noteholder Claims for their use in voting to accept or reject the Plan. The Plan is described in the Disclosure Statement which accompanies this Ballot. Before you transmit your votes, please review the Disclosure Statement carefully, particularly the voting procedures described in Article XIV of the Disclosure Statement regarding Voting Requirements. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class of claims entitled to vote on the Plan that actually vote on the Plan. If any class of claims or interests rejects the Plan or is deemed to reject the Plan, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to, and does not discriminate unfairly against, the class or classes rejecting it, and otherwise satisfies the requirements of 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this Ballot in accordance with the directions of your Accountholder, and your Accountholder must have blocked your underlying bonds and submitted a Master Ballot to the voting Agent by the Voting Deadline.

**Please read and follow the attached instructions carefully. The voting deadline is 5:00 P.M. (prevailing Eastern Time) on October 5, 2009. Please allow additional time for your vote to be processed by the Accountholder and voted on a master ballot (the "Master Ballot") before the voting deadline. You must follow the instructions of your Accountholder with respect to processing your vote.**

---

**IMPORTANT**

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 7 under the Plan. If you hold claims or interests in another class, you will receive a Ballot for each class in which you are entitled to vote.

Please read carefully and follow the attached instructions on returning your Ballot. The voting deadline by which your vote must be *received* by the Class 7 Voting Agent (defined below) is *5:00 p.m. (prevailing Eastern time) on October 5, 2009* or your Ballot will *not* be counted. If you have any questions please call Financial Balloting Group LLC (the "Class 7 Voting Agent"), at +1-646-282-1800. Please allow sufficient time for your Accountholder to process your vote. Do not return any Notes with this Ballot.

The voting record date does not apply to voting by holders of Class 7 Noteholder Claims. However, please note that the underlying bonds of any Class 7 Noteholder that casts a vote on the Plan, or actively abstains from voting, must be BLOCKED FROM TRADING, in accordance with the procedures approved by the Bankruptcy Court, and a copy of the Beneficial Owner Ballot must be attached to the Master Ballot.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**INSTRUCTIONS FOR COMPLETING THE BALLOT**

Hayes Lemmerz International, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") are soliciting the votes of certain of their creditors on their proposed Plan, described in and annexed as Appendix A to the Disclosure Statement accompanying this Ballot. Please review the Disclosure Statement and Plan carefully before you return this Ballot. Unless otherwise defined, capitalized terms used herein and in the Ballot have the meanings ascribed to them in the Plan.

This Ballot does *not* constitute and *will not* be deemed to constitute (a) a proof of claim or (b) an admission by the Debtors of the nature, validity, or amount of any claim.

- A vote to accept the Plan constitutes your consent to the releases specified in Article X of the Plan. Holders of Class 7 Noteholder Claims who vote to accept the Plan and consent to the releases specified in Article X of the Plan shall receive a distribution under the Plan.

- Holders of Class 7 Noteholder Claims who vote to reject the Plan shall not receive any distribution under the Plan.

- Holders of Class 7 Noteholder Claims who abstain from voting shall be entitled to receive a distribution under the Plan. Noteholders who abstain from voting are deemed to accept the releases contained in Article X of the Plan.

You may not split your vote. You must vote all of the Class 7 Noteholder Claims you may hold to accept or to reject the Plan (or actively abstain from voting). A Ballot that partially rejects and partially accepts the Plan will not be counted. You must vote all your claims within a single class to either accept or reject the Plan (or, if you do not wish to vote on the Plan, abstain from voting). If you are an authorized signatory of an eligible Beneficial Owner you may execute this Ballot, but you must provide the name and address of the Beneficial Owner on this Ballot and you may be required to submit evidence to the Bankruptcy Court demonstrating your authorization to vote on behalf of the Beneficial Owner. Authorized signatories voting on behalf of more than one Beneficial Owner must complete a separate Ballot for each Beneficial Owner.

