**EXHIBIT C**

**SALE NOTICE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re: : Chapter 11
:
HAYES LEMMERZ INTERNATIONAL, : Case No. 09-11655 (MFW)
INC., et al.,[1] :
: Jointly Administered
Debtors. :
: Bid Deadline: October 19, 2009 at 4:00 p.m.
: Auction Date: October 21, 2009 (time to be
: determined)
: Sale Hrg. Date: 10/22/09 at 2:00 p.m.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x Sale Obj. Date: 10/15/09 at 4:00 p.m.

NOTICE OF BID DEADLINE, AUCTION, AND SALE HEARING
IN CONNECTION WITH THE SALE OF ASSETS OF
<u>HAYES LEMMERZ INTERNATIONAL – LAREDO, INC.</u>

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

       1.      In accordance with the **Order Pursuant to 11 U.S.C. §§ 105(A), 363, 365 and Fed. R. Bankr. P. 2002, 6004, 6006 (A) Establishing Bidding and Auction Procedures Related to the Sale of Substantially All of the Assets of Hayes Lemmerz International – Laredo, Inc.; (B) Approving Expense Reimbursement Claim; (C) Scheduling an Auction and Sale Hearing; (D) Permitting Credit Bidding Pursuant to Bankruptcy Code Section 363(K); (E) Establishing Certain Notice Procedures for Assumption and Assignment of Executory Contracts and Unexpired Leases; (F) Approving Form and Manner of Notice of All Procedures, Protections, Schedules and Agreements; and (G) Granting Certain Related**

---

[1] The following of Hayes' U.S. subsidiaries and affiliates (including the last four digits of their respective taxpayer identification numbers) have filed petitions for relief under chapter 11 concurrently with Hayes (2578) and have obtained joint administration therewith: Hayes Lemmerz Finance LLC (7731), Hayes Lemmerz International Import, Inc. (1655), Hayes Lemmerz International - California, Inc. (2337), Hayes Lemmerz International - Commercial Highway, Inc. (7674), Hayes Lemmerz International - Georgia, Inc. (6122), Hayes Lemmerz International - Howell, Inc. (9246), Hayes Lemmerz International - Huntington, Inc. (0825), Hayes Lemmerz International - Kentucky, Inc. (8246), Hayes Lemmerz International - Laredo, Inc. (8656), Hayes Lemmerz International - New York, Inc. (9278), Hayes Lemmerz International - Sedalia, Inc. (7670), Hayes Lemmerz International - Technical Center, Inc. (7519), Hayes Lemmerz International - Wabash, Inc. (0301), HLI Brakes Holding Company, Inc. (2575), HLI Commercial Highway Holding Company, Inc. (2828), HLI Netherlands Holdings, Inc. (0015), HLI Operating Company, Inc. (7742), HLI Parent Company, Inc. (7832), HLI Powertrain Holding Company, Inc. (8269), HLI Realty, Inc. (1885), HLI Services Holding Company, Inc. (7840), HLI Suspension Holding Company, Inc. (0061), and HLI Wheels Holding Company, Inc. (7882) (collectively with Hayes, the "<u>U.S. Debtors</u>"). With the exception of Hayes Lemmerz Finance LLC - Luxembourg S.C.A. (Luxembourg: 0646; USA: 7731) (the "<u>Non-U.S. Debtor</u>"), none of the foreign affiliates or subsidiaries of Hayes are Debtors in these chapter 11 cases. The mailing address for each of the U.S. Debtors is 15300 Centennial Drive, Northville, Michigan 48168.

**Relief** (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on September **[●]**, 2009, the above captioned debtors and debtors in possession (collectively, the "Debtors") are selling substantially all the tangible and intangible assets (the "Assets") of Hayes Lemmerz International – Laredo, Inc. ("HLI - Laredo"). Capitalized terms not otherwise defined herein shall have the meaning given to them in the bidding procedures approved as part of the Bidding Procedures Order.

     2.    On August 14, 2009, the Debtors received from Harvey Industries, LLC ("Harvey" or the "Stalking Horse Bidder") a letter of intent (as amended, the "Harvey LOI"). The Harvey LOI outlines the proposed terms for Harvey's purchase of the Assets, including but not limited to all of the shares of Industrias Fronterizas HLI, S.A. de C.V., and assumption of certain liabilities. As set forth in the Bidding Procedures Order, the sale of the Assets remains subject to competing offers from any prospective qualified bidder.

