**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------  x
In re:                                         :        Chapter 11
                                               :
HAYES LEMMERZ INTERNATIONAL,                   :
INC., al.,¹                                    :        Case No.: 09-11655 (MFW)
                                               :
                                 Debtors.      :
                                               :        Jointly Administered
-------------------------------------------------------------  x
```

**DECLARATION OF JEFFREY S. STEIN
OF THE GARDEN CITY GROUP, INC. CERTIFYING THE
METHODOLOGY FOR THE TABULATION OF VOTES ON
AND RESULTS OF VOTING WITH RESPECT TO
THE FIRST AMENDED JOINT PLAN OF
REORGANIZATION OF HAYES LEMMERZ INTERNATIONAL, INC. AND
ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION**

Jeffrey S. Stein, under penalty of perjury, declares as follows:

**INTRODUCTION**

1.  I am a Vice President with The Garden City Group, Inc. ("GCG") and

have personal knowledge of the facts set forth herein. GCG is a bankruptcy and class

action settlement administration firm headquartered in Melville, New York.

2.  Pursuant to that certain Order Under 28 U.S.C. § 156(c) and Local

Rule 2002-1(f) Authorizing Employment and Retention of The Garden City Group, Inc.

as Claims and Noticing Agent to the Debtors *Nunc Pro Tunc* to the Petition Date (Docket

---

¹The following of Hayes Lemmerz International, Inc.'s ("Hayes") U.S. subsidiaries and affiliates (including the last four digits of their respective taxpayer identification numbers) have filed petitions for relief under chapter 11 concurrently with Hayes (2578) and have obtained joint administration therewith: Hayes Lemmerz Finance LLC (7731), Hayes Lemmerz International Import, Inc. (1655), Hayes Lemmerz International - California, Inc. (2337), Hayes Lemmerz International - Commercial Highway, Inc. (7674), Hayes Lemmerz International - Georgia, Inc. (6122), Hayes Lemmerz International - Howell, Inc. (9246), Hayes Lemmerz International - Huntington, Inc. (0825), Hayes Lemmerz International - Kentucky, Inc. (8246), Hayes Lemmerz International - Laredo, Inc. (8656), Hayes Lemmerz International - New York, Inc. (9278), Hayes Lemmerz International - Sedalia, Inc. (7670), Hayes Lemmerz International - Technical Center, Inc. (7519), Hayes Lemmerz International - Wabash, Inc. (0301), HLI Brakes Holding Company, Inc. (2575), HLI Commercial Highway Holding Company, Inc. (2828), HLI Netherlands Holdings, Inc. (0015), HLI Operating Company, Inc. (7742), HLI Parent Company, Inc. (7832), HLI Powertrain Holding Company, Inc. (8269), HLI Realty, Inc. (1885), HLI Services Holding Company, Inc. (7840), HLI Suspension Holding Company, Inc. (0061), and HLI Wheels Holding Company, Inc. (7882) (collectively with Hayes, the "U.S. Debtors"). With the exception of Hayes Lemmerz Finance LLC - Luxembourg S.C.A. (Luxembourg: 0646; USA: 7731) (the "Non-U.S. Debtor" and together with the U.S. Debtors, the "Debtors"), none of the foreign affiliates or subsidiaries of Hayes are Debtors in these chapter 11 cases. The mailing address for each of the U.S. Debtors is 15300 Centennial Drive, Northville, Michigan, 48168.

No. 60), the Debtors retained GCG, in which capacity GCG assisted with, *inter alia*, the solicitation and tabulation of ballots in connection with the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession (the "Plan").

3. On September 2, 2009, the Court entered that certain Revised Order Approving (I) the Disclosure Statement, (II) Cure Procedures for Executory Contracts or Unexpired Leases to be Assumed Pursuant to the Plan, (III) the Record Date, Voting Deadline, and Certain Other Procedures, (IV) the Form and Manner of Notice of the Confirmation Hearing and Procedures for Filing Objections to the Plan, and (V) Solicitation Procedures for Confirmation (Docket No. 546) (the "Solicitation Procedures Order"),[2] governing, among other things, the solicitation of votes to accept or reject the Plan from the following classes:

| CLASS | DESCRIPTION |
|---|---|
| 6 | Prepetition Secured Obligations |
| 7 | Noteholder Claims[3] |
| 8 | PBGC Claim |
| 9 | Other Unsecured Claims |

## MAILING OF SOLICITATION PACKAGES

4. On September 4, 2009, GCG caused the Solicitation Packages to be served by first class mail as follows:

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Solicitation Procedures Order.

