IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
HAYES LEMMERZ INTERNATIONAL,                            :    Case No. 09-11655 (MFW)
INC., et al.,¹                                          :
                                                        :
        Debtors.                                        :    Jointly Administered
                                                        :
                                                        :    Sale Hrg. Date: 10/29/09 at 9:30 am ET
                                                        :    Related to Docket Nos. 586, 644, 667, 668,
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x    700, 703, 768, 782
```

**NOTICE OF SUCCESSFUL BIDDER AND OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES IN CONNECTION WITH SALE OF ASSETS OF HAYES LEMMERZ INTERNATIONAL – LAREDO, INC.**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   1.   In accordance with **Order Pursuant to 11 U.S.C. §§ 105(A), 363, 365 and Fed. R. Bankr. P. 2002, 6004, 6006 (A) Establishing Bidding and Auction Procedures Related to the Sale of Substantially All of the Assets of Hayes Lemmerz International – Laredo, Inc.; (B) Approving Expense Reimbursement Claim; (C) Scheduling an Auction and Sale Hearing; (D) Permitting Credit Bidding Pursuant to Bankruptcy Code Section 363; (E) Establishing Certain Notice Procedures for Assumption and Assignment of Executory Contracts and Unexpired Leases; (F) Approving Form and Manner of Notice of All Procedures, Protections, Schedules and Agreements; and (G) Granting Certain Related Relief** (the "Bidding Procedures Order") (Docket No. 644) entered by the United States

---

[1] The following of Hayes' U.S. subsidiaries and affiliates (including the last four digits of their respective taxpayer identification numbers) have filed petitions for relief under chapter 11 concurrently with Hayes (2578) and have obtained joint administration therewith: Hayes Lemmerz Finance LLC (7731), Hayes Lemmerz International Import, Inc. (1655), Hayes Lemmerz International - California, Inc. (2337), Hayes Lemmerz International - Commercial Highway, Inc. (7674), Hayes Lemmerz International - Georgia, Inc. (6122), Hayes Lemmerz International - Howell, Inc. (9246), Hayes Lemmerz International - Huntington, Inc. (0825), Hayes Lemmerz International - Kentucky, Inc. (8246), Hayes Lemmerz International - Laredo, Inc. (8656), Hayes Lemmerz International - New York, Inc. (9278), Hayes Lemmerz International - Sedalia, Inc. (7670), Hayes Lemmerz International - Technical Center, Inc. (7519), Hayes Lemmerz International - Wabash, Inc. (0301), HLI Brakes Holding Company, Inc. (2575), HLI Commercial Highway Holding Company, Inc. (2828), HLI Netherlands Holdings, Inc. (0015), HLI Operating Company, Inc. (7742), HLI Parent Company, Inc. (7832), HLI Powertrain Holding Company, Inc. (8269), HLI Realty, Inc. (1885), HLI Services Holding Company, Inc. (7840), HLI Suspension Holding Company, Inc. (0061), and HLI Wheels Holding Company, Inc. (7882) (collectively with Hayes, the "U.S. Debtors").  With the exception of Hayes Lemmerz Finance LLC - Luxembourg S.C.A. (Luxembourg: 0646; USA: 7731) (the "Non-U.S. Debtor"), none of the foreign affiliates or subsidiaries of Hayes are Debtors in these chapter 11 cases.  The mailing address for each of the U.S. Debtors is 15300 Centennial Drive, Northville, Michigan 48168.

Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on September 22, 2009, the above captioned debtors and debtors in possession (collectively, the "Debtors") are selling substantially all the tangible and intangible assets of Hayes Lemmerz International – Laredo, Inc. ("HLI - Laredo") and certain assets of HLI Operating Company, Inc. and Hayes Lemmerz International – Technical Center, Inc. (the "Affiliates") (collectively, the "Acquired Assets") pursuant to the bidding and auction procedures (the "Bidding Procedures") approved as part of the Bidding Procedures Order. Capitalized terms not otherwise defined in this notice shall have the meaning given to them in the Bidding Procedures and Bidding Procedures Order.

2. In accordance with the Bidding Procedures Order, the Debtors have accepted the bid of Harvey Holdings LLC and Harvey Industries, LLC (together, "Harvey" and the "Successful Bidder") for the purchase of the Acquired Assets. The terms of the bid are set forth in the Asset Purchase Agreement By and Among Harvey and Hayes Lemmerz International-Laredo, Inc. (the "HLI – Laredo APA") substantially in the form attached hereto (but excluding any schedules or exhibits) as Exhibit A.

3. At the Sale Hearing to be held at 9:30 a.m. (prevailing Eastern time) on October 29, 2009, before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, DE 19801, the Debtors will seek entry of an order (the "Sale Order") (i) approving the Sale of the Acquired Assets to Harvey, and (ii) pursuant to the terms of the HLI – Laredo APA and the Sale Order, authorizing the assumption and assignment of previously identified executory contracts and unexpired leases.

4. Copies of the Bidding Procedures Order, Bidding Procedures, and other related Sale pleadings can be obtained on the Court's website at www.deb.uscourts.gov by registered users of the Bankruptcy Court's case filing system or the Debtors' restructuring website at www.hayeslemmerzreorg.com or from counsel for the Debtors as set forth below.

Dated:    Wilmington, Delaware
           October 27, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Kimberly A. LaMaina*
Anthony W. Clark (I.D. No. 2051)
Kimberly A. LaMaina (I.D. No. 4568)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

- and -

J. Eric Ivester
Stephen D. Williamson
Bennett S. Silverberg (New York Office)
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 407-0700

Counsel for Debtors and
  Debtors-in-Possession