IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - x
                              :
 In re:                       :   Chapter 11
                              :
HAYES LEMMERZ INTERNATIONAL,  :   Case No. 09-11655 (MFW)
INC., et al.,[1]              :
                              :
        Debtors.              :   Jointly Administered
                              :
- - - - - - - - - - - - - - - x   Related Dkt. Nos. 654 and 811
```

**NOTICE OF FURTHER MODIFICATION TO EXHIBIT J TO FIRST AMENDED
JOINT PLAN OF REORGANIZATION OF HAYES LEMMERZ INTERNATIONAL,
INC. AND ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION**

PLEASE TAKE NOTICE that on September 2, 2009, the above

captioned debtors and debtors-in-possession (collectively, the

"Debtors") filed the **Disclosure Statement With Respect to the**

**First Amended Joint Plan of Reorganization of Hayes Lemmerz**

---

[1]  The following of Hayes' U.S. subsidiaries and affiliates (including the last four digits of their respective taxpayer identification numbers) have filed petitions for relief under chapter 11 concurrently with Hayes (2578) and have obtained joint administration therewith: Hayes Lemmerz Finance LLC (7731), Hayes Lemmerz International Import, Inc. (1655), Hayes Lemmerz International - California, Inc. (2337), Hayes Lemmerz International - Commercial Highway, Inc. (7674), Hayes Lemmerz International - Georgia, Inc. (6122), Hayes Lemmerz International - Howell, Inc. (9246), Hayes Lemmerz International - Huntington, Inc. (0825), Hayes Lemmerz International - Kentucky, Inc. (8246), Hayes Lemmerz International - Laredo, Inc. (8656), Hayes Lemmerz International - New York, Inc. (9278), Hayes Lemmerz International - Sedalia, Inc. (7670), Hayes Lemmerz International - Technical Center, Inc. (7519), Hayes Lemmerz International - Wabash, Inc. (0301), HLI Brakes Holding Company, Inc. (2575), HLI Commercial Highway Holding Company, Inc. (2828), HLI Netherlands Holdings, Inc. (0015), HLI Operating Company, Inc. (7742), HLI Parent Company, Inc. (7832), HLI Powertrain Holding Company, Inc. (8269), HLI Realty, Inc. (1885), HLI Services Holding Company, Inc. (7840), HLI Suspension Holding Company, Inc. (0061), and HLI Wheels Holding Company, Inc. (7882) (collectively with Hayes, the "U.S. Debtors").  With the exception of Hayes Lemmerz Finance LLC - Luxembourg S.C.A. (Luxembourg: 0646; USA: 7731) (the "Non-U.S. Debtor"), none of the foreign affiliates or subsidiaries of Hayes are Debtors in these chapter 11 cases.  The mailing address for each of the U.S. Debtors is 15300 Centennial Drive, Northville, Michigan 48168.

**International, Inc. and its Affiliated Debtors and Debtors-in-Possession** (the "Disclosure Statement") (Docket No. 539).  The Debtors' proposed **First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession** (the "Plan") is attached as Appendix A to the Disclosure Statement.[2]

PLEASE TAKE FURTHER NOTICE that on September 26, 2009, the Debtors filed the **Notice of Filing of Exhibits to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession** (Docket No. 654).

PLEASE TAKE FURTHER NOTICE THAT on October 29, 2009 the Debtors filed the **Notice of Filing of Modified and New Exhibits to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-In-Possession** (Docket No. 811) (the "Amended Exhibit Notice").

PLEASE TAKE FURTHER NOTICE THAT since filing the Amended Exhibit Notice, the Debtors have further modified Exhibit J to the Plan, the Schedule of Rejected Contracts and Leases.  A blackline showing the further modification to Exhibit J is attached hereto as Exhibit A.

---

[2]  Capitalized terms not defined herein have the meanings set forth in the Plan.

