IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - -x
                                :
In re:                          : Chapter 11
                                :
HAYES LEMMERZ INTERNATIONAL,    : Case No. 09-11655 (MFW)
INC., et al.,¹                  :
                                :
              Debtors.          : Jointly Administered
                                :
- - - - - - - - - - - - - - - -:
```

**NOTICE OF <u>SECOND AMENDED</u> AGENDA² OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 3, 2009 AT 10:00 A.M.**

**\*\* HEARING UNCONTESTED \*\***

Set forth below are the matters scheduled to be heard before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street,

---

[1] The following of Hayes' U.S. subsidiaries and affiliates (including the last four digits of their respective taxpayer identification numbers) have filed petitions for relief under chapter 11 concurrently with Hayes (2578) and have obtained joint administration therewith: Hayes Lemmerz Finance LLC (7731), Hayes Lemmerz International Import, Inc. (1655), Hayes Lemmerz International - California, Inc. (2337), Hayes Lemmerz International - Commercial Highway, Inc. (7674), Hayes Lemmerz International - Georgia, Inc. (6122), Hayes Lemmerz International - Howell, Inc. (9246), Hayes Lemmerz International - Huntington, Inc. (0825), Hayes Lemmerz International - Kentucky, Inc. (8246), Hayes Lemmerz International - Laredo, Inc. (8656), Hayes Lemmerz International - New York, Inc. (9278), Hayes Lemmerz International - Sedalia, Inc. (7670), Hayes Lemmerz International - Technical Center, Inc. (7519), Hayes Lemmerz International - Wabash, Inc. (0301), HLI Brakes Holding Company, Inc. (2575), HLI Commercial Highway Holding Company, Inc. (2828), HLI Netherlands Holdings, Inc. (0015), HLI Operating Company, Inc. (7742), HLI Parent Company, Inc. (7832), HLI Powertrain Holding Company, Inc. (8269), HLI Realty, Inc. (1885), HLI Services Holding Company, Inc. (7840), HLI Suspension Holding Company, Inc. (0061), and HLI Wheels Holding Company, Inc. (7882) (collectively with Hayes, the "<u>U.S. Debtors</u>"). With the exception of Hayes Lemmerz Finance LLC - Luxembourg S.C.A. (Luxembourg: 0646; USA: 7731) (the "<u>Non-U.S. Debtor</u>"), none of the foreign affiliates or subsidiaries of Hayes are Debtors in these chapter 11 cases. The mailing address for each of the U.S. Debtors is 15300 Centennial Drive, Northville, Michigan, 48168.

[2] **Amended matters are noted in bold.**

5th Floor, Courtroom #4, Wilmington, Delaware on
November 3, 2009 beginning at 10:00 a.m. Eastern Time.

**I.   MATTER GOING FORWARD**

1.  First Amended Joint Plan of Reorganization of Hayes
    Lemmerz International, Inc. and Its Affiliated
    Debtors and Debtors-in-Possession (Docket No. 539)
    (Date Filed: 9/2/09)

    Related
    Documents:

    a.  Notice of Filing of Solicitation Version of
        Disclosure Statement with Respect to First
        Amended Joint Plan of Reorganization of Hayes
        Lemmerz International, Inc. and Its Affiliated
        Debtors and Debtors-In-Possession (Docket No.
        583)(Date Filed: 9/11/09)

    b.  Notice of (1) Approval of Disclosure Statement;
        (2) Hearing on Confirmation of Plan; (3)
        Deadline and Procedures for Filing Objections
        to Confirmation of Plan; (4) Record Date; and
        (5) Voting Deadline for Receipt of Ballots
        (Docket No. 584) (Date Filed: 9/11/09)

    c.  Notice of Filing of Exhibits to the First
        Amended Joint Plan of Reorganization of Hayes
        Lemmerz International, Inc. and Its Affiliated
        Debtors and Debtors-in-Possession (Docket No.
