```
          IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
HAYES LEMMERZ INTERNATIONAL,  :   Case No. 09-11655 (MFW)
INC., et al.,¹                :
                              :
             Debtors.         :   Jointly Administered
                              :
- - - - - - - - - - - - - - - x
```

**CERTIFICATION OF COUNSEL ATTACHING FINAL FORM OF PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING THE MODIFIED FIRST AMENDED JOINT PLAN OF REORGANIZATION OF HAYES LEMMERZ INTERNATIONAL, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, DATED NOVEMBER 3, 2009**

---

[1] The following of Hayes' U.S. subsidiaries and affiliates (including the last four digits of their respective taxpayer identification numbers) have filed petitions for relief under chapter 11 concurrently with Hayes (2578) and have obtained joint administration therewith: Hayes Lemmerz Finance LLC (7731), Hayes Lemmerz International Import, Inc. (1655), Hayes Lemmerz International - California, Inc. (2337), Hayes Lemmerz International - Commercial Highway, Inc. (7674), Hayes Lemmerz International - Georgia, Inc. (6122), Hayes Lemmerz International - Howell, Inc. (9246), Hayes Lemmerz International - Huntington, Inc. (0825), Hayes Lemmerz International - Kentucky, Inc. (8246), Hayes Lemmerz International - Laredo, Inc. (8656), Hayes Lemmerz International - New York, Inc. (9278), Hayes Lemmerz International - Sedalia, Inc. (7670), Hayes Lemmerz International - Technical Center, Inc. (7519), Hayes Lemmerz International - Wabash, Inc. (0301), HLI Brakes Holding Company, Inc. (2575), HLI Commercial Highway Holding Company, Inc. (2828), HLI Netherlands Holdings, Inc. (0015), HLI Operating Company, Inc. (7742), HLI Parent Company, Inc. (7832), HLI Powertrain Holding Company, Inc. (8269), HLI Realty, Inc. (1885), HLI Services Holding Company, Inc. (7840), HLI Suspension Holding Company, Inc. (0061), and HLI Wheels Holding Company, Inc. (7882) (collectively with Hayes, the "U.S. Debtors"). With the exception of Hayes Lemmerz Finance LLC - Luxembourg S.C.A. (Luxembourg: 0646; USA: 7731) (the "Non-U.S. Debtor"), none of the foreign affiliates or subsidiaries of Hayes are Debtors in these chapter 11 cases. The mailing address for each of the U.S. Debtors is 15300 Centennial Drive, Northville, Michigan, 48168.

The undersigned counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies as follows:

On November 3, 2009, the United States Bankruptcy Court for the District of Delaware (the "Court") held a hearing (the "Confirmation Hearing") to consider confirmation of the First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession (the "Plan").  Prior to the Confirmation Hearing, the Debtors filed with the Court a proposed form of confirmation order and revisions thereto (the "Proposed Confirmation Order"), as well as various modifications to the Plan (the "Proposed Modifications"), on October 30, 2009 and November 3, 2009.  At the Confirmation Hearing, the Debtors submitted to the Court and described on the record additional revisions to the Proposed Confirmation Order and Modifications to the Plan.

Attached hereto as Exhibit 1 is the proposed **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING THE MODIFIED FIRST AMENDED JOINT PLAN OF REORGANIZATION OF HAYES LEMMERZ INTERNATIONAL, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, DATED NOVEMBER 3, 2009** (the "Final Proposed Confirmation Order"), which includes and incorporates all of the revisions to the Proposed Confirmation Order filed with the Court prior to the Confirmation Hearing and submitted to the Court or

described on the record at the Confirmation Hearing, and includes as Exhibit A attached thereto **THE MODIFIED FIRST AMENDED JOINT PLAN OF REORGANIZATION OF HAYES LEMMERZ INTERNATIONAL, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, DATED NOVEMBER 3, 2009** (the "Modified First Amended Plan"), which includes and incorporates all of the Modifications filed with the Court prior to the Confirmation Hearing and submitted to the Court or described on the record at the Confirmation Hearing. The Debtors respectfully request that the Court enter the Final Proposed Confirmation Order approving and confirming the Modified First Amended Plan.

Dated: Wilmington, Delaware
November 3, 2009

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

By: */s/ Kimberly A. LaMaina*
    Anthony W. Clark (I.D. No. 2051)
    Kimberly A. LaMaina (I.D. No. 4568)
    One Rodney Square
    P.O. Box 636
    Wilmington, DE 19899
    (302) 651-3000

    - and -

    J. Eric Ivester
    Stephen D. Williamson
    Bennett S. Silverberg (New York Office)
    155 North Wacker Drive, Suite 2700
    Chicago, Illinois 60606
    (312) 407-0700
    Counsel for Debtors and
    Debtors-in-Possession