

**CITY OF GAINESVILLE**

OFFICE OF
FINANCIAL SERVICES
AND
INFORMATION
TECHNOLOGIES

Post Office Box 2496

Gainesville, Georgia 30503-2496

Telephone: 770.535.6898

Fax: 770.535.5636

Web Site: www.gainesville.org

December 11, 2009

FILED

2009 DEC 21 AM 10: 46

RE: Hayes Lemmerz International Inc

Attention Bankruptcy Court,

09- 11655 MFW

As of the above date, we show that all outstanding debts made by Hayes Lemmerz have been paid in full.

We are requesting that you withdraw the claim filed by the City of Gainesville, in the amount of $142,623.06. The claim was filed with your court on June 22, 2009.

Thank you for your assistance.

Dee Dee Stephens
Tax Coordinator
City of Gainesville, GA