# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* ) | |
| ) | Chapter 11 |
| HAYES LEMMERZ INTERNATIONAL, ) | |
| INC, ) | Case No. 09-11655 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District Court Rule 83.5, Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of Steven B. Smith, Esquire of Dechert LLP to represent Solus Alternative Asset Management LP in the above-captioned matter.

Dated: December 16, 2009

**ASHBY & GEDDES, P.A.**

_____
William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Counsel to Solus Alternative Asset Management LP, on behalf of certain managed funds*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: December 23, 2009

_____
The Honorable Mary F. Walrath
United States Bankruptcy Court Judge

{00363349;v1}

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and the Bar of the State of New York, the United States District Court for the District of New Jersey and the United States District Court for the Southern District of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the United States District Court for the District of Delaware.

*/s/ Steven B. Smith*
Steven B. Smith
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
steven.smith@dechert.com

{00363349;v1}