IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - x
                              :
In re:                        : Chapter 11
                              :
HAYES LEMMERZ INTERNATIONAL,  : Case No. 09-11655 (MFW)
INC., et al.,[1]              :
                              :
        Debtors.              : Jointly Administered
                              :
- - - - - - - - - - - - - - - x  **Related to Docket No. 952**

**CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MONTHLY APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2009, THROUGH AND INCLUDING NOVEMBER 30, 2009**

The undersigned hereby certifies that she has received no formal or informal objection or response to the **Seventh Monthly Application of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as**

---

[1] The following U.S. subsidiaries and affiliates of Hayes (including the last four digits of their respective taxpayer identification numbers) have consummated the Plan concurrently with Hayes (2578): Hayes Lemmerz Finance LLC (7731), Hayes Lemmerz International Import, Inc. (1655), Hayes Lemmerz International - California, Inc. (2337), Hayes Lemmerz International - Commercial Highway, Inc. (7674), Hayes Lemmerz International - Georgia, Inc. (6122), Hayes Lemmerz International - Huntington, Inc. (0825), Hayes Lemmerz International - Kentucky, Inc. (8246), Hayes Lemmerz International - New York, Inc. (9278), Hayes Lemmerz International - Sedalia, Inc. (7670), Hayes Lemmerz International - Technical Center, Inc. (7519), Hayes Lemmerz International - Wabash, Inc. (0301), HLI Brakes Holding Company, Inc. (2575), HLI Commercial Highway Holding Company, Inc. (2828), HLI Netherlands Holdings, Inc. (0015), HLI Operating Company, Inc. (7742), HLI Parent Company, Inc. (7832), HLI Powertrain Holding Company, Inc. (8269), HLI Services Holding Company, Inc. (7840), HLI Suspension Holding Company, Inc. (0061), HLI Wheels Holding Company, Inc. (7882), and Hayes Lemmerz Finance LLC - Luxembourg S.C.A. (Luxembourg: 0646; USA: 7731) ("Hayes Luxembourg"). With the exception of Hayes Luxembourg, none of the foreign affiliates or subsidiaries of Hayes are Debtors in the Bankruptcy Cases. Hayes Lemmerz International - Howell, Inc. (9246), Hayes Lemmerz

*(cont'd)*

**Counsel to the Debtors for the Period from November 1, 2009, Through and Including November 30, 2009** (Docket No. 952) (the "Application"), filed by the Debtors on December 10, 2009.  The undersigned further certifies that she has reviewed the Court's docket and no formal objection to the Application appears thereon.  The notice of the Application set a deadline of December 30, 2009 at 4:00 p.m. (prevailing Eastern time) (the "Objection Deadline") for receipt of objections to the Application, and no extension of the Objection Deadline was granted.

---
*(cont'd from previous page)*
   International - Laredo, Inc. (8656), HLI Realty, Inc. (1885) are Debtors in the above-captioned Bankruptcy Cases, but are not included in the Plan.

In accordance with the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Chapter 11 Professionals (Docket No. 217), the Debtors are authorized to pay 80% of the fees requested in the Application, or $612,292.00, and 100% of the expenses requested in the Application, or $30,461.73.

Dated: Wilmington, Delaware
       January 4, 2010

                        SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP

By: */s/ Kimberly A. LaMaina*
Anthony W. Clark (I.D. No. 2051)
Kimberly A. LaMaina (I.D. No. 4568)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

- and -

J. Eric Ivester
Stephen D. Williamson
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 407-0700

Counsel for Debtors and
   Reorganized Debtors