IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - x
                              :
In re:                        :  Chapter 11
                              :
HAYES LEMMERZ INTERNATIONAL,  :  Case No. 09-11655 (MFW)
INC., et al.,[1]              :
                              :
          Debtors.            :  Jointly Administered
                              :
                              :  Related to Docket No. 173
- - - - - - - - - - - - - - - x
```

**NOTICE OF FILING OF AMENDMENTS TO SCHEDULES OF ASSETS AND
LIABILITIES FOR HLI OPERATING COMPANY, INC.**

PLEASE TAKE NOTICE THAT on June 9, 2009, HLI Operating

Company, Inc. (Case No. 09-11675 (MFW)) ("HLI OpCo," and

together with each of its affiliated debtors in the above

captioned post-confirmation proceedings the "Debtors") filed

---

[1]  The following U.S. subsidiaries and affiliates of Hayes (including the last four digits of their respective taxpayer identification numbers) have consummated the Plan concurrently with Hayes (2578): Hayes Lemmerz Finance LLC (7731), Hayes Lemmerz International Import, Inc. (1655), Hayes Lemmerz International - California, Inc. (2337), Hayes Lemmerz International - Commercial Highway, Inc. (7674), Hayes Lemmerz International - Georgia, Inc. (6122), Hayes Lemmerz International - Huntington, Inc. (0825), Hayes Lemmerz International - Kentucky, Inc. (8246), Hayes Lemmerz International - New York, Inc. (9278), Hayes Lemmerz International - Sedalia, Inc. (7670), Hayes Lemmerz International - Technical Center, Inc. (7519), Hayes Lemmerz International - Wabash, Inc. (0301), HLI Brakes Holding Company, Inc. (2575), HLI Commercial Highway Holding Company, Inc. (2828), HLI Netherlands Holdings, Inc. (0015), HLI Operating Company, Inc. (7742), HLI Parent Company, Inc. (7832), HLI Powertrain Holding Company, Inc. (8269), HLI Services Holding Company, Inc. (7840), HLI Suspension Holding Company, Inc. (0061), HLI Wheels Holding Company, Inc. (7882), and Hayes Lemmerz Finance LLC - Luxembourg S.C.A. (Luxembourg: 0646; USA: 7731) ("Hayes Luxembourg").  With the exception of Hayes Luxembourg, none of the foreign affiliates or subsidiaries of Hayes are debtors in the Bankruptcy Cases. Hayes Lemmerz International - Howell, Inc. (9246), Hayes Lemmerz International - Laredo, Inc. (8656), HLI Realty, Inc. (1885) are Debtors in the above-captioned Bankruptcy Cases, but are not included in the Modified First Amended Joint Plan Of Reorganization Of Hayes Lemmerz International, Inc. and Its Affiliated Debtors and Debtors-In-Possession, dated November 3, 2009, as Adjusted (the "Plan").

with the United States Bankruptcy Court for the District of Delaware (the "Court") its Schedule of Assets and Liabilities and Statement of Financial Affairs (Docket No. 173) (the "Schedules").

PLEASE TAKE FURTHER NOTICE THAT pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and the Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and Statements (the "Global Notes"), HLI OpCo hereby files certain amendments to Schedule F of the Schedules (the "Amended Schedule F"), which is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE THAT the Amended Schedule F modifies the claim amount of certain creditors as a result of payments made by the Debtors during the course of the chapter 11 cases that reduced the amount of such claims.  The Amended Schedule F sets forth the original scheduled claim (the "Original Claim") in the column labeled "Original Claim Amount." Amendments to the scheduled claims ("Amended Claims"), if any, are listed in the column labeled "Amended Claim Amount."

PLEASE TAKE FURTHER NOTICE THAT the information set forth in the Schedules is amended and superseded only to the extent of the Amended Claims set forth in the Amended Schedule F.

PLEASE TAKE FURTHER NOTICE THAT the Global Notes, which were filed along with the Schedules, are hereby incorporated by reference.

PLEASE TAKE FURTHER NOTICE THAT the Debtors will provide each creditor whose Original Claim is modified by an Amended Claim set forth in the Amended Schedule F (a "Claimant") with a personalized notice of the Amended Schedule F (the "Notice of Amendment to Scheduled Claim"), which specifically identifies the Claimant's Original Claim and Amended Claim set forth in the Amended Schedule F, as well as a copy of the Order Granting the Debtors' Motion for Order Under 11 U.S.C. §§ 105, 502 and 503 and Fed. R. Bankr. P. 2002, 3003(c)(3) and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof (Docket No. 202) (the "Bar Date Order") and a Proof of Claim Form.  Each Notice of Amendment to Scheduled Claim will be substantially in the form attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE THAT pursuant to Local Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Bar Date Order, Claimants who disagree with the amendment of their Original Claim as set forth in Amended Schedule F shall have twenty-five (25) days from the date of this notice (the "Amended Schedules Bar Date")

3

to file a proof of claim setting forth the amount and portions of its Original Claim that were reduced by the Amended Claim and which the Claimant asserts were not paid by the Debtors during the Chapter 11 Cases.  Any Claimant who fails to file such a proof of claim by the Amended Schedules Bar Date shall be limited to, and shall not be entitled to dispute the amount of, the Amended Claim.

PLEASE TAKE FURTHER NOTICE THAT the Debtors expressly reserve the right to dispute, or to assert offsets or defenses against, any claim listed in the Amended Schedule F as to nature, amount, liability, classification, or otherwise.  Nothing contained in this notice shall preclude the Debtors from objecting to any claims, whether scheduled or filed, on any and all grounds.