To ensure your vote is counted, you must complete, sign, and return this Ballot as directed by your Accountholder. Unsigned Ballots will not be counted. The Master Ballot completed on your behalf by your Accountholder must be received by the Class 7 Voting Agent by 5:00 p.m. (prevailing Eastern time) on October 5, 2009 (the "Voting Deadline").

Be sure to return your Ballot early enough for your vote to be processed by your Accountholder and then forwarded and received by the Class 7 Voting Agent by the Voting Deadline. If a Ballot or Master Ballot is received after the Voting Deadline, it will not be counted. Except as otherwise provided herein, the delivery of a Master Ballot will be deemed made only when the executed Ballot or Master Ballot is actually received by the Class 7 Voting Agent in accordance with the directions included on the Master Ballot. In all cases, sufficient time should be allowed to assure timely delivery. No Ballot or Master Ballot should be sent to the Debtors, any indenture trustee, transfer agent, or financial or legal advisor of the Debtors. Master Ballots not received by the Class 7 Voting Agent in accordance with the approved procedures will be deemed invalid and will not be counted.

To complete the Ballot properly, take the following steps:

(a) Make sure that the information required by Item 1 has been inserted. If you do not know the face amount of your Notes, please contact your Accountholder immediately. Do not include interest.

(b) Cast your vote either to accept or to reject the Plan by checking the proper box in Item 2. Ballots that are signed and returned, but not expressly voted to accept or reject the Plan, will not be counted. A Ballot accepting or rejecting the Plan, or actively abstaining from voting on the Plan, may not be revoked after the Voting Deadline. You may actively abstain from voting by checking the appropriate box. This will ensure that your Notes are blocked and you will receive a distribution under the Plan. If you do not vote or actively abstain from voting, you will not receive a distribution unless you provide your accountholder with the instruction to "block" your Notes.

(c) Complete Item 3 if applicable to you.

(d) Review Item 4 carefully.

(e) Sign and date your Ballot. Your signature is required in order for your vote to be counted. If the Noteholder Claim(s) voted with this Ballot is/are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If the Noteholder Claim(s) is/are held by a corporation, the Ballot must be executed by an officer.

(f) If you believe that you have received the wrong Ballot, please immediately contact your Accountholder or the Class 7 Voting Agent, Financial Balloting Group LLC at +1-646-282-1800.

(g) If you are completing this Ballot on behalf of another person or entity, indicate your relationship with that person or entity and the capacity in which you are signing.

(h) Provide your name and mailing address if (i) different from the printed address that appears on the Ballot or (ii) no pre-printed address appears on the Ballot.

(i) Return your Ballot to your Accountholder, as directed by your Accountholder.

2

**Item 1. Face Amount Of Notes.** The undersigned hereby certifies that as of date indicated in Item 4 below, the undersigned was the Beneficial Owner (or authorized signatory for a Beneficial Owner), or the Accountholder of a Beneficial Owner, of Notes in the following face amount (do not include interest) (insert amount in box below). (If your Notes are held by an Accountholder on your behalf and you do not know the amount of Notes held, please contact your Accountholder immediately.)

$

**Item 2. Vote On Plan. (Please check one.)**

A vote to accept the Plan constitutes your consent to the releases specified in Article X of the Plan. Holders of Class 7 Noteholder Claims who vote to accept the Plan and consent to the releases specified in Article X of the Plan shall receive a distribution under the Plan.

<u>Holders of Class 7 Noteholder Claims who vote to reject the Plan shall not receive any distribution under the Plan</u>.

Holders of Class 7 Noteholder Claims who abstain from voting shall receive a distribution under the Plan. Noteholders who abstain from voting are deemed to accept the releases contained in Article X of the Plan.

The undersigned:

☐ ACCEPTS (votes FOR) the Plan and consents to the releases specified in Article X of the Plan.

☐ REJECTS (votes AGAINST) the Plan and consents to the releases specified in Article X of the Plan.

☐ REJECTS (votes AGAINST) the Plan and elects NOT to consent to the releases specified in Article X of the Plan.

☐ ABSTAINS (does not vote for or against the Plan) and consents to the releases specified in Article X of the Plan.