     3.    All interested parties are invited to become a Qualified Bidder (as defined in the Bidding Procedures) and to make offers to purchase the Assets in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures"). The Bidding Procedures are attached hereto as Exhibit A. The deadline to submit bids (the "Bid Deadline") is October 19, 2009 at 4:00 p.m. (prevailing Eastern time).

     4.    Pursuant to the Bidding Procedures, the Debtors may conduct an auction for the sale of the Assets (the "Auction") beginning on October 21, 2009 (time to be determined) at the offices of Skadden, Arps, Slate, Meagher & Flom, One Rodney Square, Wilmington, Delaware 19899, or at such other place and time as the Debtors shall notify all Qualify Bidders.

     5.    At the hearing on October 22, 2009 at 2:00 p.m. (prevailing Eastern time) or such other time as the Bankruptcy Court shall determine (the "Sale Hearing"), the Debtors intend to seek the Bankruptcy Court's approval of the Sale of the Assets to the Stalking Horse Bidder or to any Successful Bidder (as defined in the Bidding Procedures Order). The Sale Hearing will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, DE 19801.

     6.    At the Sale Hearing, the Bankruptcy Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of these chapter 11 cases. Objections, if any, to the sale of the Assets shall be in writing, shall set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against the Debtors' estate or properties, the basis for the objection and the specific grounds therefore, and shall be filed with the Bankruptcy Court, 824 North Market Street, Wilmington, DE 19801, and served so as to be received by the following parties no later than October 15, 2009 at 4:00 p.m. (prevailing Eastern Time) (the "Sale Objection Deadline"):

| | | |
|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Suite 2700<br>Chicago, Illinois 60606-1720<br>(Attn: J. Eric Ivester, Esq. and Stephen D. Williamson, Esq.)<br><br>Counsel for the Debtors | Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>(Attn: Anthony W. Clark, Esq. and Kimberly A. LaMaina, Esq.)<br><br>Counsel for the Debtors | Office of the United States Trustee, J. Caleb Boggs Federal Bldg.<br>844 North King Street<br>Room 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(Attn: Joseph J. McMahon, Jr., Esq.) |
| Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>(Attn: Kenneth A. Rosen, Esq.)<br><br>Counsel for the Creditors' Committee | Bifferato Gentilotti LLC<br>800 N. King Street<br>Plaza Level<br>Wilmington, DE 19801<br>(Attn: Garvan F. McDaniel, Esq.)<br><br>Counsel for the Creditors' Committee | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(Attn: Abhilash M. Raval, Esq., Tyson Lomazow, Esq., and Brian Kinney, Esq.)<br><br>Counsel for the DIP Administrative Agent |
| Morris, Nichols, Arsht & Tunnell LLP<br>Chase Manhattan Centre<br>18th Floor<br>1201 North Market Street,<br>Wilmington, DE 19899<br>(Attn: Robert J. Dehney, Esq.)<br><br>Counsel for the DIP Administrative Agent | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(Attn: Lori Fife, Esq.)<br><br>Counsel for the Prepetition Administrative Agent | Schnader Harrison Segal & Lewis LLP<br>824 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>(Attn. Richard A. Barkasy, Esq.)<br><br>Counsel to the Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC<br>55 West Monroe Street, Ste 1200<br>Chicago, IL 60603<br>(Attn: Jon D. Cohen, Esq. and Trent P. Cornell, Esq.)<br><br>Counsel to the Official Committee of Retirees | | |

7. Copies of the Motion, Bidding Procedures, and Bidding Procedures Order can be obtained on the Bankruptcy Court's website at www.deb.uscourts.gov by registered users of the Bankruptcy Court's case filing system or the Debtors' restructuring website at www.hayeslemmerzreorg.com or from counsel for the Debtors as set forth below.

8. This notice is qualified in its entirety by the Bidding Procedures Order.

Dated: Wilmington, Delaware
_____, 2009

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/
Anthony W. Clark (I.D. No. 2051)
Kimberly A. LaMaina (I.D. No. 4568)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

- and -

J. Eric Ivester
Stephen D. Williamson
Bennett S. Silverberg (New York Office)
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 407-0700

Counsel for Debtors and
 Debtors-in-Possession

# Exhibit A

# Bidding Procedures