[3] Pursuant to the Solicitation Procedures Order, Financial Balloting Group, LLC was responsible for soliciting Class 7 Noteholder claimants and has filed a separate voting tabulation certification describing the manner and results of said solicitation.

(a) Holders of claims in Classes 1-5, holders of Administrative Claims and holders of Priority Tax Claims were mailed the "Notice of (1) Approval of Disclosure Statement; (2) Hearing on Confirmation of Plan; (3) Deadline and Procedures for Filing Objections to Confirmation of Plan; (4) Record Date; and (5) Voting Deadline for Receipt of Ballots" tailored for holders of unimpaired claims (the "Unimpaired Creditor Notice");

(b) Holders of claims in Classes 6, 8 and 9 were mailed (A) the "Notice of (1) Approval of Disclosure Statement; (2) Hearing on Confirmation of Plan; (3) Deadline and Procedures for Filing Objections to Confirmation of Plan; (4) Record Date; and (5) Voting Deadline for Receipt of Ballots" tailored for holders of claims entitled to vote on the Plan (the "Confirmation Hearing Notice"); (B) a customized ballot for its appropriate Class (the "Ballot"); (C) a postage prepaid, return envelope; (D) the solicitation letter from the Official Committee of Unsecured Creditors (the "Creditors' Committee's Plan Support Letter"); and (E) a CD-ROM (the "CD-ROM") containing (1) the Disclosure Statement with Respect to First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession (the "Disclosure Statement"), including the Plan attached thereto as Exhibit A, (2) the Solicitation Procedures Order, (3) the Creditors' Committee's Plan Support Letter and (4) the Confirmation Hearing Notice;

(c) Holders of interests in Classes 10 and 11 were mailed the "Notice of (1) Approval of Disclosure Statement; (2) Hearing on Confirmation of Plan; (3) Deadline and Procedures for Filing Objection to Confirmation of Plan; (4) Record Date; and (5) Voting Deadline for Receipt of Ballots" tailored for holders of

3

interests not entitled to a distribution under the Plan (the "Impaired Creditor Notice");

(d) Parties (i) listed on the Debtors' Schedules as having a claim or a portion of a claim which is disputed, unliquidated or contingent, (ii) listed on the Schedules in a zero dollar amount or unknown in amount, (iii) docketed by GCG as disputed, unliquidated or contingent, or (iv) subject to an objection by the Debtors on or prior to the Record Date, were mailed the "Notice of (1) Approval of Disclosure Statement; (2) Hearing on Confirmation of Plan; (3) Deadline and Procedures for Filing Objections to Confirmation of Plan; (4) Record Date; and (5) Voting Deadline for Receipt of Ballots" tailored for holders of contingent, unliquidated or disputed claims (the "CUD Notice");

(e) the Core Notice Parties were mailed (A) the Confirmation Hearing Notice, (B) the CD-ROM, and (C) the Creditors' Committee's Support Letter;

(f) the counterparties to assumed executory contracts were mailed (A) the "Notice of Cure Amount With Respect to Executory Contract or Unexpired Lease to be Assumed Pursuant to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession;" and (B) the Confirmation Hearing Notice; and

(g) the counterparties to rejected executory contracts were mailed the Notice of Rejection of Executory Contract of Unexpired Lease Pursuant to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession.

*See* Certificate of Service, Docket No. 569.

**TABULATION PROCEDURES**

5. Pursuant to the Solicitation Procedures Order, claimants in Class 6, Class 8 and Class 9 were to send their respective Ballots to GCG as follows:  (a) by mail, addressed to The Garden City Group, Inc., Attn: Hayes Lemmerz International, Inc., P.O. Box 9000 #6531, Merrick, NY 11566-9000; or (b) by overnight courier or hand delivery, addressed to The Garden City Group, Inc., Attn: Hayes Lemmerz International, Inc., 105 Maxess Road, Melville, NY 11747, so as to be received by GCG no later than 5:00 p.m. (prevailing Eastern time) on October 5, 2009 (the "Voting Deadline").

6. Upon GCG's receipt of a Ballot:

(a) GCG personnel opened the envelope containing the Ballot and stamped the Ballot with the date and time received. GCG personnel then scanned the Ballot into GCG's system, and a sequential number was assigned to the Ballot (the "Sequence Number").