PLEASE TAKE FURTHER NOTICE that copies of the further modified Exhibit J can be obtained on the Court's website at www.deb.uscourts.gov by registered users of the Bankruptcy Court's case filing system or the Debtors' restructuring website at www.hayeslemmerzreorg.com or from counsel for the Debtors as set forth below.

Dated: Wilmington, Delaware
       November 2, 2009

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/  *Kimberly A. LaMaina*
    Anthony W. Clark (I.D. No. 2051)
    Kimberly A. LaMaina (I.D. No. 4568)
    One Rodney Square
    P.O. Box 636
    Wilmington, DE 19899
    (302) 651-3000

    - and -

    J. Eric Ivester
    Stephen D. Williamson
    Bennett S. Silverberg (New York Office)
    155 North Wacker Drive, Suite 2700
    Chicago, Illinois 60606
    (312) 407-0700
Counsel for Debtors and
    Debtors-in-Possession

3

4

## EXHIBIT A

## BLACKLINE OF FURTHER MODIFIED EXHIBIT J

774962-Chicago Server 2A - MSW

PLAN EXHIBIT J

**Hayes Lemmerz International, Inc. et al**
**Amended Schedule of Rejected Contracts and Leases**

| Counterparty(ies) | Description of Contract(s) |
|---|---|
| Brembo North America, Inc., Hayes Lemmerz International – Homer, Inc. Hayes Lemmerz International – Frenos S.A. de C.V. Brembo S.p.A.[1] | Stock Purchase Agreement by and among Brembo North America, Inc. and HLI Brakes Holding Company, Inc., dated as of November 9, 2007. |
| | Transition Services Agreement dated November 9, 2007, by and among Brembo North America, Inc. and its subsidiaries Hayes Lemmerz International – Homer, Inc. and Hayes Lemmerz International – Frenos S.A. de C.V. and HLI Operating Company, Inc. |
| Daniel D. Minor Todd G. Carlson Hayes Lemmerz International – Equipment and Engineering, Inc. | Stock Purchase Agreement dated June 30, 2005, by and among Daniel D. Minor, Todd G. Carlson, Hayes Lemmerz International – Equipment and Engineering, Inc. and HLI Services Holding Company, Inc. |
| Diversified Machine, Inc., Hayes Lemmerz International – Bristol, Inc. Hayes Lemmerz International – Montague, Inc.[2] | Stock Purchase Agreement dated as of February 1, 2007, by and among Diversified Machine, Inc., HLI Operating Company, Inc. and HLI Suspension Holding Company. |
| | ~~Transition Services Agreement by and among Hayes Lemmerz International – Bristol, Inc., Hayes Lemmerz International – Montague, Inc., HLI Operating Company, Inc. and HLI Suspension Holding Company, Inc.~~ |
| Harvey Industries LLC Harvey Property Management LLC Spacer Industries, Inc. | Asset Purchase Agreement dated as of July 3, 2007 by and among Harvey Industries LLC, Harvey Property Management LLC, Spacer Industries, LLC, Hayes Lemmerz International – Wabash, Inc. and HLI Operating Company, Inc. |
| | Transition Services Agreement dated July 3, 2007 by and among Harvey Industries LLC and HLI Operating Company, Inc. |
| Harvey Industries LLC | Equipment Lease Agreement dated 2008 between Hayes Lemmerz International – Laredo, Inc. and Harvey Industries LLC |
| Integrity Interactive, Inc. | Service Agreement dated February 7, 2005 and all Renewal Agreements thereto between Integrity Interactive Corporation and Hayes Lemmerz International, Inc. |

---

[1]   The Debtors do not reject, and in accordance with section 7.1 of the Plan of Reorganization, intend to assume (i) Lease Agreement dated November 9, 2007 by and between HLI Operating Company, Inc. and Brembo North America, Inc. and (ii) First Addendum to Lease Agreement dated July 31, 2008 and any and all subsequent addenda thereto.