        654) (Date Filed: 9/26/09)

    d.  Notice of Deposition Duces Tecum of Lazard
        Freres & Co., LLC's Designated Individual, by
        Mercator CLO III Ltd. (Docket No. 675)(Date
        Filed: 10/6/09)

    e.  Notice of Service of Debtors' Objections and
        Responses to Mercator CLO III Limited's Notice
        of Deposition Duces Tecum (Docket No. 684)(Date
        Filed: 10/8/09)

f.  Notice of Service of Debtors' First Set Of Requests For Production Of Documents Directed To Mercator CLO III Limited And Notice Of Taking Depositions (Docket No. 686)(Date Filed: 10/8/09)

g.  Declaration of Jeffrey S. Stein of the Garden City Group, Inc. Certifying the Methodology for the Tabulation of Votes with Respect to The First Amended Joint Plan Of Reorganization Of Hayes Lemmerz International, Inc. And Its Affiliated Debtors And Debtors-In-Possession (Docket No. 687)(Date Filed: 10/8/09)

h.  Declaration of Jane Sullivan Of Financial Balloting Group LLC With Respect To The Tabulation Of Votes On The First Amended Joint Plan Of Reorganization Of Hayes Lemmerz International, Inc. And Its Affiliated Debtors And Debtors-In-Possession (Docket No. 688)(Date Filed: 10/8/09)

i.  Notice of Service of Mercator CLO III Limited's Responses and Objections to Debtors' First Set of Requests for Production of Documents (Docket No. 701)(Date Filed: 10/12/09)

j.  Certification of Counsel in Support of Order Approving Stipulation Among Debtors and General Electric Capital Corporation with Respect to Assumption of Equipment Lease (Docket No. 702)(Date Filed: 10/12/09)

k.  Notice of Adjournment of Hearing on Confirmation of Debtors' Proposed First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-In-Possession (Docket No. 721)(Date Filed: 10/14/09)

l.  Notice of Adjournment of Hearing on Confirmation of Debtors' Proposed First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors

and Debtors-In-Possession (Docket No. 757)(Date Filed: 10/20/09)

m. Amended Declaration of Jeffrey S. Stein of the Garden City Group, Inc. Certifying the Methodology for the Tabulation of Votes with Respect to The First Amended Joint Plan Of Reorganization Of Hayes Lemmerz International, Inc. And Its Affiliated Debtors And Debtors-In-Possession (Docket No. 780)(Date Filed: 10/23/09)

n. Certification of Counsel in Support of Order Approving Agreement Among Hayes Lemmerz International, Inc. and Verizon Business Global LLC (Docket No. 791)(Date Filed: 10/27/09)

o. Notice of Service of Amended Mercator CLO III Limited's Responses and Objections to Debtors' First Set of Requests for Production of Documents (Docket No. 802)(Date Filed: 10/29/09)

p. Notice of Adjournment of Hearing on Confirmation of Debtors' Proposed First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-In-Possession (Docket No. 807)(Date Filed: 10/29/09)

q. Notice of Filing of Modified and New Exhibits to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and Its Affiliated Debtors and Debtors-In-Possession (Docket No. 811)(Date Filed: 10/29/09)

r. Notice of Filing Proposed Findings of Fact, Conclusions of Law and Order Confirming The First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and Its Affiliated Debtors and Debtors-In-Possession (Docket No. 814) (Date Filed: 10/30/09)

s.  **Notice of Further Modification to Exhibit J to First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and Its Affiliated Debtors and Debtors-In-Possession (Docket No. 823) (Filed: 11/2/09)**

t.  **Notice of Filing of Plan Confirmation Presentation with Respect to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and Its Affiliated Debtors and Debtors-In-Possession and Proposed Modifications Thereto (Docket No. 824) (Filed: 11/2/09)**

u.  **Notice of Filing Final or Substantially Final Proposed Form of Settlement Stipulation by and among Debtors, DIP Agent, Mercator CLO III Limited and New Amsterdam Capital Management LLP Resolving Objection to Confirmation and Any and All Claims (Docket No. 825) (Filed: 11/2/09)**

v.  **Notice of Filing Revised Proposed Findings of Fact, Conclusions of Law and Order Confirming The First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and Its Affiliated Debtors and Debtors-In-Possession (Docket No. 826) (Date Filed: 11/3/09)**

Response
Deadline:   October 6, 2009 at 4:00 p.m., extended until October 16, 2009 at 5:00 p.m. for Pension Benefit Guaranty Corporation. The reply deadline was extended until October 19, 2009 at 4:00 p.m.