PLEASE TAKE FURTHER NOTICE THAT the Schedules and the Amended Schedule F are available for inspection at the Office of the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, 824 Market Street, 4th Floor, Wilmington, Delaware 19801, or by written request to the undersigned counsel for the Debtors.

Dated: Wilmington, Delaware
       May 5, 2010

                              SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP

                              By: */s/ Douglas D. Herrmann*
                                  Anthony W. Clark (I.D. No. 2051)
                                  Douglas D. Herrmann (I.D. No. 4872)
                                  One Rodney Square
                                  P.O. Box 636
                                  Wilmington, DE 19899
                                  (302) 651-3000
                                  - and -
                                  J. Eric Ivester
                                  Stephen D. Williamson
                                  Nora S. Tauke
                                  155 North Wacker Drive, Suite 2700
                                  Chicago, Illinois 60606
                                  (312) 407-0700

                              Counsel for Debtors and
                                  Reorganized Debtors

**EXHIBIT A**

<u>Amended Schedule F</u>

**UNITED STATES BANKRUPTCY COURT**

|  |  |
|---|---|
| **In re** | ) |
|  | ) |
| **Hayes Lemmerz International, Inc., et al.,** | ) |
|  | ) |
| **Debtors.** | ) |
|  | ) |

Chapter 11 Case No.

09-11655 (MFW)

(Jointly Administered)

**AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR**

**HLI Operating Company, Inc.**

**Case No: 09-11675 (MFW)**

## UNITED STATES BANKRUPTCY COURT

**In re: <u>HLI Operating Company, Inc.</u>**

Case No.     <u>09-11675 (MFW)</u>

Chapter     <u>11</u>

## *SUBJECT TO GLOBAL NOTES AND SPECIFIC NOTES TO THESE AMENDED SCHEDULES*

## SUMMARY OF AMENDED SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED YES / NO | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - REAL PROPERTY | YES | 2 | $18,446,460 | | |
| B - PERSONAL PROPERTY | YES | 14 | $21,572,017 | | |
| C - PROPERTY CLAIMED AS EXEMPT | NO | 0 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | YES | 3 | | $476,649,432 | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS (Total of claims on Schedule E) | YES | 4 | | Undetermined | |
| F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS | YES | 16 | | $180,913,782   * | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | YES | 18 | | | |
| H - CODEBTORS | YES | 5 | | | |
| I -CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| Total number of sheets of all Schedules | | 62 | | | |

**Total Assets >** $40,018,477

**Total Liabilities >** $657,563,214   *

**\* Includes Amended Amount**

1

# UNITED STATES BANKRUPTCY COURT

**HLI Operating Company, Inc.**

**Case Number:  09-11675 (MFW)**

### AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the filing of the petition.  Do not include claims listed in Schedule D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

 If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

 If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on the schedules in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C | U | D | TOTAL AMOUNT OF CLAIMS |
|---|---|---|---|---|---|---|
| See Exhibit F-1 immediately following Schedule F | | Unsecured Bond Debt | ☑ | ☑ | ☐ | $177,093,598 |
| See Exhibit F-2 immediately following Exhibit F-1 | | Trade Payables | ☐ | ☐ | ☐ | $2,429,281 * |
| See Exhibit F-3 immediately following Exhibit F-2 | | Retiree Obligations | ☐ | ☑ | ☐ | Unliquidated |
| See Exhibit F-4 immediately following Exhibit F-3 | | Employee Liabilities | ☐ | ☑ | ☐ | $1,390,903 |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |

**\* Includes Amended Amount**

<u>15</u>    total continuation sheets attached

**Total**          **$180,913,782**    \*

# UNITED STATES BANKRUPTCY COURT

**HLI Operating Company, Inc.**

**Case Number:  09-11675 (MFW)**

## SPECIFIC NOTES REGARDING AMENDED SCHEDULE F

### Creditors Holding Unsecured Nonpriority Claims

The Debtors have used reasonable best efforts to list all general unsecured claims against the Debtors on Schedule F based upon the Debtors' existing books and records.

Schedule F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves.  Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  Although commercially reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.

Schedule F contains information regarding potential and pending litigation involving the Debtors.  In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined.  To the extent that litigation involving a particular Debtor has been identified, however, such information is contained in the Schedule for that Debtor.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease.  In addition, Schedule F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Except in certain limited circumstances, the Debtor has not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule F.  Such guaranties are, instead, listed on Schedule G.

The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors.  The Debtors reserve all of their rights in respect of such credits or allowances.  The dollar amounts listed may be exclusive of contingent or unliquidated amounts.

Unless the Debtor were required to pay ancillary costs, such as freight, miscellaneous fees and taxes, such costs are not included in the liabilities scheduled, as such amounts do not represent actual liabilities of the Debtor.