**The underlying bonds of any Class 7 Noteholder that casts a vote on the Plan, or actively abstains from voting, must be BLOCKED FROM TRADING, in accordance with the procedures approved by the Bankruptcy Court. By returning this Ballot to your Accountholder, you are deemed to have authorized your Accountholder to block your bonds.**

**Item 3. Certification of Notes Held in Additional Accounts.** By returning this ballot, the beneficial owner certifies that either (1) it has not submitted any other ballots for Notes held in other accounts or other record names, or (2) it has been provided the information specified in the following table for all other Notes for which it has submitted additional ballots (please use additional sheets of paper if necessary.

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED
BALLOTS OTHER THAN THIS BALLOT**
(attach extra sheets if necessary)

| Name of Holder[1] | Account Number | Amount of Other Noteholder Claims Voted |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

---

[1] Insert your name if the other Notes are in your name; or, if the other Notes are by your Accountholder, insert the name of your Accountholder.

3

**Item 4. Certification and Authorization.** By signing this Ballot, the undersigned hereby certifies that: (a) it has full power and authority to vote to accept or reject the Plan, (b) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto) and other materials (collectively, the "Solicitation Package") and understands that the solicitation of votes to accept or reject the Plan is subject to all the terms and conditions set forth in the Disclosure Statement and Plan, and (b) it has not submitted any other Ballots for Class 7 Noteholder Claims for the Debtors except as outlined in Item 3.

By returning this Ballot, the Beneficial Owner hereby certifies that on August 27, 2009 (a) it was the registered or record holder and the Beneficial Owner of the Notes to which this Ballot pertains and is sending this Ballot directly to the Class 7 Voting Agent, or (b) it was the Beneficial Owner of the Notes, but not the registered or record holder, to which this Ballot pertains and is sending this Ballot to the registered or record holder of, or other Accountholder of the undersigned with respect to, the Notes to which this Ballot pertains, whom the undersigned hereby authorizes and instructs to (i) execute a Master Ballot reflecting this Ballot and (ii) deliver the Master Ballot to the Class 7 Voting Agent.

| | |
|---|---|
| Name of Creditor (print or type): | _____ |
| Print or Type Name: | _____ |
| Title (if appropriate): | _____ |
| Address: | _____ |
| Telephone Number: | _____ |
| Date: | _____ |

<u>**Please Vote and Return Your Ballot Promptly!**</u>

If you have any questions regarding this Ballot or the voting or election procedures, please call the Class 7 Voting Agent, Financial Balloting Group LLC, promptly at +1-646-282-1800. You may receive multiple mailings containing Ballots, especially if you own your Class 7 Noteholder Claims through more than one bank, broker, other intermediary, or agent thereof (each, an "Accountholder"). You should vote each Ballot that you receive for all of the Class 7 Noteholder Claims that you beneficially own.

4

676062-Chicago Server 1A - MSW

**EXHIBIT D-3**

**Ballot for Holders of PBGC Termination Liability Claim (Class 8)**

No Person Has Been Authorized To Give Any Information Or Advice, Or To Make
Any Representation, Other Than What Is Contained In The Materials Mailed With
This Ballot Or Other Materials Authorized By The Court

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
HAYES LEMMERZ INTERNATIONAL, INC., et al.,              :    Case No. 09-11655 (MFW)
                                                        :
            Debtors.                                    :    Jointly Administered
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BALLOT FOR ACCEPTING OR REJECTING THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF HAYES LEMMERZ
INTERNATIONAL, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION

(Class 8 PBGC Termination Liability Claim)

On September [__], 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") (i) approved the disclosure statement (the "Disclosure Statement") with respect to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession dated July 2, 2009 (as amended, amended September [__], 2009) (the "Plan"), filed by Hayes Lemmerz International, Inc. ("Hayes") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in their jointly-administered chapter 11 bankruptcy cases; and (ii) authorized the Debtors to solicit votes on the Plan. Except as provided in the Plan, for voting and distribution purposes, the Plan contemplates (i) separate plans of reorganization for each Debtor, and (ii) separate classes of creditors for each plan. Accordingly, this is a ballot for Class 8 in the case of each Debtor against which you hold a Class 8 PBGC Termination Liability Claim. A list of each Debtor and its corresponding bankruptcy case number can be found in Exhibit A attached to the Plan.