(b) GCG personnel then entered into a computer database, reserved exclusively for recording votes in the above-captioned cases, all pertinent information from the Ballot, including the date of receipt, the Sequence Number, the voting dollar amount, and the acceptance or rejection of the Plan.

7. In accordance with Paragraph 43 of the Solicitation Procedures Order, each claim within a class of claims entitled to vote to accept or reject a respective Debtor's Plan was temporarily allowed in an amount equal to the amount of such claim that the Debtors had preprinted on the applicable Ballot, which was based upon the Debtors' Schedules, the claimant's filed proof of claim or, in the case of Class 6, the amounts provided by the agent under the Prepetition Credit Facility.

8. In accordance with Paragraph 44 of the Solicitation Procedures Order, the Claim amount used to tabulate acceptance or rejection of the Plan for Class 6

5

Prepetition Secured Obligations was the principal amount held as of the Record Date. The agent under the Prepetition Credit Facility provided this information to the Debtors and GCG on September 3, 2009.

9.   Pursuant to Paragraph 45 of the Solicitation Procedures Order, for purposes of tabulating votes in Class 9 (Other Unsecured Claims), GCG personnel calculated the "Deficiency Claim" for all Holders of Class 6 Prepetition Secured Obligations by subtracting from the allowed amount of the Prepetition Secured Obligations (equal to $497,118,520.02) the value of the distributions to be received by the Holders of the Prepetition Secured Obligations (4% of the New Common Stock) based upon the mid-point valuation set forth in Appendix F to the Disclosure Statement (equal to $134,500,000, 4% of which is $5,380,000).  Based upon this calculation, the total Deficiency Claim that GCG used for purposes of tabulating the foregoing votes in Class 9 was $491,738,520.02, of which $386,795,148.29 was timely and otherwise validly voted to accept or reject the Plan by Class 6 claimants.

10. Pursuant to Paragraph 47 of the Solicitation Procedures Order, the following Ballots were not counted or considered for any purpose in determining whether the Plan has been accepted or rejected:

(a)  Any Ballot received after the Voting Deadline, if the Debtors have not provided an extension of the time to file such Ballot;

(b)  Any Ballot that is illegible or contains insufficient information to permit the identification of the claimant;

(c)  Any Ballot cast by a person or entity that does not hold a claim in a class that is entitled to vote to accept or reject the Plan;

(d)  Any Ballot cast for a claim that is subject to a pending claim objection filed with the Court or classified as unliquidated, contingent, or disputed

and for which no Rule 3018(a) Motion has been filed by the 3018(a) Motion Deadline and either agreed to by the Debtors or determined in favor of the movant by the Court at the Confirmation Hearing;

(e) Any unsigned Ballot;

(f) Any Ballot timely received that is cast in a manner that neither indicates an acceptance or rejection of the Plan or which indicates both an acceptance and rejection of the Plan; or

(g) Any Ballot submitted by facsimile transmission.

11. Pursuant to the Solicitation Procedures Order, GCG tabulated all of the Ballots in accordance with the following procedures:

(a) Each holder of a Claim was deemed to have voted the full amount of its Claim within a particular class for each Debtor to either accept or reject the Plan; and

(b) If multiple Ballots were received from the same holder of a Claim, the last valid Ballot received from such holder prior to the Voting Deadline was the Ballot that was counted.

12. GCG is in possession of the Ballots received, and copies of same are available for review during GCG's regular business hours at 105 Maxess Road, Melville, NY 11747.

**TABULATION RESULTS**

13. The results of the tabulation of the valid Ballots received prior to the Voting Deadline on a cumulative basis (i.e., with the votes against all Debtors aggregated), are set forth below:

7

| | AGGREGATE FOR ALL DEBTORS | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8* | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $523,573,334.96 96.99% | 147 94.84% | $16,271,127.05 3.01% | 8 5.16% |

*With respect to Class 8, the deadline for the Pension Benefit Guaranty Corporation to submit its Ballots has been extended to Friday, October 9, 2009 at 5:00 p.m. (prevailing Eastern Time). GCG will file a supplement to this certification in advance of the confirmation hearing scheduled on October 15, 2009, with respect to any such Ballots received.