[2]   The Debtors do not reject, and in accordance with section 7.1 of the Plan of Reorganization, intend to assume Escrow Agreement by and among Diversified Machine, Inc., HLI Operating Company, Inc. and HLI Suspension Holding Company, Inc.

---

[1]········DeltaView comparison of pcdocs://chisr02a/775231/7 and pcdocs://chisr02a/775231/8. Performed on 11/2/2009.

| | |
|---|---|
| Minor Investments, LLC<br>TRA Investments, LLC<br>AWB Investments, LLC<br>Whitebox Hedged High Yield/ Cadillac Cashing Acquisitions, LTD<br>Hayes Lemmerz International – Cadillac, Inc.[3] | Stock Purchase Agreement dated December 5, 2005, between Minor Investments, LLC, TRA Investments, LLC, AWB Investments, LLC, Whitebox Hedged High Yield/Cadillac Casting Acquisition, Ltd., Hayes Lemmerz International – Cadillac, Inc. and HLI Suspension Holding Company, Inc. |
| | Transition Services Agreement dated December 5, 2005 by and among Hayes Lemmerz International – Cadillac, Inc. and HLI Operating Company, Inc. |
| OCE Imagistics, Inc. | Printer/plotter lease |
| Precision Partners Holding Company<br>Hayes Lemmerz International – Mexico, Inc.<br>Hayes Lemmerz International – Hub and Drum, Inc.<br>Hayes Lemmerz Mexico, S.A. de C.V. | Stock Purchase Agreement dated October 14, 2005, by and among Precision Partners Holding Company, HLI Operating Company, Inc., HLI Commercial Highway Holding Company, Inc. and Hayes Lemmerz International – Commercial Highway, Inc. |
| | Transition Services Agreement by and among Hayes Lemmerz International – Mexico, Inc., Hayes Lemmerz International – Hub and Drum, Inc., Hayes Lemmerz Mexico, S.A. de C.V and HLI Operating Company, Inc. |
| Rudeveca | Asset Purchase Agreement |
| Shareholder.com | Subscriber Agreement dated November 29, 2008. |
| Hayes Brake Controller Company, LLC<br>Syncro Corporation | Asset Purchase Agreement dated October 17, 2005 by and among Hayes Brake Controller Company, LLC and Hayes Lemmerz International – Commercial Highway, Inc. |
| TDS (Germany) | Remote Service Management (SAP) |
| Tetra Financial Group | Letter of intent for sale and leaseback of buildings and equipment, Sedalia, MO facility dated January 21, 2009. |
| Tetra Financial Group | Letter of intent for sale and leaseback of buildings and equipment, Sedalia, MO facility dated February 9, 2009. |
| Thomson Financial, LLC | Client Agreement Number 00003963.0 and all addenda thereto. |

---

[3]    The Debtors do not reject, and in accordance with section 7.1 of the Plan of Reorganization, intend to assume the Supply and Purchase Agreement dated December 5, 2005 by and between Hayes Lemmerz International – Southfield,  Inc., Hayes Lemmerz International – Montague, Inc., Hayes Lemmerz International – Wabash, Inc, Hayes Lemmerz International – Laredo, Inc. and Hayes Lemmerz International – Cadillac, Inc.

2    DeltaView comparison of pcdocs://chisr02a/775231/7 and pcdocs://chisr02a/775231/8. Performed on 11/2/2009.

Document comparison done by DeltaView on Monday, November 02, 2009 6:25:30 PM

| Input: | |
|---|---|
| Document 1 | pcdocs://chisr02a/775231/7 |
| Document 2 | pcdocs://chisr02a/775231/8 |
| Rendering set | Option 3a strikethrough double score no moves |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| <Moved from > | |
| >Moved to < | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 0 |
| Deletions | 1 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 1 |

3    DeltaView comparison of pcdocs://chisr02a/775231/7 and pcdocs://chisr02a/775231/8. Performed on 11/2/2009.