Responses Filed:

a.  Verizon Business Global LLC's Objection to Cure Amount (Docket No. 652)(Date Filed: 9/25/09)

b.  CaremarkPCS Health, L.P.'s Objection to the Plan Solely as it Related to the Cure Claim for

5

Assumption of its Executory Contract (Docket No. 669)(Date Filed: 10/6/09)

c. Oracle's Opposition to Notice of Cure Amount with Respect to Executory Contract or Unexpired Lease to be Assumed Pursuant to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession ("Opposition") (Docket No. 670)(Date Filed: 10/6/09)

d. Limited Objection of Ace Group of Companies to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession (Docket No. 671)(Date Filed: 10/6/09)

e. Diversified Machine, Inc.'s Objection to Confirmation of the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession (Docket No. 673)(Date Filed: 10/6/09)

f. Objection of Mercator CLO III Limited to First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession (Docket No. 674)(Date Filed: 10/6/09)

g. Liberty Mutual Insurance Company's Joinder in the Objection of The Ace Group of Companies to the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession (Docket No. 718)(Date Filed: 10/14/09)

h. Statement of Deutsche Bank AG, New York Branch, as DIP Administrative Agent, (I) In Support of Confirmation of Debtors' First Amended Joint Plan of Reorganization, and (II) In Response to Objection of Mercator CLO III Limited (Docket No. 722)(Date Filed: 10/14/09)

i.  Declaration of Abhilash M. Raval in Support of Statement of Deutsche Bank AG, New York Branch, as DIP Administrative Agent, (I) In Support of Confirmation of Debtors' First Amended Joint Plan of Reorganization, and (II) In Response to Objection of Mercator CLO III Limited (Docket No. 723)(Date Filed: 10/14/09)

j.  Debtors' Memorandum of Law (I) In Support of Confirmation of the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-In-Possession and (II) in Response to Objections Thereto (Docket No. 742)(Date Filed: 10/19/09)

k.  Official Committee of Unsecured Creditors Statement in Support of Confirmation of First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession (Docket No. 744)(Date Filed: 10/20/09)

l.  Supplemental Statement of Deutsche Bank AG, New York Branch, as DIP Administrative Agent, (I) In Support of Confirmation of Debtors' First Amended Joint Plan of Reorganization, and (II) In Response to Objection of Mercator CLO III Limited (Docket No. 779)(Date Filed: 10/23/09)

m.  Supplemental Statement Of Debtors (I) In Support Of Confirmation Of The First Amended Joint Plan Of Reorganization of Hayes Lemmerz International, Inc. And Its Affiliated Debtors And Debtors-In-Possession And (II) In Response To Objection Of Mercator CLO III Limited (Docket No. 786)(Date Filed: 10/27/09)

n.  Declaration of Kevin Carmody, Chief Restructuring Officer of the Debtors, In Support of Confirmation of First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and Its Affiliated Debtors and Debtors-In-Possession (Docket No. 809)(Date Filed: 10/29/09)

7

o.  Declaration of Eric R. Mendelsohn In Support of Confirmation of First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and Its Affiliated Debtors and Debtors-In-Possession (Docket No. 810)(Date Filed: 10/29/09)

Status: This matter is going forward.  A proposed stipulation has been filed under Certification of Counsel resolving the objection of Verizon Business Global LLC.  The Debtors believe that the objections filed by Caremark, Ace Group of Companies, Liberty Mutual are resolved pursuant to agreements that the Debtors will announce at the hearing.  The objection of Oracle which deals with contract assumption issues has not been resolved and Oracle has agreed to continue their objection until the November 19, 2009 omnibus hearing at 9:30 a.m. (Eastern) so the parties may conduct settlement negotiations.  The Mercator objection is resolved pursuant to an agreement in principle among the parties, subject to negotiation of a settlement stipulation to be filed with the Court before or at the hearing. **The DMI objection is resolved pursuant to language set forth in the revised proposed confirmation order.**

Dated:      Wilmington, Delaware
            November 3, 2009

                */s/ Kimberly A. LaMaina*
                Anthony W. Clark (I.D. No. 2051)
                Kimberly A. LaMaina (I.D. No. 4568)
                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                One Rodney Square
                P.O. Box 636
                Wilmington, Delaware 19899-0636
                (302) 651-3000

                -and-

                J. Eric Ivester
                Stephen D. Williamson
                Bennett S. Silverberg (New York Office)
                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                155 N. Wacker Drive, Suite 2700
                Chicago, Illinois 60606-1720
                (312) 407-0700

                Counsel for Debtors and
                   Debtors in Possession