# UNITED STATES BANKRUPTCY COURT

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-1**
**Unsecured Bond Debt**

| Creditor Name | Address | City, State & Zip | C | U | D | Total Claim |
|---|---|---|---|---|---|---|
| US BANK, AS INDENTURED TRUSTEE FOR 8.25% SENIOR NOTES (GUARANTEE) | 800 NICOLLET MALL | MINNEAPOLIS, MN 55402 | ✔ | ✔ | ☐ | $177,093,598 |
| | | | | | | $177,093,598 |

1

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-2**
**Trade Payables**

| Schedule ID | Creditor Name | Address | City, State & Zip | C | U | D | Original Claim Amount | Amended Claim Amount |
|---|---|---|---|---|---|---|---|---|
| F2-0002 | AARO WINDOW CLEANING CO. | 24643 HOOVER RD | WARREN, MI 48089 | ☐ | ☐ | ☐ | $11,524 | |
| F2-0004 | ACCOUNTEMPS | 12400 COLLECTIONS CENTER DR | CHICAGO, IL 60693 | ☐ | ☐ | ☐ | $5,204 | |
| F2-0005 | ACE USA | ONE BEAVER VALLEY ROAD | WILMINGTON, DE 19850 | ☐ | ☐ | ☐ | $269,375 | |
| F2-0008 | ADP | PO BOX 78415 | PHOENIX, AZ 85043 | ☐ | ☐ | ☐ | $7,817 | |
| F2-0022 | ALLECON STOCK ASSOCIATES LLC | 259000 WEST ELEVEN MILE, SUITE 140 | SOUTHFIELD, MI 48034 | ☐ | ☐ | ☐ | $1,167 | |
| F2-0028 | AMERICAN EXPRESS BANK, FSB | 4315 S. 2700 W. MCL 02-02-70 | SALT LAKE CITY, UT 84184 | ☐ | ☐ | ☐ | $79,057 | |
| F2-0037 | ANXEBUSINESS | DEPARTMENT 77007 PO BOX 77000 | DETROIT, MI 48277 | ☐ | ☐ | ☐ | $4,157 | |
| F2-0038 | APEC ELECTRIC CO. | 37420 TOWNHALL | HARRISON TWP, MI 48045 | ☐ | ☐ | ☐ | $468 | |
| F2-0042 | ARAS CORP | 439 SOUTH UNION STREET | LAWRENCE, MA 1843 | ☐ | ☐ | ☐ | $6,250 | |
| F2-0044 | ARENDT & MADERNACH | 1050 CONNECTICUT AVENUE, NW | WASHINGTON, DC 48094 | ☐ | ☐ | ☐ | $22,459 | |
| F2-0045 | ARENT FOX LLP | 1050 CONNECTICUT AVENUE, NW | WASHINGTON, DC 48094 | ☐ | ☐ | ☐ | $4,132 | |
| F2-0048 | AT&T | 200 FRONT STREET WEST, SUITE 2500 BANK OF AMERICA, NA, CANADA BRANCH | TORONTO, ON | ☐ | ☐ | ☐ | $26,531 | |

1

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-2**
**Trade Payables**

| Schedule ID | Creditor Name | Address | City, State & Zip | C | U | D | Original Claim Amount | Amended Claim Amount |
|---|---|---|---|---|---|---|---|---|
| F2-0063 | BARRIS, SOTT, DENN & DRIKER, P.L.L. | 211 WEST FORT STREET FIFTEENTH FLOOR | DETROIT, MI 48277 | ☐ | ☐ | ☐ | $11,034 | |
| F2-0074 | BINGHAM MCCUTCHEN LLP | 399 PARK AVENUE | NEW YORK, NY 10022 | ☐ | ☐ | ☐ | $135,655 | |
| F2-0076 | BODMAN LLP | 6TH FLOOR - FORD FIELD 1901 ST. ANTOINE STREET | DETROIT, MI 48226 | ☐ | ☐ | ☐ | $1,600 | |
| F2-0079 | BOWNE OF DETROIT | 75 REMITTANCE DRIVE, SUITE 6495 | CHICAGO, IL 70390 | ☐ | ☐ | ☐ | $22,596 | |
| F2-0082 | BUSCHHOFF HENNICKE ALTHAUS | KAISER-WILHELM | KOLN, NA 50672 | ☐ | ☐ | ☐ | $1,925 | |
| F2-0096 | CENTENNIAL BOULEVARD ASSOCIATION | C/O STRATUS FINANCIAL CORP. 2850 S MILFORD RD | HIGHLAND, MI 48357 | ☐ | ☐ | ☐ | $938 | |
| F2-0097 | CHAMBERLAIN, HROLICKA, WHITE, WILLI | 1200 SMITH STREET SUITE 1400 | HOUSTON, TX 77090 | ☐ | ☐ | ☐ | $1,226 | |
| F2-0098 | CIGNA HEALTHCARE OF OHIO, INC | 5089 COLLECTION CENTER DRIVE | CHICAGO, IL 70390 | ☐ | ☐ | ☐ | $2,736 | |
| F2-0099 | CINGULAR WIRELESS | P.O. BOX 78405 | PHOENIX, AZ 85043 | ☐ | ☐ | ☐ | $14,771 | |
| F2-0100 | CINTAS CORP | 39145 WEBB DR | WESTLAND, MI 48185 | ☐ | ☐ | ☐ | $143 | |
| F2-0103 | CINTAS FIRST AID & SAFETY | 37005 INDUSTRIAL ROAD | LIVONIA, MI 48150 | ☐ | ☐ | ☐ | $335 | |
| F2-0111 | CLEAN JANITORIAL SUPPLY INC. | 2089 RIGGS STREET | WARREN, MI 48091 | ☐ | ☐ | ☐ | $0 | |

# UNITED STATES BANKRUPTCY COURT

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-2**
**Trade Payables**

| Schedule ID | Creditor Name | Address | City, State & Zip | C | U | D | Original Claim Amount | Amended Claim Amount |