This ballot (the "Ballot") is being sent to the Pension Benefit Guaranty Corporation as the holder of the Class 8 PBGC Termination Liability Claim for its use in voting to accept or reject the Plan. The Plan is described in the Disclosure Statement which accompanies this Ballot. Before you transmit your votes, please review the Disclosure Statement carefully, particularly the voting procedures described in Article XIV of the Disclosure Statement regarding Voting Requirements. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class of claims entitled to vote on the Plan that actually vote on the Plan. If any class of claims or interests rejects the Plan or is deemed to reject the Plan, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to, and does not discriminate unfairly against, the class or classes rejecting it, and otherwise satisfies the requirements of 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this Ballot.

**Please read and follow the attached instructions carefully and return your Ballot in the envelope provided.**
**The voting deadline is 5:00 P.M. (prevailing Eastern Time) on October 5, 2009.**

+-------------------------------------------------------------------------------+
|                                  **IMPORTANT**                                |
|                                                                               |
| You should review the Disclosure Statement and the Plan before you vote. You  |
| may wish to seek legal advice concerning the Plan and your classification and |
| treatment under the Plan. Your claim has been placed in Class 8 under the     |
| Plan. If you hold claims or interests in another class, you will receive a    |
| Ballot for each class in which you are entitled to vote.                      |
|                                                                               |
| Please read carefully and follow the attached instructions on returning your |
| Ballot. The voting deadline by which your vote must be *received* by the      |
| Voting Agent (defined below) is *5:00 p.m. (prevailing Eastern time) on       |
| October 5, 2009* or your Ballot will *not* be counted. If you have any        |
| questions please call The Garden City Group, Inc. (the "Voting Agent") at     |
| (800) 327-3664.                                                               |
|                                                                               |
| If the Plan is confirmed by the Bankruptcy Court, it will be binding on you   |
| whether or not you vote.                                                      |
+-------------------------------------------------------------------------------+

**The Voting Agent Will Not Accept Ballots By Electronic Or Facsimile Transmission**

## INSTRUCTIONS FOR COMPLETING THE BALLOT

Hayes Lemmerz International, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") are soliciting the votes of certain of their creditors on their proposed Plan, described in and annexed as Appendix A to the Disclosure Statement accompanying this Ballot. Please review the Disclosure Statement and Plan carefully before you return this Ballot. Unless otherwise defined, capitalized terms used herein and in the Ballot have the meanings ascribed to them in the Plan.

This Ballot does *not* constitute and *will not* be deemed to constitute (a) a proof of claim or (b) an admission by the Debtors of the nature, validity, or amount of any claim. This Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.

A vote to accept the Plan constitutes your consent to the releases specified in Article X of the Plan.

If your claim against the Debtors has been paid, do not return this Ballot or vote on the paid claim.

You may not split your vote. You must vote the entire claim that you hold to accept or to reject the Plan. You will be deemed to have voted the full amount of your claim in your vote. A Ballot that partially rejects and partially accepts the Plan will not be counted. You must vote all your claims within a single class to either accept or reject that Plan.

To ensure your vote is counted, you must complete, sign, and return this Ballot to the address (i) set forth on the enclosed pre-addressed postage-paid envelope or (ii) to the hand delivery or overnight courier address. Unsigned Ballots will not be counted. Ballots must be RECEIVED by the Voting Agent by 5:00 p.m. (prevailing Eastern time) on October 5, 2009 (the "Voting Deadline") at one of the following addresses:

| If By First-Class Mail: | If By Hand Delivery Or Overnight Courier: |
|---|---|
| The Garden City Group, Inc. | The Garden City Group, Inc. |
| Attn: Hayes Lemmerz International, Inc. | Attn: Hayes Lemmerz International, Inc. |
| P.O. Box 9000 #6531 | 105 Maxess Road |
| Merrick, NY 11566-9000 | Melville, NY 11747 |