14.    The results of the tabulation of valid Class 6, Class 8 and Class 9

Ballots received prior to the Voting Deadline for each Debtor are set forth below:

| | HAYES LEMMERZ INTERNATIONAL, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $521,559,623.81 96.99% | 103 96.26% | $16,163,415.39 3.01% | 4 3.74% |

| | HAYES LEMMERZ FINANCE LLC | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

| | HAYES LEMMERZ INTERNATIONAL IMPORT, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

| | HAYES LEMMERZ INTERNATIONAL – CALIFORNIA, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $372,195,984.18 95.84% | 53 96.36% | $16,155,006.07 4.16% | 2 3.64% |

| | HAYES LEMMERZ INTERNATIONAL – COMMERCIAL HIGHWAY, INC. | | | |
| --- | --- | --- | --- | --- |
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,699,292.07 95.82% | 54 93.10% | $16,168,812.24 4.18% | 4 6.90% |

| | HAYES LEMMERZ INTERNATIONAL – GEORGIA, INC. | | | |
| --- | --- | --- | --- | --- |
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,673,624.19 95.82% | 50 96.15% | $16,155,006.07 4.18% | 2 3.85% |

| | HAYES LEMMERZ INTERNATIONAL – HOWELL, INC. | | | |
| --- | --- | --- | --- | --- |
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

| | HAYES LEMMERZ INTERNATIONAL – HUNTINGTON, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,643,006.60 95.80% | 51 94.44% | $16,248,197.56 4.20% | 3 5.56% |

| | HAYES LEMMERZ INTERNATIONAL – KENTUCKY, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

| | HAYES LEMMERZ INTERNATIONAL – LAREDO, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,779,045.00 95.82% | 57 96.61% | $16,155,006.07 4.18% | 2 3.39% |

11

| | HAYES LEMMERZ INTERNATIONAL – NEW YORK, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

| | HAYES LEMMERZ INTERNATIONAL – SEDALIA, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,660,634.99 95.82% | 58 95.08% | $16,155,720.07 4.18% | 3 4.92% |

| | HAYES LEMMERZ INTERNATIONAL – TECHNICAL CENTER, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,642,919.40 95.82% | 49 96.08% | $16,155,006.07 4.18% | 2 3.92% |

| | HAYES LEMMERZ INTERNATIONAL – WABASH, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

| | HLI BRAKES HOLDING COMPANY, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

| | HLI COMMERCIAL HIGHWAY HOLDING COMPANY, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

| | HLI NETHERLANDS HOLDINGS, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

| | HLI OPERATING COMPANY, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,835,830.48 95.83% | 55 96.49% | $16,155,006.07 4.17% | 2 3.51% |

| | HLI PARENT COMPANY, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

|  | HLI POWERTRAIN HOLDING COMPANY, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
|  | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

|  | HLI REALTY, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
|  | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

|  | HLI SERVICES HOLDING COMPANY, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
|  | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

| | HLI SUSPENSION HOLDING COMPANY, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,644,654.22 95.82% | 49 96.08% | $16,155,006.07 4.18% | 2 3.92% |

| | HLI WHEELS HOLDING COMPANY, INC. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0.00 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

| | HAYES LEMMERZ FINANCE LLC – LUXEMBOURG S.C.A. | | | |
|---|---|---|---|---|
| CLASS | ACCEPT THE PLAN | | REJECT THE PLAN | |
| | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes | Dollar Amount Voted/ Percentage of Total Dollar Amount | Number of Votes/ Percentage of Number of Votes |
| Class 6 | $374,695,232.21 95.82% | 48 96.00% | $16,331,754.34 4.18% | 2 4.00% |
| Class 8 | $0.00 0% | 0 0% | $0 0% | 0 0% |
| Class 9 | $370,640,142.22 95.82% | 48 96.00% | $16,155,006.07 4.18% | 2 4.00% |

16

15. GCG received 12 Class 6 Ballots and 22 Class 9 Ballots which were deemed invalid in accordance with Paragraph 47 of the Solicitation Procedures Order. Exhibit A attached hereto sets forth each of these invalid Ballots, the reason for deeming such Ballots invalid and whether the claimant had voted to accept or reject the Plan. The inclusion of such Ballots in the voting results would not have reduced the number or dollar amount of votes accepting the Plan in each Class below the thresholds for acceptance pursuant to Section 1126(c) of the Bankruptcy Code.

16. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

      ___/s/ Jeffrey S. Stein_____
      Jeffrey S. Stein

Dated:  October 8, 2009

# EXHIBIT  A

| BLT04 | **BLT04** | Page   1   of   1 |
| BLT04038 | HYS BANKRUPTCY ADMINISTRATION | 07-Oct-09   8:24 PM |

## Class 6

| Ballot ID & Record Holder Name | Reason for Invalid Status | Ballot Value | |
| --- | --- | --- | --- |
| #127: BROAD POINT I B.V. | Superseded | $13,665,345.47 | (Accept) |
| #128: GRAND CENTRAL ASSET TRUST, SIL SERIES | Not Entitled to Vote | $0.00 | (Accept) |
| #130: THE FOOTHILL GROUP, INC. | Superseded | $12,500,000.00 | (Accept) |
| #158: R2 INVESTMENTS LDC | Not Entitled to Vote | $0.00 | (Accept) |
| #161: DEUTSCHE BANK AG, NY BRANCH | Superseded | $30,000,000.00 | (Accept) |
| #165: UBS AC/UBS LOAN FINANCE LLC | Faxed | $17,987,300.00 | (Accept) |
| #166: THESEUS EUROPEAN CLO S.A. | Late | $2,222,007.40 | (Accept) |
| #167: PETRUSSE EUROPEAN CLO S.A. | Late | $2,222,007.40 | (Accept) |
| #168: ALZETTE EUROPEAN CLO S.A. | Late | $2,222,007.38 | (Accept) |
| #169: KING'S CROSS ASSET FUNDING 3 SARL | Late | $12,580,461.59 | (Accept) |
| #170: ECO MASTER FUND LIMITED | Late | $26,108,638.14 | (Accept) |
| #177: KING'S CROSS ASSET FUNDING 42 SARL | Late | $2,666,408.61 | (Accept) |
| **Total for Class  6** | | $122,174,175.99 | |

## Class 9

| Ballot ID & Record Holder Name | Reason for Invalid Status | Ballot Value | |
| --- | --- | --- | --- |
| #36: JERRY D PHILLIPS | Not Signed | $3,594.00 | (Accept) |
| #46: CHIYA LANDSCAPE | No Vote | $2,345.00 | (No Vote) |
| #110: THE TIRE & RIM ASSOCIATION, INC. | No Vote | $2,628.00 | (No Vote) |
| #111: THE TIRE AND RIM ASSOCIATION, INC. | No Vote | $2,160.00 | (No Vote) |
| #127: BROAD POINT I B.V. | Superseded | $13,517,454.06 | (Accept) |
| #128: GRAND CENTRAL ASSET TRUST, SIL SERIES | Not Entitled to Vote | $0.00 | (Accept) |
| #130: THE FOOTHILL GROUP, INC. | Superseded | $5,340,018.95 | (Accept) |
| #158: R2 INVESTMENTS LDC | Not Entitled to Vote | $0.00 | (Accept) |
| #161: DEUTSCHE BANK AG, NY BRANCH | Superseded | $29,675,328.93 | (Accept) |
| #165: UBS AC/UBS LOAN FINANCE LLC | Faxed | $17,792,634.80 | (Accept) |
| #166: THESEUS EUROPEAN CLO S.A. | Late | $2,197,960.01 | (Accept) |
| #167: PETRUSSE EUROPEAN CLO S.A. | Late | $2,197,960.01 | (Accept) |
| #168: ALZETTE EUROPEAN CLO S.A. | Late | $2,197,960.00 | (Accept) |
| #169: KING'S CROSS ASSET FUNDING 3 SARL | Late | $12,444,311.19 | (Accept) |
| #170: ECO MASTER FUND LIMITED | Late | $25,826,080.83 | (Accept) |
| #171: JAMES D JOHNSON | Late | $79,480.00 | (Accept) |
| #172: ENVIRODYNE TECHNOLOGIES MONLAN GRO | Late | $155.00 | (Accept) |
| #173: DELL FINANCIAL SERVICES | Late | $32,745.67 | (Reject) |
| #174: PATSY ELLEN KEMP | Late | $67,200.00 | (Accept) |
| #175: JIMME FAYNE KEMP | Late | $249,600.00 | (Accept) |
| #176: ESTATE OF RUSSELL LEE LESTER & RUSSEL | Late | $925,000.00 | (Accept) |
| #177: KING'S CROSS ASSET FUNDING 42 SARL | Late | $2,637,551.75 | (Accept) |
| **Total for Class  9** | | $115,192,168.20 | |