|---|---|---|---|---|---|---|---|---|
| F2-0123 | CONCUR EXPENSE LINK FUNDING | 18400 NE UNION HILL ROAD | REDMOND, WA 98052 | ☐ | ☐ | ☐ | $1,818 | |
| F2-0128 | CONFERENCE PLUS, INC. | 2509 PAYSPHERE CIRCLE | CHICAGO, IL 60674 | ☐ | ☐ | ☐ | $4,836 | |
| F2-0131 | CONSTELLATION NEW ENERGY | PO BOX 205 | CAROL STREAM, IL 60132 | ☐ | ☐ | ☐ | $23,948 | |
| F2-0132 | CONSUMERS ENERGY CORP. | PAYMENT DEPT. | LANSING, MI 48933 | ☐ | ☐ | ☐ | $2,847 | |
| F2-0141 | CORNERSTONE INFORMATION SYSTEMS | 304 W. KIRKWOOD SUITE 4 | BLOOMINGTON, IN 47404 | ☐ | ☐ | ☐ | $500 | |
| F2-0142 | CORPORATE DINING CONCEPTS, INC. | 3128 WALTON BLVD. #195 | ROCHESTER HILLS, MI 48309 | ☐ | ☐ | ☐ | $403 | |
| F2-0143 | CORPORATE EXECUTIVE BOARD | 3393 COLLECTIONS CENTER DR. | CHICAGO, IL 60693 | ☐ | ☐ | ☐ | $27,500 | |
| F2-0145 | CORPORATE FLEET SERVICES, INC. | 16322 WOODWARD AVENUE | HIGHLAND PARK, MI 48203 | ☐ | ☐ | ☐ | $16,609 | |
| F2-0152 | CSM WORLDWIDE | 21500 HAGGERTY ROAD, SUITE 300 | NORTHVILLE, MI 48167 | ☐ | U | ☐ | $10,200 | |
| F2-0153 | CSRA, INC. | 1604 DAIRY ROAD | CHARLOTTESVILLE, VA 22903 | ☐ | ☐ | ☐ | $240 | |
| F2-0159 | DASSAULT SYSTÈMES SIMULIA CORPORATI | 21680 HAGGERTY RD., SUITE 1035 | NORTHVILLE, MI 48167 | ☐ | ☐ | ☐ | $176,112 | |
| F2-0163 | DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS DEPT. 74072 | BALTIMORE, MD 21274 | ☐ | ☐ | ☐ | $2,630 | |

3

# UNITED STATES BANKRUPTCY COURT

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-2**
**Trade Payables**

| Schedule ID | Creditor Name | Address | City, State & Zip | C | U | D | Original Claim Amount | Amended Claim Amount |
|---|---|---|---|---|---|---|---|---|
| F2-0164 | DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS DEPT. 74072 | BALTIMORE, MD 21274 | ☐ | ☐ | ☐ | $66,000 | |
| F2-0165 | DELL FINANCIAL SERVICES | 4293 COLLECTION CENTER DR | CHICAGO, IL 60693 | ☐ | ☐ | ☐ | $32,746 | |
| F2-0167 | DELL MARKETING LP | C/O DELL USA LP PO BOX 643561 | PITTSBURGH, PA 15264 | ☐ | ☐ | ☐ | $28,365 | |
| F2-0168 | DETROIT EDISON | CASH MANAGEMENT-319 SB 2000 SECOND AVE. | DETROIT, MI 48226 | ☐ | ☐ | ☐ | $29,874 | |
| F2-0176 | DOUGLAS D. MACINTYRE | 6625 SODOM HUTCHINGS ROAD | GIRARD, OH 44420 | ☐ | ☐ | ☐ | $3,000 | |
| F2-0180 | DUN & BRADSTREET | P. O. BOX 75434 | CHICAGO, IL 70390 | ☐ | ☐ | ☐ | $1,333 | |
| F2-0190 | EPIQ BANKRUPTCY SOLUTIONS, LLC | DEPARTMENT 0255 PO BOX 120255 | DALLAS, TX 75312 | ☐ | ☐ | ☐ | $21,802 | |
| F2-0191 | EPI-USE AMERICA, INC. | 2002 SUMMIT BOULEVARD, SUITE 825 | ATLANTA, GA 30319 | ☐ | ☐ | ☐ | $6,000 | |
| F2-0193 | ERYUREKLI LAW OFFICE | VEKO GIZ PLAZA MEYDAN | MASLAK, | ☐ | ☐ | ☐ | $14,296 | |
| F2-0197 | EXPORT CORP | 6060 WHITMORE LAKE RD | BRIGHTON, MI 48116 | ☐ | ☐ | ☐ | $8 | |
| F2-0208 | FINANCIAL ACCOUNTING STANDARDS BOAR | PO BOX 630420 | BALTIMORE, MD 21279 | ☐ | ☐ | ☐ | $400 | |
| F2-0209 | FINDLEY DAVIES | P.O BOX 1434 | TOLEDO, OH 43604 | ☐ | ☐ | ☐ | $600 | |

4

# UNITED STATES BANKRUPTCY COURT

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-2**
**Trade Payables**

| Schedule ID | Creditor Name | Address | City, State & Zip | C | U | D | Original Claim Amount | Amended Claim Amount |
|---|---|---|---|---|---|---|---|---|
| F2-0223 | GAIATECH | 36005 EAGLE WAY | CHICAGO, IL 70390 | ☐ | ☐ | ☐ | $110,644 | |
| F2-0229 | GELCO INFORMATION NETWORK | COMMERCIAL A/R MI 01 PO BOX 1414 | MINNEAPOLIS, MN 55480 | ☐ | ☐ | ☐ | $2,376 | |
| F2-0235 | GOOGLE, INC. | DEPARTMENT 34256 PO BOX 39000 | SAN FRANCISCO, CA 94139 | ☐ | ☐ | ☐ | $175 | |
| F2-0238 | GREEN SHIELD OF CANADA | PO BOX 1612 ATTN: GROUP BILLING | WINDSOR, ON 6095 | ☐ | ☐ | ☐ | $6,165 | |