If a Ballot is received after the Voting Deadline, it will not be counted. Except as otherwise provided herein, the delivery of a Ballot will be deemed made only when the original executed Ballot is actually received by the Voting Agent. In all cases, sufficient time should be allowed to assure timely delivery. Delivery of a Ballot to the Voting Agent by facsimile, e-mail, or any other electronic means will not be valid. No Ballot should be sent to the Debtors, any indenture trustee, transfer agent, or financial or legal advisor of the Debtors. Ballots not received by the Voting Agent will be deemed invalid and will not be counted.

To complete the Ballot properly, take the following steps:

(a)  Insert the amount of your claim in Item 1, unless an amount already appears on your Ballot.

(b)  Cast your vote either to accept or to reject the Plan by checking the proper box in Item 2. Ballots that are signed and returned, but not expressly voted to accept or reject the Plan, will not be counted. A Ballot accepting or rejecting the Plan may not be revoked after the Voting Deadline.

(c)  Review Item 3 carefully.

(d)  Sign and date your Ballot. Your signature is required in order for your vote and elections to be counted. You are also required to provide your social security number or Tax I.D. number prior to receiving any distribution.

(e)  If you believe that you have received the wrong Ballot, please immediately contact the Voting Agent, The Garden City Group, Inc., at (800) 327-3664.

(f)  If you are completing this Ballot on behalf of another person or entity, indicate your relationship with that person or entity and the capacity in which you are signing.

(g)  Provide your name and mailing address if (i) different from the printed address that appears on the Ballot or (ii) no pre-printed address appears on the Ballot.

(h)  Return your Ballot using the enclosed return envelope.

### Please Mail Your Ballot Promptly!

**If you have any questions regarding this Ballot
or the voting or election procedures, please call the Voting Agent,
The Garden City Group, Inc., promptly at (800) 327-3664.**

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

2

**Item 1.  Amount of Class 8 PBGC Termination Liability Claim.**

The undersigned herby certifies that as of August 27, 2009, the undersigned was the holder (or authorized signatory) of Class 8 PBGC Termination Liability Claim in the following amount against the indicated Debtor:

Amount: $ [          ]          Debtor: [          ]

**Item 2.  Vote On Plan.**

> **A vote to accept the Plan constitutes your consent to the releases specified in Article X of the Plan.**

The undersigned: **(Please check one.)**

☐          ACCEPTS (votes FOR) the Plan.

☐          REJECTS (votes AGAINST) the Plan.

**Item 3.  Certification.**  By signing this Ballot, the undersigned hereby certifies that: (a) on August 27, 2009 Pension Benefit Guaranty Corporation was the sole holder of a Class 8 PBGC Termination Liability Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote on behalf of the Pension Benefit Guaranty Corporation to accept or reject the Plan, (c) Pension Benefit Guaranty Corporation has received a copy of the Disclosure Statement (including the appendices and exhibits thereto) and other materials (collectively, the "Solicitation Package") and understands that the solicitation of votes to accept or reject the Plan is subject to all the terms and conditions set forth in the Disclosure Statement and Plan, and (d) Pension Benefit Guaranty Corporation has not submitted any other Ballots for Class 8 PBGC Termination Liability Claim for the Debtors.

Name of Creditor  (print or type): _____

Social Security or Federal Tax I.D. No. (optional): _____

Signature: _____

Print or Type Name: _____

Title (if appropriate): _____

Address: _____

Telephone Number: _____

Date: _____

If your address or contact information has changed, please check this box: ☐

3

**EXHIBIT D-4**

**Ballot for Holders of Other Unsecured Claims (Class 9)**

No Person Has Been Authorized To Give Any Information Or Advice, Or To Make
Any Representation, Other Than What Is Contained In The Materials Mailed With
This Ballot Or Other Materials Authorized By The Court