| F2-0241 | GUARDSMARK | P.O. BOX 11407 | BIRMINGHAM, AL 35246 | ☐ | ☐ | ☐ | $7,237 | |
| F2-0246 | H.S. MERRITT INSURANCE & RISK MGMT | THE MERRITT INSURANCE GROUP AGENCY 20439 MACK AVENUE | GROSSE POINTE WOODS, MI 48236 | ☐ | ☐ | ☐ | $15,000 | |
| F2-0251 | HARTFORD SPECIALTY COMPANY | PO BOX 30000 DEPT. 5454 | HARTFORD, CT 6150 | ☐ | ☐ | ☐ | $64,793 | |
| F2-0279 | INCAT SYSTEMS, INC. | DEPARTMENT 78288 PO BOX 78000 | DETROIT, MI 48278 | ☐ | ☐ | ☐ | $67,421 | |
| F2-0288 | INFOR GLOBAL SOLUTIONS | 13560 MORRIS ROAD, SUITE 4100 | ALPHARETTA, GA 30004 | ☐ | ☐ | ☐ | $51,266 | |
| F2-0295 | IRON MOUNTAIN RECORDS MANAGEMENT | P.O. BOX 27129 | NEW YORK, NY 10281 | ☐ | ☐ | ☐ | $2,911 | |
| F2-0300 | J-COM EDI SERVICES INC. | P.O. BOX 31060 | TUCSON, AZ 85751 | ☐ | ☐ | ☐ | $10 | |
| F2-0301 | JEFFERSON WELLS INTERNATIONAL | 24091 NETWORK PLACE | CHICAGO, IL 60673 | ☐ | ☐ | ☐ | $28,220 | |

5

# UNITED STATES BANKRUPTCY COURT

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-2**
**Trade Payables**

| Schedule ID | Creditor Name | Address | City, State & Zip | C | U | D | Original Claim Amount | Amended Claim Amount |
|---|---|---|---|---|---|---|---|---|
| F2-0314 | KEMPER | 1 CORPORATE DRIVE COLLECTIONS: 13NW0345 | LONG GROVE, IL 60049 | ☐ | ☐ | ☐ | $498 | |
| F2-0329 | LEXIS-NEXIS | P.O BOX 2314 | CAROL STREAM, IL 60197 | ☐ | ☐ | ☐ | $705 | |
| F2-0336 | MACKINAW ADMIN (NON-TAXABLE) | PO BOX 489 | BRIGHTON, MI 48116 | ☐ | ☐ | ☐ | $13,075 | |
| F2-0337 | MACMILLAN, SOBANSKI & TODD LLC | ONE MARITIME PLAZA 720 WATER STREET, FOURTH FLOOR | TOLEDO, OH 43604 | ☐ | ☐ | ☐ | $6,550 | |
| F2-0339 | MARSHALL & MELHORN | FOUR SEAGATE EIGHTH FLOOR | TOLEDO, OH 43604 | ☐ | ☐ | ☐ | $976 | |
| F2-0341 | MATTOS FILHO VEIGA FILHO MARREY JR. | ALAMEDA JOAQUIM EUGENIO DE LIMA 447 | SAO PAULO, SP | ☐ | ☐ | ☐ | $8,812 | |
| F2-0343 | MCI - VERIZON | PO BOX 93825 | CHICAGO, IL 60673 | ☐ | ☐ | ☐ | $234,107 | |
| F2-0344 | MCI INTERNATIONAL SERVICES, INC. | W 42925    ACCT #47223389 PO BOX 7777 | PHILADELPHIA, PA 15251 | ☐ | ☐ | ☐ | $4,600 | |
| F2-0350 | MEDIA GENESIS | 1441 EAST MAPLE ROAD, SUITE 200 | TROY, MI 48083 | ☐ | ☐ | ☐ | $500 | |
| F2-0351 | MELLON INVESTOR SERVICES, LLC | ACCOUNTING DEPARTMENT P. O. BOX 360857 | PITTSBURGH, PA 15251 | ☐ | ☐ | ☐ | $1,031 | |
| F2-0352 | MERCER HUMAN RESOURCE CONSULTING | P.O. BOX 730182 | DALLAS, TX 75373 | ☐ | ☐ | ☐ | $52,188 | |
| F2-0356 | METHODS MACHINE TOOLS, INC. | 50531 VARSITY COURT | WIXOM, MI 48393 | ☐ | ☐ | ☐ | $505 | |

6

# UNITED STATES BANKRUPTCY COURT

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-2**
**Trade Payables**

| Schedule ID | Creditor Name | Address | City, State & Zip | C | U | D | Original Claim Amount | Amended Claim Amount |
|---|---|---|---|---|---|---|---|---|
| F2-0364 | MIJARES, ANGOITIA, CORTES Y FUENTES | MONTES URALES 505 TERCER PISO | LOMAS DE CHAPULTEPEC, NA 11000 | ☐ | ☐ | ☐ | $40,284 | |
| F2-0377 | MWH SA/NV | NYSDM OFFICE PARK | LA HULPE, NA 1310 | ☐ | ☐ | ☐ | $0 | |
| F2-0379 | NCTM STUDIO LEGALE ASSOCIATO | VIA AGNELLO | MILAN, MI 20121 | ☐ | ☐ | ☐ | $136,889 | |
| F2-0383 | NEW DIRECT | P.O. BOX 87-0195 | KANSAS CITY, MO 64187 | ☐ | ☐ | ☐ | $3,035 | |
| F2-0387 | NORTH AMERICAN COMMUNICATIONS | 3344 HIGHWAY 149 | EAGAN, MN 55121 | ☐ | ☐ | ☐ | $8,074 | |
| F2-0390 | OCE IMAGISTICS INC. | P.O. BOX 856193 | LOUISVILLE, KY 80027 | ☐ | ☐ | ☐ | $1,411 | |
| F2-0391 | OCE-USA, INC. | 5600 BROKEN SOUND BOULEVARD | BOCA RATON, FL 33487 | ☐ | ☐ | ☐ | $735 | |
| F2-0397 | ORACLE CORPORATION | P. O. BOX 71028 | CHICAGO, IL 60694 | ☐ | ☐ | ☐ | $140,224 | |
| F2-0411 | PIERCE COLLEGE | 9401 FARWEST DRIVE SW | LAKEWOOD, WA 8701 | ☐ | ☐ | ☐ | $400 | |