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------- x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HAYES LEMMERZ INTERNATIONAL, INC., et al., | : | Case No. 09-11655 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-------------------------------------------------- x

BALLOT FOR ACCEPTING OR REJECTING THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF HAYES LEMMERZ INTERNATIONAL, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION

(Class 9 Other Unsecured Claims)

On September [__], 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") (i) approved the disclosure statement (the "Disclosure Statement") with respect to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession dated July 2, 2009 (as amended, amended September [__], 2009) (the "Plan"), filed by Hayes Lemmerz International, Inc. ("Hayes") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in their jointly-administered chapter 11 bankruptcy cases; and (ii) authorized the Debtors to solicit votes on the Plan. Except as provided in the Plan, for voting and distribution purposes, the Plan contemplates (i) separate plans of reorganization for each Debtor, and (ii) separate classes of creditors for each plan. Accordingly, this is a ballot for Class 9 in the case of each Debtor against which you hold a Class 9 Other Unsecured Claim. A list of each Debtor and its corresponding bankruptcy case number can be found in Exhibit A attached to the Plan.

This ballot (the "Ballot") is being sent to all holders of Class 9 Other Unsecured Claims for their use in voting to accept or reject the Plan. The Plan is described in the Disclosure Statement which accompanies this Ballot. Before you transmit your votes, please review the Disclosure Statement carefully, particularly the voting procedures described in Article XIV of the Disclosure Statement regarding Voting Requirements. The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class of claims entitled to vote on the Plan that actually vote on the Plan. If any class of claims or interests rejects the Plan or is deemed to reject the Plan, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to, and does not discriminate unfairly against, the class or classes rejecting it, and otherwise satisfies the requirements of 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this Ballot.

**Please read and follow the attached instructions carefully and return your Ballot in the envelope provided.**
**The voting deadline is 5:00 P.M. (prevailing Eastern Time) on October 5, 2009.**

---

### IMPORTANT

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 9 under the Plan. If you hold claims or interests in another class, you will receive a Ballot for each class in which you are entitled to vote.

Please read carefully and follow the attached instructions on returning your Ballot. The voting deadline by which your vote must be *received* by the Voting Agent (defined below) is *5:00 p.m. (prevailing Eastern time) on October 5, 2009* or your Ballot will *not* be counted. If you have any questions please call The Garden City Group, Inc. (the "Voting Agent") at (800) 327-3664.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

---

**The Voting Agent Will Not Accept Ballots By Electronic Or Facsimile Transmission**

## INSTRUCTIONS FOR COMPLETING THE BALLOT

Hayes Lemmerz International, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") are soliciting the votes of certain of their creditors on their proposed Plan, described in and annexed as Appendix A to the Disclosure Statement accompanying this Ballot. Please review the Disclosure Statement and Plan carefully before you return this Ballot. Unless otherwise defined, capitalized terms used herein and in the Ballot have the meanings ascribed to them in the Plan.

This Ballot does *not* constitute and *will not* be deemed to constitute (a) a proof of claim or (b) an admission by the Debtors of the nature, validity, or amount of any claim. This Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.

A vote to accept the Plan constitutes your consent to the releases specified in Article X of the Plan.

Holders of Class 9 Other Unsecured Claims who vote to reject the Plan shall not receive a distribution under this Plan.

If your claim against the Debtors has been paid, do not return this Ballot or vote on the paid claim.

You may not split your vote. You must vote the entire claim that you hold to accept or to reject the Plan. You will be deemed to have voted the full amount of your claim in your vote. A Ballot that partially rejects and partially accepts the Plan will not be counted. You must vote all your claims within a single class to either accept or reject that Plan.