| F2-0417 | POSTMASTER | NORTHVILLE POST OFFICE 200 SOUTH WING STREET | NORTHVILLE, MI 48168 | ☐ | ☐ | ☐ | $974 | |
| F2-0425 | PREMIERE GLOBAL SERVICES | PO BOX 404351 | ATLANTA, GA 31193 | ☐ | ☐ | ☐ | $23 | |
| F2-0426 | PRICEWATERHOUSECOOPERS, LLP | PO BOX 75647 | CHICAGO, IL 60675 | ☐ | ☐ | ☐ | $7,492 | |

7

# UNITED STATES BANKRUPTCY COURT

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-2**
**Trade Payables**

| Schedule ID | Creditor Name | Address | City, State & Zip | C | U | D | Original Claim Amount | Amended Claim Amount |
|---|---|---|---|---|---|---|---|---|
| F2-0430 | PROFESSIONAL ROOFING SERVICES | 1359 FLUSHING ROAD | FLUSHING, MI 48433 | ☐ | ☐ | ☐ | $465 | |
| F2-0434 | PUBLIC CO. ACCOUNTING OVERSIGHT BD/ | PO BOX 631116 | BALTIMORE, MD 21263 | ☐ | ☐ | ☐ | $2,200 | |
| F2-0445 | RIA GROUP | P. O. BOX 6159 | CAROL STREAM, IL 60197 | ☐ | ☐ | ☐ | $4,944 | |
| F2-0447 | RICOH AMERICAS CORPORATION | P.O. BOX 13852 | NEWARK, NJ 7188 | ☐ | ☐ | ☐ | $194 | |
| F2-0457 | RPF CONSULTING INC | 6478 PUTNAM FORD DRIVE | WOODSTOCK, GA 30189 | ☐ | ☐ | ☐ | $99,800 | |
| F2-0462 | SAFECO | ATTN: T BECKTOL-ACCT/LRGDED P.O. BOX 461 | ST. LOUIS, MO 63195 | ☐ | ☐ | ☐ | $487 | |
| F2-0476 | SENTRY INSURANCE & MUTUAL COMPANY | 1800 NORTH POINT DRIVE | STEVENS POINT, WI 54481 | ☐ | ☐ | ☐ | $1,206 | |
| F2-0484 | SHANK & HAMILTON P.C. | 2345 GRAND BLVD | KANSAS CITY, MO 64108 | ☐ | ☐ | ☐ | $5,395 | |
| F2-0485 | SHAREHOLDER.COM | 12 CLOCK TOWER PLACE | MAYNARD, MA 1754 | ☐ | ☐ | ☐ | $6,495 | |
| F2-0487 | SIMMONS & SIMMONS | WEENA 666 | ROTTERDAM, NA | ☐ | ☐ | ☐ | $358 | |
| F2-0498 | SPRINT | P.O. BOX 219623 | KANSAS CITY, MO 64121 | ☐ | ☐ | ☐ | $42,569 | |
| F2-0505 | STANDARD & POORS CORP | 2542 COLLECTION CENTER DR. | CHICAGO, IL 60693 | ☐ | ☐ | ☐ | $52,500 | |

8

# UNITED STATES BANKRUPTCY COURT

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-2**
**Trade Payables**

| Schedule ID | Creditor Name | Address | City, State & Zip | C | U | D | Original Claim Amount | Amended Claim Amount |
|---|---|---|---|---|---|---|---|---|
| F2-0518 | SYMMETRY CORPORATION | 1201 NORTH PROSPECT AVENUE | MILWAUKEE, WI 53202 | ☐ | ☐ | ☐ | $3,375 | |
| F2-0520 | TDS INFORMATIONSTECHNOLOGIE AG | KONRAD-ZUSE STRASSE 16 | NECKARSULM, NA 74172 | ☐ | ☐ | ☐ | $43,380 | |
| F2-0525 | TERMINIX INTERNATIONAL | P.O. BOX 742592 | CINCINNATI, OH 45999 | ☐ | ☐ | ☐ | $119 | |
| F2-0535 | THOMSON FINANCIAL CORPORATE GROUP | P.O. BOX 5137 | CAROL STREAM, IL 60197-5137 | ☐ | ☐ | ☐ | $13,818 | |
| F2-0536 | THYSSENKRUPP ELEVATOR | PO BOX 933004 | ATLANTA, GA 31193 | ☐ | ☐ | ☐ | $620 | |
| F2-0539 | TLC CONSULTING INC. | 4840 BROADMOOR BLUFFS DR. | COLORADO SPRINGS, CO 80906 | ☐ | ☐ | ☐ | $9,275 | |
| F2-0543 | TR COMMUNICATIONS INC. | PO BOX 780254 | ORLANDO, FL 32878 | ☐ | ☐ | ☐ | $22 | |
| F2-0559 | URIA MENENDEZ | GRACE BUILDING, 34TH FLOOR 1114 AVENUE OF THE AMERICAS | NEW YORK, NY 10036 | ☐ | ☐ | ☐ | $5,850 | |
| F2-0562 | VERIZON WIRELESS | 1305 SOLUTIONS CENTER | CHICAGO, IL 60677 | ☐ | ☐ | ☐ | $11,093 | |
| F2-0565 | VITAL INTERNATIONAL PROGRAMS, INC. | 34514 DEQUINDRE, SUITE C | STERLING HEIGHTS, MI 48310 | ☐ | ☐ | ☐ | $125 | |
| F2-0572 | WEIL, GOTSHAL & MANGES, LLP | 767 FIFTH AVENUE | NEW YORK, NY 10153 | ☐ | ☐ | ☐ | $196,117 | $0 |
| F2-0573 | WELLPOINT SYSTEMS INC. | 220 SOUTH ORANGE AVENUE | LIVINGSTON, NJ 7039 | ☐ | ☐ | ☐ | $2,520 | |

9

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-2**
**Trade Payables**

| Schedule ID | Creditor Name | Address | City, State & Zip | C | U | D | Original Claim Amount | Amended Claim Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $2,625,397 | |