To ensure your vote is counted, you must complete, sign, and return this Ballot to the address (i) set forth on the enclosed pre-addressed postage-paid envelope or (ii) to the hand delivery or overnight courier address. Unsigned Ballots will not be counted. Ballots must be RECEIVED by the Voting Agent by 5:00 p.m. (prevailing Eastern time) on October 5, 2009 (the "Voting Deadline") at one of the following addresses:

| If By First-Class Mail: | If By Hand Delivery Or Overnight Courier: |
|---|---|
| The Garden City Group, Inc. | The Garden City Group, Inc. |
| Attn: Hayes Lemmerz International, Inc. | Attn: Hayes Lemmerz International, Inc. |
| P.O. Box 9000 #6531 | 105 Maxess Road |
| Merrick, NY 11566-9000 | Melville, NY 11747 |

If a Ballot is received after the Voting Deadline, it will not be counted. Except as otherwise provided herein, the delivery of a Ballot will be deemed made only when the original executed Ballot is actually received by the Voting Agent. In all cases, sufficient time should be allowed to assure timely delivery. Delivery of a Ballot to the Voting Agent by facsimile, e-mail, or any other electronic means will not be valid. No Ballot should be sent to the Debtors, any indenture trustee, transfer agent, or financial or legal advisor of the Debtors. Ballots not received by the Voting Agent will be deemed invalid and will not be counted.

To complete the Ballot properly, take the following steps:

(a)   Insert the amount of your claim in Item 1, unless an amount already appears on your Ballot.

(b)   Cast your vote either to accept or to reject the Plan by checking the proper box in Item 2. Ballots that are signed and returned, but not expressly voted to accept or reject the Plan, will not be counted. A Ballot accepting or rejecting the Plan may not be revoked after the Voting Deadline.

(c)   Review Item 3 carefully.

(d)   Sign and date your Ballot. Your signature is required in order for your vote and elections to be counted. You are also required to provide your social security number or Tax I.D. number prior to receiving any distribution. If the Other Unsecured Claim(s) voted with this Ballot is/are held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If the Other Unsecured Claim(s) is/are held by a corporation, the Ballot must be executed by an officer.

(e)   If you believe that you have received the wrong Ballot, please immediately contact the Voting Agent, The Garden City Group, Inc., at (800) 327-3664.

(f)   If you are completing this Ballot on behalf of another person or entity, indicate your relationship with that person or entity and the capacity in which you are signing.

(g)   Provide your name and mailing address if (i) different from the printed address that appears on the Ballot or (ii) no pre-printed address appears on the Ballot.

(h)   Return your Ballot using the enclosed return envelope.

### Please Mail Your Ballot Promptly!

**If you have any questions regarding this Ballot
or the voting or election procedures, please call the Voting Agent,
The Garden City Group, Inc., promptly at (800) 327-3664.**

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

2

**Item 1.  Amount of Class 9 Other Unsecured Claim.**

The undersigned herby certifies that as of August 27, 2009, the undersigned was the holder (or authorized signatory) of Class 9 Other Unsecured Claims in the following amount against the indicated Debtor:

Amount: $ _____    Debtor: _____

**Item 2.  Vote On Plan.**

**A vote to accept the Plan constitutes your consent to the releases specified in Article X of the Plan.**

**Holders of Class 9 Other Unsecured Claims who vote to reject the Plan shall not receive a distribution under this Plan.**

The undersigned: (Please check one.)

☐    ACCEPTS (votes FOR) the Plan.

☐    REJECTS (votes AGAINST) the Plan.

**Item 3.  Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on August 27, 2009 it was the holder of a Class 9 Other Unsecured Claim to which this Ballot pertains (or an authorized signatory therefor), (b) it has full power and authority to vote to accept or reject the Plan, (c) it has received a copy of the Disclosure Statement (including the appendices and exhibits thereto) and other materials (collectively, the "Solicitation Package") and understands that the solicitation of votes to accept or reject the Plan is subject to all the terms and conditions set forth in the Disclosure Statement and Plan, and (d) it has not submitted any other Ballots for Class 9 Other Unsecured Claims for the Debtors.

Name of Creditor  (print or type): _____

Social Security or Federal Tax I.D. No. (optional): _____

Signature: _____

Print or Type Name: _____

Title (if appropriate): _____

Address: _____

Telephone Number: _____

Date: _____

If your address or contact information has changed, please check this box: ☐

3

676060- Server 1a - MSW