| | |
|---|---|
| **Total Amended Exhibit F-2 Amount** | $2,429,281 |

10

# UNITED STATES BANKRUPTCY COURT

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-3**
**Retiree Obligations**

| Creditor Name | Address | City, State & Zip | Description | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| LONG TERM PENSION (QUALIFIED AND NON-QUALIFIED) | 15300 CENTENNIAL DRIVE | NORTHVILLE, MI  48168 | LONG TERM PENSION (QUALIFIED AND NON-QUALIFIED) | ☐ | ✔ | ☐ | Unliquidated |
| LONG TERM RETIREE MEDICAL | 15300 CENTENNIAL DRIVE | NORTHVILLE, MI  48168 | LONG TERM RETIREE MEDICAL | ☐ | ✔ | ☐ | Unliquidated |
| | | | | | | | Unliquidated |

1

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-4**
**Employee Liabilities**

| Creditor Name | Address | Description | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|
| CURT CLAWSON | AVAILABLE UPON REQUEST | SERP | ☐ | ☑ | ☐ | $37,648 |
| DAVID ZETTELL | AVAILABLE UPON REQUEST | SEVERANCE | ☐ | ☐ | ☐ | $8,997 |
| FRED BENTLEY | AVAILABLE UPON REQUEST | SERP | ☐ | ☑ | ☐ | $186,814 |
| GREG THOMPSON | AVAILABLE UPON REQUEST | SEVERANCE | ☐ | ☐ | ☐ | $24,716 |
| JEFFREY ROUTZAHN | AVAILABLE UPON REQUEST | SEVERANCE | ☐ | ☐ | ☐ | $16,554 |
| JOHN SALVETTE | AVAILABLE UPON REQUEST | SERP | ☐ | ☑ | ☐ | $224,458 |
| LAN NGUYEN | AVAILABLE UPON REQUEST | SEVERANCE | ☐ | ☐ | ☐ | $33,182 |
| MARIKA DIAMOND | AVAILABLE UPON REQUEST | SEVERANCE | ☐ | ☐ | ☐ | $32,875 |
| MARK BREBBERMAN | AVAILABLE UPON REQUEST | SERP | ☐ | ☑ | ☐ | $6,246 |
| MARK BREBBERMAN | AVAILABLE UPON REQUEST | RETENTION BONUS | ☐ | ☐ | ☐ | $93,279 |
| MICHAEL BECKER | AVAILABLE UPON REQUEST | SEVERANCE | ☐ | ☐ | ☐ | $81,549 |
| PAT CAULEY | AVAILABLE UPON REQUEST | SERP | ☐ | ☑ | ☐ | $76,619 |
| RICHARD WYATT | AVAILABLE UPON REQUEST | SEVERANCE | ☐ | ☐ | ☐ | $38,931 |
| ROBERT GIZA | AVAILABLE UPON REQUEST | SEVERANCE | ☐ | ☐ | ☐ | $103,385 |

1

**HLI Operating Company, Inc.**

**Case Number: 09-11675 (MFW)**

**Exhibit F-4**
**Employee Liabilities**

| Creditor Name | Address | Description | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|
| SANDRA WILFONG | AVAILABLE UPON REQUEST | SEVERANCE | ☐ | ☐ | ☐ | $39,204 |
| STEVEN HOMAN | AVAILABLE UPON REQUEST | SEVERANCE | ☐ | ☐ | ☐ | $32,667 |
| THOMAS CZARNICKI | AVAILABLE UPON REQUEST | SEVERANCE | ☐ | ☐ | ☐ | $89,288 |
| WILLIAM LINKSI | AVAILABLE UPON REQUEST | SERP | ☐ | ☑ | ☐ | $133,166 |
| WILLIAM LINSKI | AVAILABLE UPON REQUEST | SEVERANCE | ☐ | ☐ | ☐ | $131,325 |

**Total** $1,390,903

**In re:** <u>HLI Operating Company, Inc.</u>                                      **Case Number:** <u>09-11675 (MFW)</u>
                  Debtor                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

**Date:**    05/05/10                                    **Signature:** _Mark A Bulban_
                                                                                                    Debtor

**Date:** _____            **Signature:** _____
                                                                                            Joint Debtor, if any

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed Name and title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                              (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

x_____            _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date:_____                          Signature: _____

                                                                            _____
                                                                            [Print or type name of individual signing on behalf of debtor.]

*Penalty for making a false statement: Fine of up to $500,000, or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571.*

**EXHIBIT B**

<u>Form of Notice of Amendment to Scheduled Claim</u>

811076-Chicago Server 2A - MSW

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - x
                            :
In re:                      :   Chapter 11
                            :
HAYES LEMMERZ INTERNATIONAL,   :   Case No. 09-11655 (MFW)
INC., <u>et al.</u>,                :
                            :   Jointly Administered
             Debtors.     :
                            :   **Related to Docket No. 173**
- - - - - - - - - - - - - - - - x

### NOTICE OF AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES <br> <u>FOR HLI OPERATING COMPANY, INC.</u>

           PLEASE TAKE NOTICE THAT HLI Operating Company, Inc. (the "<u>Debtor</u>") has amended certain "Claims," as such term is defined in 11 U.S.C. § 101(5) (a "<u>Claims</u>"), in its Schedules of Assets and Liabilities and Statements of Financial Affairs in Case No. 09-11675 (MFW) (Docket No. 173) (the "<u>Schedules</u>").  You are the holder of a Claim(s) set forth in the Schedules (an "<u>Original Claim(s)</u>") that, based upon a review of its books and records, the Debtor has determined should be amended as summarized in the table immediately preceding this paragraph (an "<u>Amended Claim</u>") and described in more detail in the Amended Schedule F to Schedule of Assets and Liabilities for HLI Operating Company, Inc. (the "<u>Amended Schedule F</u>"), dated May 5, 2010, and filed with the Bankruptcy Court (Docket No. ___).

           AS FURTHER DESCRIBED IN THE ENCLOSED ORDER GRANTING THE DEBTOR'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 502 AND 503 AND FED. R. BANKR. P. 2002, 3003(c)(3) AND 9007 (I) SETTING GENERAL BAR DATE AND PROCEDURES FOR FILING PROOFS OF CLAIM AND (II) APPROVING FORM AND MANNER OF NOTICE THEREOF (DOCKET NO. 202) (THE "<u>BAR DATE ORDER</u>") AND BELOW, YOU MUST FILE A PROOF OF CLAIM ON OR BEFORE MAY 31, 2010 (THE "<u>AMENDED SCHEDULE BAR DATE</u>") IF YOU DISAGREE WITH THE AMENDMENT OF YOUR ORIGINAL CLAIM (I.E., THE AMENDED CLAIM) SET FORTH HEREIN AND AMENDED SCHEDULE F.  IF YOU DO NOT FILE A PROOF OF CLAIM ON OR BEFORE THE AMENDED SCHEDULE BAR DATE, YOU WILL BE BARRED FROM DISPUTING THE AMOUNT OF YOUR AMENDED CLAIM.

THE PROCEDURES SET FORTH IN THE BAR DATE ORDER, APPLY TO YOUR ORIGINAL CLAIM SET FORTH ABOVE.  A COPY OF THE BAR DATE ORDER IS INCLUDED HEREWITH, ALONG WITH A PROOF OF CLAIM FORM.  THE FOLLOWING SUMMARIZES SOME OF THE PROVISIONS OF THE BAR DATE ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THE BAR DATE ORDER.

If the Debtors amend or supplement their Schedules after the Service Date,[1] in accordance with Local Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Debtors shall give notice of any such amendment or supplement to the holders of Claims affected thereby.  Such creditors shall have until the later of (a) the General Bar Date or the Government Bar Date, as applicable to such Claim, or (b) 25 days after the date that notice of the applicable amendment or supplement to the Schedules is served on the creditor (the Amended Schedules Bar Date) to file a proof of claim or amend any previously filed proof of claim in respect of the amended scheduled Claim in accordance with the procedures described herein.

For any Claim to be validly and properly filed, a signed original of a completed proof of claim, together with any accompanying documentation required by Bankruptcy Rules 3001(c) and 3001(d), must be delivered **ON OR BEFORE THE AMENDED SCHEDULE BAR DATE** to The Garden City Group, Inc. ("GCG"), the Court-approved claims and noticing agents in these Chapter 11 Cases, at the following address:

First-Class Mail Address:
The Garden City Group, Inc.
Attn: Hayes Lemmerz International, Inc.
P.O. Box 9000 #6531
Merrick, NY 11566-9000

Hand Delivery or Overnight Courier Address:
The Garden City Group, Inc.
Attn: Hayes Lemmerz International, Inc.
105 Maxess Road
Melville, NY 11747

Creditors are authorized to submit proofs of claim in person, by courier service, by hand delivery or by mail.  Proofs of claim shall be deemed filed when actually received by GCG. Proofs of claim submitted by facsimile or electronic mail shall not be accepted.  If a creditor wishes to receive acknowledgement of receipt of such creditor's proof of claim, that creditor must submit a copy of the proof of claim and a self-addressed, stamped envelope.

---

[1]  Capitalized terms used in this section shall have the meanings ascribed to them in the Bar Date Order.

2

Dated:  Wilmington, Delaware
        May 5, 2010

                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP

                              By:  */s/ Douglas D. Herrmann*
                                   Anthony W. Clark (I.D. No. 2051)
                                   Douglas D. Herrmann (I.D. No. 4872)
                                   One Rodney Square
                                   P.O. Box 636
                                   Wilmington, DE 19899
                                   (302) 651-3000
                                   - and -
                                   J. Eric Ivester
                                   Stephen D. Williamson
                                   Nora S. Tauke
                                   155 North Wacker Drive, Suite 2700
                                   Chicago, Illinois 60606
                                   (312) 407-0700

                              Counsel for Debtors and
                                 Reorganized Debtors

3